# EXHIBIT 1
Case No.: 5:24-cv-01336



Figure 1 — General Area Map

Description: General Area Map
Date: April 14, 2023
Scale: 1: 200,000
Office: Administrative Hearings Office
Author: Kyle Wooldridge

EXHIBIT 1
0031



Figure 2
Local Area Map

EXHIBIT 1
0032





Figure 4

Source: Exh. PT-194, p. 3

Figure 5



ARROWHEAD SPRINGS HOTEL AREA, 1915

Source: Exh. PT-12, p. 15, from PT-127, p. 11

California Water Boards

EXHIBIT 1
0035



Figure 6

Source: Exh. PT-319, p. 5

**Figure 7**



Source: Exh. PT-23, p. 12

EXHIBIT 1
0037

Figure 8

Source: Exh. BTB-9, p. 3