GREENFIRE LAW, PC
Rachel S. Doughty (CBN 255904)
Jennifer Rae Lovko (CBN 208855)
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Email: rdoughty@greenfirelaw.com
         rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES in his official capacity as Acting District Ranger for the San Bernardino National Forest,<br><br>Defendants. | Case No.  5:24-cv-01336<br><br>**NOTICE OF RELATED CASES**<br><br>(District Court Case Nos. 5:16-cv-00175-JGB-DTB / 5:15-cv-02098-JGB-DTB) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

1. In accordance with Local Rule 83-1.3, Plaintiff Save our Forest Association, Inc. ("Plaintiff") files the instant Notice of Related Cases.

2. This case is related to *Center for Biological Diversity v. United States Forest Service*, Case No. 5:15-cv-02098-JGB-DTB (subsequent Ninth Circuit appellate Case No. 16-56717), a civil matter, originally filed in this District, that arose from the same or a closely related transaction, happening, or event: a challenge to the special use permit immediately preceding the decision to allow new special use permits which is at issue in this case. The matter was resolved in settlement while on appeal.

3. This case is related to *Story of Stuff Project v. United States Forest Service*, Case No. 5:16-cv-00175-JGB-DTB, a civil matter, originally filed in this District, that arose from the same or a closely related transaction, happening, or event: plaintiffs sought records related to management of the same resources at issue here. Matter was resolved in settlement.

4. Plaintiff was not a party to either of the cases listed above.

5. Accordingly, this case and the matters listed in this notice are related cases for the purposes of Local Rule 83-1.3.

Respectfully Submitted,

Dated: June 25, 2024

By: _____
Rachel S. Doughty
*Attorneys for Plaintiff*