GREENFIRE LAW, PC
Rachel S. Doughty (CBN 255904)
Jennifer Rae Lovko (CBN 208855)
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Email: rdoughty@greenfirelaw.com
        rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES in his official capacity as Acting District Ranger for the San Bernardino National Forest, <br><br> Defendants. | Case No.   5:24-cv-01336 <br><br> **NOTICE OF INTERESTED PARTIES: L.R. 7.1-1; SAVE OUR FOREST ASSOCIATION, INC.** |

NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Save Our Forest Association, Inc., certifies that to Plaintiff Save Our Forest Association Inc.'s knowledge, no parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluation possible disqualification or recusal.

Respectfully Submitted,

Dated: June 25, 2024　　　　　　　　　　GREENFIRE LAW, PC

By: /s/ Rachel S. Doughty
Rachel S. Doughty
*Attorneys for Plaintiff*