# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Center For Biological Diversity et al<br><br>v.<br><br>United States Forest Service et al<br><br>PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER**<br><br>5:24-cv-01336-CBM (SKx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

__August 1, 2024__  __Jesus G. Bernal__
Date                        United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

Date                        United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __5:15-cv-02098-JGB (DTBx)__ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Steve Kim__ to Magistrate Judge __David T. Bristow__.

On all documents subsequently filed in this case, please substitute the initials __JGB (DTBx)__ after the case number in place of the initials of the prior judge, so that the case number will read __5:24-cv-01336-JGB (DTBx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/21)      ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)