AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

SAVE OUR FOREST ASSOCIATION, INC.

*Plaintiff(s)*

v.

U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES in his official capacity as Acting District Ranger for the San Bernardino National Forest,

*Defendant(s)*

Civil Action No. 5:24-cv-01336-CBM-SKx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Merrick B. Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rachel S. Doughty (CBN 255904)
Jennifer Rae Lovko (CBN 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  June 27, 2024

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick B. Garland, U.S. Attorney General
was received by me on *(date)* 06/27/2024 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **by certified mail to Attorney General Merrick B. Garland at the address on the Summons, pursuant to FRCP § 4(i)(C)(2); certified mail receipt #: 9589071052700602661286**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/12/2024

_____
*Server's signature*

Jessica San Luis, Paralegal
*Printed name and title*

Greenfire Law, PC, 2748 Adeline Street, Suite A, Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

**Included in service packet: Complaint with Exhibits; Civil Cover Sheet; Notice of Related Cases; Notice of Interested Parties; Notice of Consent to Proceed Before Magistrate; ADR Standing Order; Notice of Assignment; Standing Order for Judge Consuelo B. Marshall.**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

Certified Mail Fee  $4.85
$                    $0.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $13.45
$

Total Postage and Fees
$ $18.30

Postmark Here
JUL 15 2024
07/15/2024

Sent To: Merrick Garland, US AG — USDOJ
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0402 6612 98

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPACT DELIVERY,…

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

## 9589071052700602661286

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 4:57 am on July 29, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
July 29, 2024, 4:57 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
July 26, 2024, 10:21 am

**Arrived at Post Office**
WASHINGTON, DC 20018
July 26, 2024, 8:53 am

**USPS in possession of item**
BERKELEY, CA 94707
July 15, 2024, 12:15 pm

Hide Tracking History

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

Case 5:24-cv-01336-JGB-DTB   Document 20   Filed 08/06/24   Page 5 of 5   Page ID #:118

Product Information ∨

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]