AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>*Plaintiff(s)*<br>v.<br>U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES in his official capacity as Acting District Ranger for the San Bernardino National Forest,<br><br>*Defendant(s)* | Civil Action No. 5:24-cv-01336-CBM-SKx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* E. Martin Estrada, U.S. Attorney
United States Attorney's Office
Central District of California
312 North Spring Street
Suite 1200
Los Angeles, California 90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rachel S. Doughty (CBN 255904)
Jennifer Rae Lovko (CBN 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 27, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* E. Martin Estrada, United States Attorney
was received by me on *(date)* 06/27/2024 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **By certified mail to the Civil Process Clerk Office of the United States Attorney, E. Martin Estrada, at Room 7516, Federal Building, 300 North Los Angeles St, Los Angeles, California 90012, pursuant to FRCP § 4(i)(1)(A)(ii);**
**Certified mail receipt #: 9589 0710 5270 0602 66113 54; Confirmed delivery on 8/15/24 at 1:04 pm**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/21/2024

*Nuria de la Fuente*
Server's signature

Nuria de la Fuente, Office Manager
*Printed name and title*

Greenfire Law, PC, 2748 Adeline Street, Suite A. Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

**Included in service packet: Complaint with Exhibits 1 & 2; Civil Cover Sheet; Notice of Related Cases; Notice of Interested Parties; Notice of Consent to Proceed Before Magistrate; Order Re. Transfer Pursuant to General Order 21-01 (Related Cases); Standing Order for Judge Jesus G. Bernal and ADR Standing Order.**

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN MAY IMPACT DELIVERY. REA…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700602661354

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:04 pm on August 15, 2024 in LOS ANGELES, CA 90012.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

LOS ANGELES, CA 90012
August 15, 2024, 1:04 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates       ⌄

USPS Tracking Plus®       ⌄

Product Information       ⌄

See Less ⌃

Track Another Package

Feedback

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

