# EXHIBIT 1
## Case No.: 5:24-cv-01336

# Figure 1
# General Area Map



| Description: General Area Map | |
| --- | --- |
| Date: April 14, 2023 | Scale: 1: 200,000 |
| Office: Administrative Hearings Office | Author: Kyle Wooldridge |

EXHIBIT 1
0031

# Figure 2
# Local Area Map



| Description:  Local Area Map | |
| --- | --- |
| Date:  April 14, 2023 | Scale:  1: 40,000 |
| Office:  Administrative Hearings Office | Author:  Kyle Wooldridge |

EXHIBIT 1
0032

# Figure 3



Source: Exh. PT-194, p. 2

EXHIBIT 1
0033

16



Figure 4

Source: Exh. PT-194, p. 3

# Figure 5

## ARROWHEAD SPRINGS HOTEL AREA, 1915

California Water Boards

Source: Exh. PT-12, p. 15, from PT-127, p. 11

EXHIBIT 1
0035

EXHIBIT 1
0036



Figure 6

Source: Exh. PT-319, p. 5

PT-319 - Page 5 of 41

000026

**Figure 7**



Source: Exh. PT-23, p. 12

EXHIBIT 1
0037

# Figure 8

Source: Exh. BTB-9, p. 3

STRAWBERRY CANYON WATER
COLLECTION INFRASTRUCTURE

EXHIBIT 1
0038

BTB-9_003