TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | No.: 5:24-CV-01336 <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

Defendants hereby notice the appearance of Tyler M. Alexander, United States Department of Justice, as counsel for all Defendants in this matter. Mr. Alexander is authorized to appear before this court as counsel for the United States under Local Rule 83-2.1.4.1(a).

Service of all papers should be addressed as follows:

**Via U.S. Mail:**
Tyler M. Alexander
U.S. Department of Justice
Environment & Natural Resources Division

**Via Express Courier:**
Tyler M. Alexander
U.S. Department of Justice
Environment & Natural Resources Division

| | |
|---|---|
| Natural Resources Section | Natural Resources Section |
| P.O. Box 7611 | 150 M. Street NE |
| Ben Franklin Station | Room 2.900 |
| Washington, D.C. 20044-7611 | Washington, D.C. 20002 |

Mr. Alexander may be reached by telephone at (202) 305-0238 and by email at tyler.alexander@usdoj.gov.

Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with filings.

Submitted this 10th day of October, 2024,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Tyler M. Alexander*
TYLER M. ALEXANDER (CA 313188)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

2