TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | No.: 5:24-CV-01336 <br><br> **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendants' response to the Complaint is due October 11, 2024. Defendants request a four-week extension of time—until November 8, 2024—to lodge that response with the Court. Defendants request this extension of time due to the volume of litigation faced by the Forest Service and to allow adequate time for review by the Forest Service, the Department of Agriculture, and Department of Justice reviewers. No party will be prejudiced by this extension; the Forest Service is compiling the administrative record regarding the decision to deny the

permit at issue in this case, and so this extension will not significantly affect the timeline for a final resolution.

Before seeking this extension, counsel for Defendants conferred with counsel for Plaintiff. Plaintiff provided the following position: "We do not object to your request for an additional month. Please note in any motion that this agreement is given on the ground that we understand the record for the D.C. case is being prepared and given the focus of both is the management and permitting of BTB diversion infrastructure in Strawberry Canyon, there is no expectation that this 30 day delay of response will in any significant way delay the case overall."

Submitted this 10th day of October, 2024,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Tyler M. Alexander*
TYLER M. ALEXANDER (CA 313188)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorneys for Defendants*