IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | No.: 5:24-CV-01336-JGB-DTBx <br><br> **ORDER** |

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint. Having considered the Motion, the Court **GRANTS** the requested extension. Defendants shall respond to the Complaint on or before November 8, 2024.

Dated: October 18, 2024

_____
HON. JESUS G. BERNAL
United States District Judge