Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com
         rlovko@greenfirelaw.com

*Attorneys for Petitioners Save Our Forest Association, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES, in his official capacity as Acting District Ranger for the San Bernardino National Forest,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER ON PLAINTIFF SAVE OUR FOREST ASSOCIATION, INC.'s MOTION FOR ORDER SHORTENING TIME**<br><br>Hearing Date: February 10, 2025<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br>Action Filed: June 25, 2024 |
| BLUETRITON BRANDS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES, in his official capacity as Acting District Ranger for the San Bernardino National Forest,<br><br>Defendants. | Case No.: 2:24-cv-09720-JGB-DTB<br><br>Action Filed: August 6, 2024<br>Assigned to: Hon. Jesus G. Bernal |

1  The Court has fully considered the Motion for Order Shortening Time filed by Plaintiff
2  SAVE OUR FOREST ASSOCIATION, INC. ("SOFA") and any response and reply thereto,
3  including the Notice of Motion and Memorandum of Points and Authorities included therein.
4  Accordingly, good cause having been shown, IT IS HEREBY ORDERED that SOFA's
5  request for an order shortening time pursuant to L.R. 6-1 is hereby GRANTED, and ORDERS the
6  following:
7  1. A hearing on the SOFA's Motion to Consolidate Related Cases shall be held before
8  this Court on January 13, 2025, at 9:00 a.m.
9  2. The parties shall submit their briefs in response on or before January 9, 2024. SOFA
10  shall submit a reply brief on or before January 11, 2025.

Dated:                              By: _____
                                         UNITED STATES DISTRICT COURT JUDGE