1  Rachel S. Doughty (Cal. Bar No. 255904)
   Jennifer Rae Lovko (Cal. Bar No. 208855)
2  GREENFIRE LAW, PC
3  2478 Adeline Street, Suite A
   Berkeley, CA 94703
4  Ph/Fax: (510) 900-9502
   Email: rdoughty@greenfirelaw.com
5         rlovko@greenfirelaw.com

6  *Attorneys for Petitioners Save Our Forest Association, Inc.*

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10                          **EASTERN DIVISION**

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC. | Case No.: 5:24-cv-01336-JGB-DTB |
| Plaintiffs, | **PLAINTIFF SAVE OUR FOREST ASSOCIATION, INC.'s NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED. R. CIV. P. § 42(a)** |
| vs. | |
| U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES, in his official capacity as Acting District Ranger for the San Bernardino National Forest, | Hearing Date: February 10, 2025<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br>Action Filed: June 25, 2024 |
| Defendants. | |
| BLUETRITON BRANDS, INC. | Case No.: 2:24-cv-09720-JGB-DTB |
| Plaintiffs, | Action Filed: August 6, 2024<br>Assigned to: Hon. Jesus G. Bernal |
| vs. | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES, in his official capacity as Acting District Ranger for the San Bernardino National Forest, | |
| Defendants. | |

i
PLAINTIFF SAVE OUR FOREST ASSOCIATION, INC.'s NOTICE OF WITHDRAWAL OF MOTION
TO CONSOLIDATE RELATED CASES PURSUANT TO FED. R. CIV. P. § 42(a) –
5:24-cv-01336-JGB-DTB / 2:24-cv-09720-JGB-DTB

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 7-16, Plaintiffs SAVE OUR FOREST ASSOCIATION, INC. ("SOFA") hereby withdraws its Motion to Consolidate Related Cases and for Order Shortening Time, filed with this Court on January 7, 2025 [DKT 032, DKT 072]. Such withdrawal is made without prejudice to SOFA's right to bring the Motion on for hearing at a later date.

The Court has not yet acted on this motion. The withdrawal of SOFA's motion obviates the need for a hearing on this matter, previously requested for February 10, 2025.

Dated: January 21, 2025                    Respectfully Submitted,

By:  /s/ Rachel Doughty
     Rachel S. Doughty
     GREENFIRE LAW, PC
     2478 Adeline Street, Suite A
     Berkeley, CA 94703
     Ph/Fax: (510) 900-9502
     Email: rdoughty@greenfirelaw.com

     *Attorneys for SAVE OUR FOREST ASSOCIATION, INC.*

- 1 -
PLAINTIFF SAVE OUR FOREST ASSOCIATION, INC.'s NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED. R. CIV. P. § 42(a) –
5:24-cv-01336-JGB-DTB / 2:24-cv-09720-JGB-DTB