Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
       RLovko@greenfirelaw.com

*Attorneys for Plaintiff Save Our Forest Association*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**REQUEST FOR LEAVE TO APPEAR REMOTELY**<br><br>**Date:** March 10, 2025<br>**Time:** 11:00 a.m.<br>**Judge:** Hon. Jesus G. Bernal<br>**Dept:** Riverside, Courtroom 1<br><br>Action Filed: June 25, 2024 |

Counsel for Plaintiff SAVE OUR FOREST ASSOCIATION, INC. hereby respectfully requests leave to appear remotely at the hearing in the above matter, scheduled for March 10, 2025, at 11:00 a.m. before the Honorable Jesus G. Bernal. This request is made pursuant to Federal Rules of Civil Procedure § 43(a).

The instant matter was filed with the United States District Court for the Central District of California on June 25, 2024 [ECF 001]. On February 9, 2025, the Court set a Scheduling Conference hearing to be heard before the Honorable Jesus G. Bernal on March 10, 2025, at 11:00 a.m. [ECF 034].

The Court may permit a party to appear and provide testimony via remote means, upon advance request and for good cause. Fed. R. Civ. P. §43(a); Standing Order, §16. Accordingly, counsel for Plaintiff SAVE OUR FOREST ASSOCIATION, INC. requests approval to appear remotely in this matter at the hearing on March 10, 2025 at 11:00 a.m.

Dated: February 14, 2025

Respectfully Submitted,

By: /s/ *Rachel S. Doughty*
Rachel S. Doughty
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
rdoughty@greenfirelaw.com

*Attorneys for Plaintiff*
SAVE OUR FOREST ASSOCIATION, INC.