Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
         RLovko@greenfirelaw.com

*Attorneys for Plaintiff Save Our Forest Association*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24−cv−01336−JGB−DTB<br><br>**[PROPOSED] ORDER ON REQUEST FOR LEAVE TO APPEAR REMOTELY**<br><br>**Date:** March 10, 2025<br>**Time:** 11:00 a.m.<br>**Judge:** Hon. Jesus G. Bernal<br>**Dept:** Riverside, Courtroom 1<br><br>Action Filed: June 25, 2024 |

# ORDER

The Court, upon consideration of the Request for Leave to Appear Remotely by Counsel for Plaintiff SAVE OUR FOREST ASSOCIATION, INC., hereby GRANTS counsel's request to appear remotely at the hearing in this matter scheduled for March 10, 2025, at 11:00 a.m.

Dated: _____

HON. JESUS G. BERNAL
United States District Court Judge