LISA LYNNE RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
MAGGIE C. WOODWARD (MD #2212130001)
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | No.: 5:24-cv-01336<br><br>**REQUEST FOR LEAVE TO APPEAR REMOTELY**<br><br>**Date:** March 10, 2025<br>**Time:** 11:00am<br>**Judge:** Hon. Jesus G. Bernal<br>**Dept:** Riverside, Courtroom 1 |

1  In accordance with this Court's standing order, counsel for Defendants
2  requests leave to appear remotely by Zoom for the scheduling conference before
3  this Court set for March 10, 2025 at 11:00am.  Good cause exists for this request;
4  undersigned counsel for the United States is based in Washington, DC and a
5  remote appearance will thus save public funds and promote efficiency.
6  A proposed order granting this request is attached.
7  Submitted this 24th day of February, 2025,

LISA LYNNE RUSSELL
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

  /s/ *Tyler M. Alexander*
TYLER M. ALEXANDER (CA 313188)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

MAGGIE C. WOODWARD
(MD #2212130001)
Trial Attorney
Natural Resources Section
Maggie.woodward@usdoj.gov
(202) 305-4224
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*