```
LISA LYNNE RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
MAGGIE C. WOODWARD (MD #2212130001)
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
```

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al*.,<br><br>Defendants. | No.: 5:24-cv-01336<br><br>**[PROPOSED] ORDER ON DEFENDANTS' REQUEST FOR LEAVE TO APPEAR REMOTELY**<br><br>**Date:** March 10, 2025<br>**Time:** 11:00am<br>**Judge:** Hon. Jesus G. Bernal<br>**Dept:** Riverside, Courtroom 1 |

Before the Court is Defendants' Request for Leave to Appear Remotely for the Scheduling Conference set before this Court on March 10, 2025 at 11:00am. Good cause appearing, the Court hereby GRANTS the request. Counsel for Defendants may appear remotely for the March 10, 2025 Scheduling Conference.

Date:_____                            _____
                                             HON. JESUS G. BERNAL
                                             United States District Judge