SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (Co. Bar No. 49074)
Pro Hac Vice Forthcoming.
RAMSEY L. KROPF, ESQ. (Co. Bar No. 21528)
Pro Hac Vice Forthcoming.
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for [PROPOSED] Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, RANDY MOORE, in his official | Case No.: 5:24-cv-01336-JGB-DTB <br><br> **YUHAAVIATAM OF SAN MANUEL NATION'S NOTICE OF MOTION AND MOTION TO INTERVENE FOR LIMITED** |

| | | |
|---|---|---|
| 1 | capacity as Chief of the U.S. Forest Service, | **PURPOSE OF MOTION TO DISMISS** |
| 2 | | |
| 3 | CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Hearing Date: June 9, 2025 |
| 4 | | Hearing Time: 9:00 a.m. |
| 5 | JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, | Courtroom: 1 |
| 6 | | Judge: Hon. Jesus G. Bernal |
| 7 | | Action Filed: June 25, 2024 |
| 8 | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, | |
| 9 | | |
| 10 | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, | |
| 11 | | |
| 12 | Defendants. | |
| 13 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | [PROPOSED] Defendant-Intervenor. | |

...

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that on June 9, 2025, at 9:00 a.m. in Courtroom 1, at the above-entitled Court, located at 3470 Twelfth Street, Riverside, California, the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe (the "Nation"), will, and hereby does, move this Court for an order granting leave to intervene in this matter as a Defendant-Intervenor, pursuant to Federal Rules of Civil Procedure 24(a)(2) or, alternatively, 24(b), for the sole purpose of moving to dismiss the action based on FRCP 19, on the following grounds:

1. The Nation is entitled to intervene as a matter of right pursuant to FRCP2 4(a)(2) because:

    a. this motion is timely;

    b. the Nation has significant protectable interests relating to the properties and/or transactions that are the subject of this action;

    c. the Nation is so situated that the disposition of this action may, as a practical matter, impair or impede the Nation's ability to protect its interests; and

    d. the Nation's interests are not adequately represented by the existing parties.

2. Alternatively, the Nation should be granted permissive intervention pursuant to FRCP 24(b)(1)(B) because this motion is timely; the Nation raises questions of law and fact that are common with those in the main action; and the Nation's intervention will not unduly delay or prejudice the rights of the original parties.

This motion is based upon this Notice of Motion; the Memorandum of Points and Authorities in Support of Motion to Intervene; the Declaration of Eric Ustation; the Nation's Request for Judicial Notice and the Exhibits thereto filed in support of this Motion; the proposed Notice of Motion and Motion to Dismiss, and the proposed Memorandum of Points and Authorities in Support of Motion to Dismiss

which the Nation submits herewith; all the pleadings and records on file; and on such other and further documentary or oral evidence as may be presented at the hearing on this motion.

Under L.R. 7-3, the Nation's counsel has conferred with counsel for Plaintiff on 1/6/25 and again on 1/8/25, and with counsel for Defendants on 12/31/24 and again on 2/26/25. Plaintiff opposes the Nation's motion to intervene. Defendants do not oppose this intervention motion.

Date: March 6, 2025

Respectfully submitted,

LAW OFFICE OF FRANK LAWRENCE

By: __/s_____
    Frank R. Lawrence
    Law Office of Frank Lawrence
    Counsel for [Proposed] Intervenor
    Yuhaaviatam of San Manuel