```
SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (Co. Bar No. 49074)
Pro Hac Vice Forthcoming.
RAMSEY L. KROPF, ESQ. (Co. Bar No. 21528)
Pro Hac Vice Forthcoming.
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com


Attorneys for [PROPOSED] Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**YUHAAVIATAM OF SAN MANUEL NATION'S NOTICE OF INTERESTED PARTIES** |

| | | |
|---|---|---|
| 1 | RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, | Hearing Date: June 9, 2025 |
| 2 | | Hearing Time: 9:00 a.m. |
| 3 | | Courtroom: 1 |
| 4 | CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Judge: Hon. Jesus G. Bernal |
| 5 | | Action Filed: June 25, 2024 |
| 6 | JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, | |
| 7 | | |
| 8 | | |
| 9 | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, | |
| 10 | | |
| 11 | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, | |
| 12 | | |
| 13 | Defendants. | |
| 14 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | [PROPOSED] Defendant-Intervenor. | |

YUHAAVIATAM OF SAN MANUEL NATION'S NOTICE OF INTERESTED PARTIES

**NOTICE OF INTERESTED PARTIES.  L.R. 7.1-1**

The undersigned, counsel of record for the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe ("Nation"), certifies that the Nation is a sovereign Indian tribal government.  As such, the Nation is not required to list interested parties pursuant to Local Rule 7.1-1.

Dated: March 6, 2025

                Respectfully submitted,
                LAW OFFICE OF FRANK LAWRENCE

        By: __/s_____
            Frank R. Lawrence
            Law Office of Frank Lawrence
            Counsel for Intervenor
            Yuhaaviatam of San Manuel