SOMACH SIMMONS & DUNN
MICHAEL DAUGHERTY, ESQ. (Co. Bar No. 49074)
Pro Hac Vice Forthcoming
RAMSEY L. KROPF, ESQ. (Co. Bar No. 21528)
Pro Hac Vice Forthcoming
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for [PROPOSED] Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**DECLARATION OF ERIC USTATION IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE FOR LIMITED PURPOSE OF MOTION TO DISMISS** |

| | |
|---|---|
| CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Hearing Date: June 9, 2025<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal |
| JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, | Action Filed: June 25, 2024 |
| DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, | |
| MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, | |
| Defendants. | |
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, | |
| [PROPOSED] Defendant-Intervenor. | |

I, Eric Ustation, declare as follows:

1. I am the Director of Intergovernmental Affairs - Local for the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (the "Nation"), and on whose behalf I submit this declaration. The facts set forth herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I have served as the Nation's Director of Intergovernmental Affairs - Local since November 2020. In this capacity, I am responsible for protecting the Nation's local interests on many issues, and to that end, I routinely engage with other governmental agencies and officials on behalf of the Nation, whether on a

DECLARATION OF ERIC USTATION IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE FOR LIMITED PURPOSE OF MOTION TO DISMISS

-2-

1  local, state, or tribal level. I also sometimes engage with private citizens in this
2  capacity.

3.   Under the direction of the Nation's leadership, I am also charged with advocating for the Nation in the many contexts in which its interests are affected. This engagement can involve formal and informal meetings with other government or nongovernment officials, including with local environmental organizations.

4.   I have long been aware that the Nation relies upon water delivered to its Arrowhead Springs property ("Arrowhead Springs") through infrastructure owned by a company called BlueTriton Brands, Inc ("BlueTriton"). It is my understanding that BlueTriton uses water diversions from Strawberry Canyon in the San Bernadino National Forest ("SBNF") for its own bottling purposes, but also to deliver water through infrastructure to Arrowhead Springs. These are water diversions upon which I understand the Nation and its predecessors-in-interest at Arrowhead Springs have relied for nearly a century.

5.   I and other Tribal representatives have met the United States Forest Service ("USFS") on a number of issues, primarily concerning the Nation's reliance upon water from the SBNF for Arrowhead Springs. The Nation's water is delivered by infrastructure BlueTriton operates pursuant to a Special Use Permit ("SUP"). When the USFS denied the renewal of BlueTriton's SUP on July 26, 2024, I and other representatives of the Nation met with USFS officials to underscore the Nation's need for the water to continue to be delivered by BlueTriton through its infrastructure to Arrowhead Springs. I participated in these meetings with other Tribal staff, including Dan Little, the Nation's Chief Intergovernmental Affairs Officer.

6.   When we met with USFS officials after the permit's denial, they told us that one of the challenges to finding a mutually beneficial outcome, and to helping us find a solution that would guarantee continued water delivery by

DECLARATION OF ERIC USTATION IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE FOR LIMITED PURPOSE OF MOTION TO DISMISS

-3-

BlueTriton from Strawberry Canyon, was a pending lawsuit filed against USFS officials by Save Our Forest Association, Inc., also known as "SOFA."

7.  I am aware that on June 25, 2024, SOFA, an environmental group headquartered in San Bernardino County, filed a complaint for injunctive and declaratory relief in federal district court against USFS officials, challenging the agency's decision to allow BlueTriton to divert water and operate infrastructure in Strawberry Canyon. Among other requests, SOFA sought to prohibit the USFS "from approving or allowing any third party to divert water from Strawberry Canyon by entry onto USFS land unless and until the USFS has performed a new or supplemental environmental analysis." Unlike the related California State Water Resources Control Board proceeding, SOFA did not provide a "carve out" for the Nation's water uses in their complaint.

8.  Because the USFS indicated SOFA's lawsuit complicated its ability to allow water to continue to flow from BlueTriton infrastructure to the Nation, we spent several months in 2024 meeting with SOFA representatives trying to understand the nature of their concerns, and exploring the extent to which the Nation could address those concerns while still meeting the Nation's water needs from Strawberry Canyon for Arrowhead Springs. The hope was that if we were able to resolve SOFA's concerns, the lawsuit against the USFS would become moot, removing the obstacle USFS officials had cited as a reason they could not help the Nation.

9.  For this purpose, we met with SOFA representatives in September, October and November of 2024, and had a teleconference on January 10, 2025. The first "meet and greet" with SOFA representatives and associated stakeholders occurred on September 10, 2024, and involved SOFA's president, Dr. Hugh Bialecki, Steve Farrel (affiliated with the San Bernadino County Sierra Club) and Steve Loe (a retired former USFS wildlife biologist and affiliated

DECLARATION OF ERIC USTATION IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE FOR LIMITED PURPOSE OF MOTION TO DISMISS

-4-

1   with the Tri-County Conservation League).  I and Josh Candelaria, a consultant
2   for the Nation, attended on behalf of the Nation.
3       10.     We invited these same SOFA representatives to tour the Nation's
4   Arrowhead Springs to learn about the Nation's uses of its property and the need
5   for water from Strawberry Canyon.  Dr. Bialecki, Mr. Farrell and Mr. Loe
6   participated in our Arrowhead Springs site tour on October 24, 2024, and that
7   tour (involving myself, Josh Candelaria, the Nation's legal counsel and other
8   Tribal staff) led to a hike within Strawberry Canyon, to be led by these SOFA
9   representatives and associates (Dr. Bialecki, Mr. Farrell and Mr. Loe). On
10  December 11, 2024, representatives from the Nation joined the hike, including a
11  Yuhaaviatam Tribal Council member, Josh Candelaria, and others from the
12  Nation's Environmental and Cultural Resources departments.
13      11.     By virtue of this collaborative engagement, we landed on a resolution
14  that we thought would address SOFA's concerns while enabling the Nation to
15  continue to receive water through BlueTriton infrastructure (subject to the
16  USFS' approval).  Specifically, SOFA representatives expressed support for the
17  Nation to receive water from Strawberry Canyon, so long as it was drawn from
18  bore holes lower down Strawberry Canyon, which SOFA indicated would create
19  less pressure on the Canyon's hydrology.
20      12.     As a consequence, we thought this resolution would enable the USFS
21  to help us secure a solution, so the water could continue to flow through
22  BlueTriton infrastructure, despite the agency's permit denial (a denial that had
23  been extended to January 15, 2025, while we explored a solution).  When we
24  approached the USFS with the proposed solution, however, we were told that we
25  should not be engaging with SOFA, and that we should stop communicating to
26  them.  We were shocked by this agency position, which was contrary to their
27  previous suggestion that we work to address SOFA's concerns so the lawsuit
28  would no longer remain an obstacle for USFS.

13. On January 10, 2025, I and Josh Candelaria reached out to SOFA President Dr. Bialecki and Mr. Loe via teleconference. We did so because we wanted to ensure SOFA knew of the Nation's intent to intervene in the BlueTriton litigation against the USFS. We also wanted to ensure SOFA was aware that we intended to seek to intervene and seek to dismiss its lawsuit against the USFS, but to know that the Nation still wanted to work with SOFA to protect Strawberry Canyon, while also protecting its water needs at Arrowhead Springs.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on the 6th of March 2025 in San Bernadino, California.

_____
ERIC USTATION

---

DECLARATION OF ERIC USTATION IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE FOR LIMITED PURPOSE OF MOTION TO DISMISS

-6-