# Exhibit 3

Exhibit 3 Page 157

SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
MAXIMILIAN C. BRICKER, ESQ. (SBN 350150)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
ssomach@somachlaw.com
mbricker@somachlaw.com

MICHAEL W. DAUGHERTY, ESQ. (Co. Bar 49074)
*Pro Hac Vice* Pending
RAMSEY L. KROPF, ESQ. (Co. Bar 21528)
*Pro Hac Vice* Pending
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

Attorneys for [PROPOSED] Plaintiff-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally
recognized as SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,<br><br>CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Case No.: 2:24-cv-09720-JGB-DTB<br><br>**DECLARATION OF JOANNE MICHELLE HICKEY IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: January 13, 2025<br>Hearing Time: 9:00 AM<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: August 6, 2024 |

| | |
|---|---|
| 1 | JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, |
| 2 | |
| 3 | |
| 4 | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, |
| 5 | |
| 6 | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, |
| 7 | |
| 8 | Defendants. |
| 9 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, |
| 10 | |
| 11 | |
| 12 | [PROPOSED] Plaintiff-Intervenor. |

SOMACH SIMMONS & DUNN
A Professional Corporation

HICKEY DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION -2-

Exhibit 3
Page 159

I, JoAnne Michelle Hickey, declare as follows:

1. I am a Vice-President, Associate General Counsel for the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (the Nation), having served in this position since September 2017. I submit this declaration on the Nation's behalf. The facts set forth herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. In my capacity as in-house legal counsel for the Nation, I am responsible for protecting the Nation's interests on many issues, including obtaining approvals from governmental agencies such as the United States Forest Service (USFS), and negotiating agreements with private entities such as BlueTriton Brands, Inc. (BlueTriton).

3. I represented the Nation as outside legal counsel in connection with its purchase of the Arrowhead Springs property (Arrowhead Springs) in 2016, and since such purchase, I have advised the Nation regarding its natural and cultural resources, including water rights, uses, and needs at Arrowhead Springs. As such, I am aware the Nation relies on water delivered to Arrowhead Springs for government operations, including wildfire protection, through infrastructure BlueTriton owns and controls in the San Bernadino National Forest (SBNF) (and prior to BlueTriton, infrastructure that Nestlé Waters North America owned).

4. Because of the Nation's critical need for water at Arrowhead Springs, I negotiated agreements over the years with BlueTriton regarding its obligations to deliver water to the Nation.

5. When the USFS denied BlueTriton's renewal of its special use permit on July 26, 2024 (Notice of Denial) (ECF No. 65-13), directing that all water deliveries cease within seven days (including to the Nation), we immediately took steps to protect the Nation's ability to continue to receive water through BlueTriton's infrastructure. Through the Nation's efforts, the USFS's Notice of

HICKEY DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION

-3-

Exhibit 3
Page 160

Denial was thereafter modified twice, allowing BlueTriton to continue to deliver water to the Nation until January 15, 2025 (January 15, 2025 Cut Off).

6. Throughout this period, and still today, I and others representing the Nation have worked, and continue to work, to ensure Arrowhead Springs has access to water. Specifically, I and other Nation representatives have met with representatives of the USFS, the San Bernardino Valley Municipal Water District (Valley District), the San Bernardino Municipal Water District (Municipal District), and others, exploring various options that would allow for the continued delivery of water to Arrowhead Springs beyond January 15, 2025. These efforts have included: (a) obtaining a special use permit from the USFS for the Nation to continue to get water through the BlueTriton infrastructure within the SBNF (b) the Nation and USFS entering a co-stewardship agreement to study and, if needed, restore and enhance the health of Strawberry Creek and to manage the delivery of water to the Nation (c) finding alternative water sources, including a permanent connection for potable water from the Municipal District and a temporary connection of non-potable water from the Valley District (d) exploring federal legislation that would allow for the continued delivery of water through BlueTriton infrastructure until an alternative source can be procured and (e) continuing to seek an extension of the January 15, 2025 Cut Off deadline from the USFS. The Nation has deployed significant resources, including leadership and staff time and hiring consultants, working to resolve the problem created by the USFS's Notice of Denial.

7. I am aware that the USFS has argued in the pending case that the Nation rejected the option of pursuing its own special use permit to allow for continued water delivery through BlueTriton infrastructure. This is not accurate. We have been working to develop the documentation needed for such an application since we were first informed by USFS officials that it was an option (albeit one that the USFS said could not be timely completed, i.e., by January 15, 2025). Because of the long permitting timeframe USFS officials indicated it would take to get such

*SOMACH SIMMONS & DUNN*
*A Professional Corporation*

HICKEY DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION   -4-

Exhibit 3
Page 161

permit, I and others researched and attempted to find agency and legislative support for ways to expedite the special use permit, including National Environmental Policy Act (NEPA) categorical exclusions that could apply and potential legislative solutions.

8. Specifically, USFS officials told us at an August 21, 2024 meeting that the application process for a special use permit could take two to three years (primarily because of the requirements of NEPA), and thus, longer than January 15, 2025. Front Country District Ranger Michael Nobles also told us at this August 2024 meeting, and in subsequent meetings, that the USFS needed to better understand the Nation's need for the water, including the uses and amounts, as well as the Nation's water rights in order to approve the Nation's special use permit, or to grant any other relief. To that end, the Nation hired consultants and outside water law counsel and produced a 49-page letter and attachments dated November 15, 2024, that provided all the information the USFS requested. *ee* ECF No. 65-5. In subsequent meetings, USFS officials told us they had no further questions and needed no more information from the Nation regarding the topics covered in the November 15, 2024 letter.

9. I am aware that in mid-November 2024 a Yuhaaviatam Tribal Council member, the Nation's Chief Intergovernmental Affairs Officer, and its lobbyist met with the officials from the U.S. Department of Agriculture (USDA) (the USFS's parent agency), and those officials encouraged the Nation to pursue the special use permit as the shortest path to keeping the water flowing for Arrowhead Springs. I understand the USDA officials saw the special use permit as something that could be approved relatively quickly, and that it would not take two to three years (as USFS officials had asserted), given that the Nation is already using the water and there would be no change in use. At the same time, we were informed for the first time by the USDA that we would need a lease agreement with BlueTriton, such that the Nation would have control over the infrastructure. Because we were informed

HICKEY DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION -5-

Exhibit 3
Page 162

SOMACH SIMMONS & DUNN
A Professional Corporation

that a lease agreement would be required for a special use permit, I was directed by the Nation to negotiate a lease of the infrastructure with BlueTriton, and I immediately reached out to BlueTriton regarding obtaining such a lease. After discussions, BlueTriton agreed to consider a potential lease of its infrastructure to the Nation, subject to the parties reaching agreed upon terms. The parties are currently negotiating such terms.

10. The USFS and the Nation entered into an Agreement to Initiate a Land Exchange in April of 2022 by which the Nation would exchange land identified by the USFS as supporting its mission for the SBNF for land owned by the USFS that lies between the San Manuel Reservation and Arrowhead Springs and above Arrowhead Springs (San Manuel Ancestral Land Exchange).[1] I serve as a primary staff representative for the Nation to the USFS on the San Manuel Ancestral Land Exchange. In addition to meetings between the USFS and the Nation's staff of which I participated in, the Nation and USFS representatives scheduled a meeting with Tribal and USFS leadership and staff for January 31, 2024, to find ways to expedite the Land Exchange. The meeting was held on the Reservation and the Nation's Chairwoman and members of Tribal Council, the Forest Supervisor Danelle Harrison, USFS Tribal Relations Program Manager Spencer McCloud, Chief of Intergovernmental Affairs Daniel Little, Director of Intergovernmental Affairs Eric Ustation, the Nation's lobbyist Allison Binney, and I, among others, attended in person. After the meeting with Tribal leadership, Ms. Binney, Mr. Ustation, and Mr. Little accompanied the USFS's representatives on a tour of the Reservation. We discussed having a follow-up meeting at Arrowhead Springs and a Land Exchange follow up meeting with staff and USFS leadership was scheduled for March 26, 2024.

---

[1] More information about the San Manuel Ancestral Land Exchange can be found at https://www.fs.usda.gov/project/project_63386.

HICKEY DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION -6-

Exhibit 3  Page 163

11. I attended the March 26, 2024 Land Exchange follow up meeting. The purpose of the meeting was to further discuss expediting the Land Exchange. Indeed, this is evident from the coordinating of and setting of the Agenda. On March 22, 2024, I received an email from Eric Ustation to USFS Tribal Relations Program Manager Spencer McCloud outlining topics for the March 26, 2024 Land Exchange follow up meeting, a true and correct copy of which is attached hereto as **Exhibit 2** . At the March 26, 2024 meeting, an Agenda was distributed to USFS and Nation representatives, a true and correct copy of which is attached hereto as **Exhibit 2** . Forest Supervisor Danelle Harrison received a copy of the Agenda at the March 26, 2024 meeting. As can be seen from the March 22, 2024 email and the Agenda, the March 26, 2024 Land Exchange follow up meeting was not intended to be and could not, as the Nation's leadership was not in attendance, be a government-to-government consultation regarding BlueTriton's special use permit or the impact of a denial of the permit. The denial had not happened, and the Nation was unaware that it would occur.

12. I have been in every meeting between the USFS and the Nation on the Land Exchange and, after the Notice of Denial, the impact of such a denial on the Nation. At no time prior to the Notice of Denial, did the USFS offer assistance to the Nation to find an alternative water source for Arrowhead Springs. After the Notice of Denial, the USFS suggested that the Nation explore potential solutions with the Valley District. The Nation has been working with the Valley District on it providing temporary water through above ground pipes and a conceptual temporary solution has been presented by the Valley District. However, this solution will need to be designed, approved by the Valley District, rights to cross land owned by the County obtained, specific pipeline, and other materials ordered and constructed, all of which cannot be done prior to the January 15, 2025 Cut Off.

HICKEY DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION -7-

Exhibit 3
Page 164

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of January 2025, at San Marino, California.

*JoAnne Michelle Hickey*
JOANNE MICHELLE HICKEY

HICKEY DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION -8-

Exhibit 3
Page 165

# EXHIBIT 25

| | |
|---|---|
| **From:** | Eric Ustation |
| **To:** | McCloud, Spencer - FS, CA |
| **Cc:** | Daniel Little; Michelle Hickey; Keith Alexander |
| **Subject:** | Topics of Discussion - 3/26 meeting at Arrowhead Springs |
| **Date:** | Friday, March 22, 2024 2:41:25 PM |

Hi Spencer, happy Friday! Below are some topics of discussion we hope to have at our meeting Tuesday. Would appreciate if you could share with your team and let us know if you have any questions. Look forward to seeing you on Tuesday!

- Follow-up from 1/31 meeting
    - Staffing assistance request from Central Office
    - Concurrent work
- Section 106 Consultation strategy
    - Tribe's Proposal to Covenant to Protect Arrowhead
    - Finalization of Cultural Report/Eligibility Report
- Starting Valuation Process
- Agreement to Initiate
- Minerals Report Finalization Without Reservation of Rights for Public
- Collaborative opportunities between USFS and SMFD

**Eric Ustation**
Dir Intergovernmental Affairs - Local
REDACTED



# EXHIBIT 26



**United States Forest Service - San Manuel Ancestral Land Exchange Discussion**
**March 26, 2024**
**11 AM**
**Arrowhead Springs Resort**
_____

1) Arrowhead Springs Resort Tour

2) Follow up from January 31 meeting
   a) Staffing assistance request from Central Office
   b) Concurrent Work

3) Section 106 Consultation strategy
   a) Tribe's Proposal to Covenant to Protect Arrowhead
   b) Finalization of Cultural Report/Eligibility Report

4) Starting Valuation Process

5) Agreement to Exchange

6) Minerals Report Finalization Without Reservation of Rights for Public

7) Collaborative opportunities between USFS and SMFD

# EXHIBIT 25

| | |
|---|---|
| **From:** | Eric Ustation |
| **To:** | McCloud, Spencer - FS, CA |
| **Cc:** | Daniel Little; Michelle Hickey; Keith Alexander |
| **Subject:** | Topics of Discussion - 3/26 meeting at Arrowhead Springs |
| **Date:** | Friday, March 22, 2024 2:41:25 PM |

Hi Spencer, happy Friday! Below are some topics of discussion we hope to have at our meeting Tuesday. Would appreciate if you could share with your team and let us know if you have any questions. Look forward to seeing you on Tuesday!

- Follow-up from 1/31 meeting
    - Staffing assistance request from Central Office
    - Concurrent work
- Section 106 Consultation strategy
    - Tribe's Proposal to Covenant to Protect Arrowhead
    - Finalization of Cultural Report/Eligibility Report
- Starting Valuation Process
- Agreement to Initiate
- Minerals Report Finalization Without Reservation of Rights for Public
- Collaborative opportunities between USFS and SMFD


**Eric Ustation**
Dir Intergovernmental Affairs - Local
REDACTED



# EXHIBIT 26



**United States Forest Service - San Manuel Ancestral Land Exchange Discussion**
**March 26, 2024**
**11 AM**
**Arrowhead Springs Resort**
_____

1) **Arrowhead Springs Resort Tour**

2) **Follow up from January 31 meeting**
   a) Staffing assistance request from Central Office
   b) Concurrent Work

3) **Section 106 Consultation strategy**
   a) Tribe's Proposal to Covenant to Protect Arrowhead
   b) Finalization of Cultural Report/Eligibility Report

4) **Starting Valuation Process**

5) **Agreement to Exchange**

6) **Minerals Report Finalization Without Reservation of Rights for Public**

7) **Collaborative opportunities between USFS and SMFD**