# Exhibit  6

Exhibit 6                                                          Page 304

SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
MAXIMILIAN C. BRICKER, ESQ. (SBN 350150)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile:  (916) 446-8199
ssomach@somachlaw.com
mbricker@somachlaw.com

MICHAEL W. DAUGHERTY, ESQ. (Co. Bar 49074)
*Pro Hac Vice* Pending
RAMSEY L. KROPF, ESQ. (Co. Bar 21528)
*Pro Hac Vice* Pending
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

Attorneys for [PROPOSED] Plaintiff-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally
recognized as SAN MANUEL BAND OF MISSION INDIANS

<div style="text-align:center; font-weight:bold;">

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

</div>

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,<br><br>CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Case No.: 2:24-cv-09720-JGB-DTB<br><br>**DECLARATION OF KEITH ALEXANDER IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:    January 13, 2025<br>Hearing Time:    9:00 AM<br>Courtroom:        1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed:  August 6, 2024 |

<div style="text-align:left; font-style:italic;">
SOMACH SIMMONS & DUNN<br>A Professional Corporation
</div>

---

ALEXANDER DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S
MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION          -1-

Exhibit 6                                              Page 305

1  JENNIFER EBERLEIN, in her official
   capacity as Regional Forester for the
2  Pacific Southwest Region of the
   U.S. Forest Service,
3
   DANELLE HARRISON, in her official
4  capacity as Forest Supervisor of the San
   Bernardino National Forest of the
5  U.S. Forest Service,
6  MICHAEL NOBLES, in his official
   capacity as Front Country District Ranger
7  of the U.S. Forest Service,
8                      Defendants.
9  YUHAAVIATAM OF SAN MANUEL
   NATION, a federally recognized Indian
10 tribe, also federally recognized as SAN
   MANUEL BAND OF MISSION
11 INDIANS,
12       [PROPOSED] Plaintiff-Intervenor.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SOMACH SIMMONS & DUNN
A Professional Corporation

ALEXANDER DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S
MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION        -2-

Exhibit 6                    Page 306

SOMACH SIMMONS & DUNN
A Professional Corporation

I, Keith Alexander, declare as follows:

1.     I am the Fire Chief for the Yuhaaviatam of San Manuel Nation, a federally recognized tribe also recognized as the San Manuel Band of Mission Indians (the Nation).  In my capacity as Fire Chief, I oversee the operation of the San Manuel Fire Department, which provides emergency and non-emergency services both on and off the San Manuel Reservation.  The facts set forth herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.     I have worked in the fire service for 37 years, serving my first 15 years with the California Department of Forestry and Fire Protection (Cal Fire).  Thereafter, I joined the Nation to serve in the San Manuel Fire Department.  I have worked for the San Manuel Fire Department for the past 23 years, and as its Fire Chief since 2022.

3.     I am keenly aware of the fire risks on and around the Nation's lands, including at its Arrowhead Springs property (Arrowhead Springs), which abuts the San Bernadino National Forest ("SBNF" or "Forest") on three sides, and which secures water from the Forest's Strawberry Canyon through infrastructure operated by a private company, BlueTriton Brands, Inc. (BlueTriton).  I also have knowledge of the Nation's need for the water delivered by BlueTriton, not only for governmental and cultural purposes at Arrowhead Springs, but to combat wildfire on and around the property.

4.     The Nation collaborates with other fire service agencies (local, regional, state, and federal) to protect people and property from fire and possesses mutual aid agreements with numerous agencies.  These agencies rely upon the water delivered to Arrowhead Springs through BlueTriton's infrastructure to combat fire at and around Arrowhead Springs.  If the U.S. Forest Service (USFS) is allowed to shut off all water deliveries from BlueTriton to the Nation's Arrowhead Springs property, the Nation and entire surrounding community will be in grave

ALEXANDER DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S
MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION        -3-

Exhibit 6                                    Page 307

peril.  At the risk of stating what should be obvious, water is essential to extinguishing fire, and the lack of water at Arrowhead Springs will leave the San Manuel Fire Department, and other fire service agencies that also depend on that water, without an ability to combat fire at Arrowhead Springs and in surrounding communities.

5.      The problem of not having sufficient water to combat fire is not theoretical but real, as we are seeing in connection with the ongoing efforts to extinguish the fires in and around Los Angeles.  Attached hereto as **Exhibit 22** is a true and correct copy of a news article about the lack of water to combat the Pacific Palisades fire.  Due to a lack of water to combat the Eaton Fire in and around Pasadena and Altadena, the San Manuel Fire Department sent a water tender and personnel to help fight that fire.  Whatever the actual reason for the lack of water in these areas, the risks associated with having insufficient water to combat fire cannot be overstated, as it hampers firefighters' ability to extinguish fire that threatens not only property, but people's lives.

6.      I am aware that the USFS has taken the position in its legal papers that there is no real fire risk at and around the Nation's Arrowhead Springs property because there has been no significant fire there for five years.  In reality, the fact that there has been no fire for five years at Arrowhead Springs only means the risk of fire is greater, since vegetation has grown during this period, and that vegetation constitutes fuel for wildfire.  Given this condition, combined with the lack of any measurable rainfall and current weather conditions, including the Santa Ana winds, the risk of fire on and around Arrowhead Springs is as great as ever.

7.      Past fires at Arrowhead Springs have historically emanated from the SBNF, which has experienced well over 40 significant fires in the past 20 years. Nearby Waterman Canyon poses particularly high risks given the significant vehicle and foot traffic there (the canyon is the lifeline to the mountain community, and Arrowhead Springs is just north of Old Waterman Canyon Road).  Waterman

SOMACH SIMMONS & DUNN
A Professional Corporation

Exhibit 6                                                    Page 308

1   Canyon was notably the source of the Old Fire (2003), which devastated the

2   Arrowhead Springs property, and which ranks within the top 20 most destructive

3   fires in the state's history.

4       8.     Fire obviously does not respect jurisdictional boundaries, and just last

5   year the Nation was threatened by a significant fire, the Line Fire, emanating from

6   the SBNF.  Last year's Line Fire was east of Arrowhead Springs by a few miles and

7   came perilously close to the Nation.  The threat of the Line Fire required the

8   Nation's employees to work from home due to poor air quality, and the Nation had

9   evacuation orders for the Tribal community in place and ready to be issued in the

10  event firefighters were unable to get the fire under control.

11      I declare under penalty of perjury under the laws of the United States that the

12  foregoing is true and correct.

13      Executed this 11th day of January 2025, at San Manuel Reservation.

15

16  KEITH ALEXANDER

SOMACH SIMMONS & DUNN
A Professional Corporation

ALEXANDER DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S
MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION          -5-

Exhibit 6                                   Page 309

# EXHIBIT 22

Exhibit 22, P. 006

Exhibit 6                                                                    Page 310

1/9/25, 10:... Case 2:24-cv-09706-JGB-DTB Document 83-2 ... Filed 01/10/25 ... Page 311 of 324 ... Page ID #4973


CALIFORNIA

# Fire hydrants ran dry as Pacific Palisades burned. L.A. city officials blame 'tremendous demand'



The Palisades fire burns along Pacific Coast Highway in Malibu on Tuesday.   (Wally Skalij / Los Angeles Times)

**By Matt Hamilton and David Zahniser**

Jan. 8, 2025 **Updated** 10:17 AM PT

As [wildfires raged across Los Angeles](#) on Tuesday, crews battling the [Palisades blaze](#) faced an additional burden: Scores of fire hydrants in Pacific Palisades had little to no water flowing out.

Exhibit 22, P. 007

"The hydrants are down," said one firefighter in internal radio communications.

"Water supply just dropped," said another.

By 3 a.m. Wednesday, all water storage tanks in the Palisades area "went dry," diminishing the flow of water from hydrants in higher elevations, said Janisse Quiñones, chief executive and chief engineer of the Los Angeles Department of Water and Power, the city's utility.

"We had a tremendous demand on our system in the Palisades. We pushed the system to the extreme," Quiñones said Wednesday morning. "Four times the normal demand was seen for 15 hours straight, which lowered our water pressure."



CALIFORNIA

**Thousands of homes burned in Palisades, Eaton fires; more days of fire weather ahead**

15 minutes ago

Exhibit 22, P. 008

The DWP and city leaders faced significant criticism on social media from residents as well as from developer [Rick Caruso](#), who owns Palisades Village mall in the heart of the Westside neighborhood. Caruso, a former DWP commissioner, blasted the city for infrastructure that struggled to meet firefighting demands.

"There's no water in the fire hydrants," Caruso said with exasperation. Through Tuesday night, he expressed similar criticism in a series of live interviews with local TV stations. "The firefighters are there [in the neighborhood], and there's nothing they can do — we've got neighborhoods burning, homes burning, and businesses burning. ... It should never happen."



A firefighter tries to put out a portion of a fire that threatens a nearby building along Sunset Boulevard in Pacific Palisades on Tuesday.  (Genaro Molina / Los Angeles Times)

L.A. City Councilmember Traci Park, who represents Pacific Palisades and participated with Quiñones in Wednesday's news conference, also expressed fury over the DWP's

Exhibit 22, P. 009

water supply issues.

"The chronic under-investment in the city of Los Angeles in our public infrastructure and our public safety partners was evident and on full display over the last 24 hours," Park said. "I am extremely concerned about this. I'm already working with my team to take a closer look at this, and I think we've got more questions than answers at this point."



CALIFORNIA

**Karen Bass left L.A. for Africa as wind, fire warnings increased. She returned to a burning city**

Jan. 8, 2025

Quiñones and other DWP officials said that the city was fighting a wildfire in hilly terrain with an urban water system, and that at lower elevations in Pacific Palisades, water pressure remained strong.

Before the fire, all 114 tanks that supply the city water infrastructure were completely filled.

Quiñones said that the hydrants in the Palisades rely on three large water tanks with about 1 million gallons each. The first ran dry at 4:45 p.m. Tuesday; the second at 8:30 p.m.; and the third was dry at 3 a.m. Wednesday.

"Those tanks help with the pressure on the fire hydrants in the hills in the Palisades, and because we were pushing so much water in our trunk line, and so much water was being used. ... we were not able to fill the tanks fast enough," she said. "So the consumption of water was faster than we can provide water in a trunk line."

Exhibit 22, P. 010

1/9/25, 10:...
Case 5:24-cv-01336-JGB-DTB   Document 37-1   Filed 01/16/25   Page 6 of 22   Page ID #:817
Palisades fire: Lack of water, hydrant pressure hampers Los Angeles firefighters - Los Angeles Times



CALIFORNIA

### Palisades fire: Evacuations, road closures, shelters, schools, forecast

Jan. 7, 2025

---

In other words, the demand for water at lower elevations was hampering the ability to refill the tanks located at higher elevations. Because of the ongoing fire, DWP crews also faced difficulty accessing its pump stations, which are used to move water up to the tanks.



A fire crew battles a fire in Pacific Palisades.  (Genaro Molina / Los Angeles Times)

The utility on Wednesday was sending 20 tankers with water to support firefighters in the Palisades, and the tankers were having to reload at other distant locations.

"We are constantly moving that water to the fire department to get them as much water as we can," Quiñones said.

Exhibit 25-B



**Palisades**
17,234 acres burned

☐ Mandatory evacuation zone
☐ Evacuation warning

Fire origin

Last updated 5 minutes ago

© Mapbox © OpenStreetMap

**LIVE MAP**

California fire map: Track this fire live

---

It's unclear how widespread the hydrant issues were. In November, the lack of water from hydrants hurt the effort to combat the Mountain fire in Ventura County, when two water pumps became inactive, slowing the process to deliver hillside water.

Caruso, who also ran unsuccessfully for mayor in 2022 , contended that the challenges were avoidable.

"This is a window into a systemic problem of the city — not only of mismanagement, but our infrastructure is old," Caruso said.

Exhibit 22, P. 012

Caruso, who evacuated Tuesday from his home in Brentwood, said his daughter's home was destroyed in the blaze, and his family was waiting to hear if one of his sons had also lost his home.



**CALIFORNIA**

### 'What I imagined hell would be like.' Two friends try to save Pacific Palisades home from raging fire

Jan. 8, 2025

Caruso said in an interview that several homes around his Palisades Village shopping center were "fully engulfed" in flames, and his shopping center, which opened in 2018, suffered damage. On Wednesday morning, scores of buildings and homes in the Palisades were reduced to ash and rubble.

"We are feeling the very personal effects of this," he said.

*Times staff writers Terry Castleman and Ian James contributed to this report.*

---

## More to Read

### Sunset Boulevard in ruins: Fire's massive scale comes into focus in Pacific Palisades

Jan. 8, 2025



### Inside the desperate, chaotic escape from Pacific Palisades: 'If you go any further you will die'

Jan. 8, 2025



### Universal Studios Hollywood, longtime Malibu restaurants and other L.A.-area business affected by the fires

Jan. 8, 2025



Exhibit 22, P. 013



**Matt Hamilton**

Matt Hamilton is a reporter for the Los Angeles Times. He won the 2019 Pulitzer Prize for investigative reporting with colleagues Harriet Ryan and Paul Pringle and was part of the team of reporters that won a Pulitzer Prize for its coverage of the San Bernardino terrorist attack. A graduate of Boston College and the University of Southern California, he joined The Times in 2013.



**David Zahniser**

David Zahniser covers Los Angeles City Hall for the Los Angeles Times.

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

Exhibit 22, P. 014

# EXHIBIT 22

Exhibit 22, P. 006

Exhibit 6                                Page 319

1/9/25, 10:... Case 5:24-cv-09736-JGB-DTB Document 37-1 Filed 03/06/25 Page 17 of 24 Page ID #:972


CALIFORNIA

# Fire hydrants ran dry as Pacific Palisades burned. L.A. city officials blame 'tremendous demand'



The Palisades fire burns along Pacific Coast Highway in Malibu on Tuesday. (Wally Skalij / Los Angeles Times)

**By Matt Hamilton and David Zahniser**

Jan. 8, 2025 **Updated** 10:17 AM PT

As [wildfires raged across Los Angeles](#) on Tuesday, crews battling the [Palisades blaze](#) faced an additional burden: Scores of fire hydrants in Pacific Palisades had little to no water flowing out.

Exhibit 22, P. 007

"The hydrants are down," said one firefighter in internal radio communications.

"Water supply just dropped," said another.

By 3 a.m. Wednesday, all water storage tanks in the Palisades area "went dry," diminishing the flow of water from hydrants in higher elevations, said Janisse Quiñones, chief executive and chief engineer of the Los Angeles Department of Water and Power, the city's utility.

"We had a tremendous demand on our system in the Palisades. We pushed the system to the extreme," Quiñones said Wednesday morning. "Four times the normal demand was seen for 15 hours straight, which lowered our water pressure."



CALIFORNIA

**Thousands of homes burned in Palisades, Eaton fires; more days of fire weather ahead**

15 minutes ago

Exhibit 22, P. 008

The DWP and city leaders faced significant criticism on social media from residents as well as from developer Rick Caruso, who owns Palisades Village mall in the heart of the Westside neighborhood. Caruso, a former DWP commissioner, blasted the city for infrastructure that struggled to meet firefighting demands.

"There's no water in the fire hydrants," Caruso said with exasperation. Through Tuesday night, he expressed similar criticism in a series of live interviews with local TV stations. "The firefighters are there [in the neighborhood], and there's nothing they can do — we've got neighborhoods burning, homes burning, and businesses burning. ... It should never happen."



A firefighter tries to put out a portion of a fire that threatens a nearby building along Sunset Boulevard in Pacific Palisades on Tuesday.  (Genaro Molina / Los Angeles Times)

L.A. City Councilmember Traci Park, who represents Pacific Palisades and participated with Quiñones in Wednesday's news conference, also expressed fury over the DWP's

Exhibit 22, P. 009

water supply issues.

"The chronic under-investment in the city of Los Angeles in our public infrastructure and our public safety partners was evident and on full display over the last 24 hours," Park said. "I am extremely concerned about this. I'm already working with my team to take a closer look at this, and I think we've got more questions than answers at this point."



**CALIFORNIA**

**Karen Bass left L.A. for Africa as wind, fire warnings increased. She returned to a burning city**

Jan. 8, 2025

Quiñones and other DWP officials said that the city was fighting a wildfire in hilly terrain with an urban water system, and that at lower elevations in Pacific Palisades, water pressure remained strong.

Before the fire, all 114 tanks that supply the city water infrastructure were completely filled.

Quiñones said that the hydrants in the Palisades rely on three large water tanks with about 1 million gallons each. The first ran dry at 4:45 p.m. Tuesday; the second at 8:30 p.m.; and the third was dry at 3 a.m. Wednesday.

"Those tanks help with the pressure on the fire hydrants in the hills in the Palisades, and because we were pushing so much water in our trunk line, and so much water was being used. ... we were not able to fill the tanks fast enough," she said. "So the consumption of water was faster than we can provide water in a trunk line."

Exhibit 22, P. 010

Exhibit 6
Page 323



CALIFORNIA

## Palisades fire: Evacuations, road closures, shelters, schools, forecast

Jan. 7, 2025

---

In other words, the demand for water at lower elevations was hampering the ability to refill the tanks located at higher elevations. Because of the ongoing fire, DWP crews also faced difficulty accessing its pump stations, which are used to move water up to the tanks.



A fire crew battles a fire in Pacific Palisades. (Genaro Molina / Los Angeles Times)

The utility on Wednesday was sending 20 tankers with water to support firefighters in the Palisades, and the tankers were having to reload at other distant locations.

"We are constantly moving that water to the fire department to get them as much water as we can," Quiñones said.

Exhibit 25-P



Palisades
17,234 acres burned

☐ Mandatory evacuation zone
☐ Evacuation warning

Fire origin

Last updated 5 minutes ago
© Mapbox © OpenStreetMap

**LIVE MAP**

### California fire map: Track this fire live

---

It's unclear how widespread the hydrant issues were. In November, the lack of water from hydrants hurt the effort to combat the Mountain fire in Ventura County, when two water pumps became inactive, slowing the process to deliver hillside water.

Caruso, who also ran unsuccessfully for mayor in 2022 , contended that the challenges were avoidable.

"This is a window into a systemic problem of the city — not only of mismanagement, but our infrastructure is old," Caruso said.

Exhibit 22, P. 012

Caruso, who evacuated Tuesday from his home in Brentwood, said his daughter's home was destroyed in the blaze, and his family was waiting to hear if one of his sons had also lost his home.



**CALIFORNIA**

### 'What I imagined hell would be like.' Two friends try to save Pacific Palisades home from raging fire

Jan. 8, 2025

Caruso said in an interview that several homes around his Palisades Village shopping center were "fully engulfed" in flames, and his shopping center, which opened in 2018, suffered damage. On Wednesday morning, scores of buildings and homes in the Palisades were reduced to ash and rubble.

"We are feeling the very personal effects of this," he said.

*Times staff writers Terry Castleman and Ian James contributed to this report.*

---

## More to Read

### Sunset Boulevard in ruins: Fire's massive scale comes into focus in Pacific Palisades

Jan. 8, 2025



### Inside the desperate, chaotic escape from Pacific Palisades: 'If you go any further you will die'

Jan. 8, 2025



### Universal Studios Hollywood, longtime Malibu restaurants and other L.A.-area business affected by the fires

Jan. 8, 2025



Exhibit 22, P. 013



### Matt Hamilton

Matt Hamilton is a reporter for the Los Angeles Times. He won the 2019 Pulitzer Prize for investigative reporting with colleagues Harriet Ryan and Paul Pringle and was part of the team of reporters that won a Pulitzer Prize for its coverage of the San Bernardino terrorist attack. A graduate of Boston College and the University of Southern California, he joined The Times in 2013.



### David Zahniser

David Zahniser covers Los Angeles City Hall for the Los Angeles Times.

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

Exhibit 22, P. 014