SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (Co. Bar No. 49074)
Pro Hac Vice Forthcoming.
RAMSEY L. KROPF, ESQ. (Co. Bar No. 21528)
Pro Hac Vice Forthcoming.
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for [PROPOSED] Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br>RANDY MOORE, in his official | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**YUHAAVIATAM OF SAN MANUEL NATION'S [PROPOSED] NOTICE OF MOTION AND MOTION TO DISMISS** |

|   |   |   |
|---|---|---|
| 1 | capacity as Chief of the U.S. Forest Service, | |
| 2 | | Hearing Date: <u>TBD</u> |
| 3 | CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the | Hearing Time: 9:00 a.m.<br>Courtroom: 1 |
| 4 | U.S. Forest Service, | Judge: Hon. Jesus G. Bernal |
| 5 | JENNIFER EBERLEIN, in her official capacity as Regional Forester for the | Action Filed:  June 25, 2024 |
| 6 | Pacific Southwest Region of the U.S. Forest Service, | |
| 7 | | |
| 8 | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the | |
| 9 | U.S. Forest Service, | |
| 10 | MICHAEL NOBLES, in his official capacity as Front Country District | |
| 11 | Ranger of the U.S. Forest Service, | |
| 12 | Defendants. | |
| 13 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian | |
| 14 | tribe, also federally recognized as | |
| 15 | SAN MANUEL BAND OF MISSION INDIANS | |
| 16 | | |
| 17 | [PROPOSED] Defendant-Intervenor. | |

YUHAAVIATAM OF SAN MANUEL NATION'S [PROPOSED] NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that on _____, 2025, at 9:00 a.m. in Courtroom 1, at the above-entitled Court, located at 3470 Twelfth Street, Riverside, California, the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe (previously known as the San Manuel Band of Mission Indians) (the "Nation"), will, and hereby does, move this Court for an order dismissing the action with prejudice based on FRCP 12(b)(7) and 19, on grounds that the Nation is a necessary party that cannot be joined due to its sovereign immunity, and this action cannot proceed in equity and good conscience.

This motion is based upon this Notice of Motion; the Memorandum of Points and Authorities in Support of Motion to Dismiss; the Nation's Request for Judicial Notice and the Exhibits thereto; all the pleadings and records on file; and on such other and further documentary or oral evidence as may be presented at the hearing on this motion.

Under L.R. 7-3, the Nation's counsel has conferred with counsel for Plaintiff on 1/6/25 and again on 1/8/25, and with counsel for Defendants on 12/31/24 and again on 2/26/25. Plaintiff opposes the Nation's motion to dismiss. Defendants reserve their position regarding the Nation's motion to dismiss.

Dated: March 6, 2025

        Respectfully submitted,
        LAW OFFICE OF FRANK LAWRENCE

By: ___/s_____
    Frank R. Lawrence
    Law Office of Frank Lawrence
    Counsel for Intervenor
    Yuhaaviatam of San Manuel