# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,<br><br>CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service,<br><br>JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service,<br><br>DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service,<br><br>MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date: _____<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed:  June 25, 2024 |
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS<br><br>[PROPOSED] Defendant-Intervenor. | |

The motion of Specially-Appearing Defendant-Intervenor for dismissal came on for hearing before this Court, _____ appearing for plaintiff, _____ appearing for defendants, and Frank Lawrence appearing for specially-appearing interventor the Yuhaaviatam of San Manuel Nation.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Specially-Appearing Defendants' motion for dismissal is GRANTED with prejudice.


Dated: _____

                       By: _____
                            The Hon. Jesus G. Bernal
                            United States District Judge