John H. Haney (CA SBN #299970) Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor, Los Angeles, CA 90071
Phone: 213-896-2542 / Fax: 213-896-2450

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff(s)<br>v.<br>U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture et. al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:24-cv-01336-JGB-DTB<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Daugherty, Michael W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

303-449-2834      720-535-4921
*Telephone Number*    *Fax Number*

mdaugherty@somachlaw.com
*E-Mail Address*

of

Somach Simmons & Dunn
1155 Canyon Blvd., Suite 110
Boulder, CO 80302

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☒ *Other:* Limited Intervenor

**and designating as Local Counsel**

Haney, John H.
*Designee's Name (Last Name, First Name & Middle Initial)*

299970         213-896-2542       213-896-2450
*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

John.Haney@hklaw.com
*E-Mail Address*

of

Holland & Knight LLP
400 South Hope Street
8th Floor
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: March 17, 2025**

_____
U.S. District Judge/~~U.S. Magistrate Judge~~