ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
MAGGIE C. WOODWARD (MD #2212130001)
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al*., <br><br> Defendants. | No.: 5:24-cv-01336 <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

In accordance with Local Rule 83-2.3, Federal Defendants hereby provide notice to the Parties and the Court that Tyler M. Alexander is withdrawing from this case as counsel for Federal Defendants. Mr. Alexander is withdrawing from this matter upon his resignation as a Trial Attorney with the Department of Justice, effective April 4, 2025. Ms. Woodward continues to represent Federal Defendants and should continue to receive ECF notifications.

Submitted this 3rd day of April, 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

　/s/ *Tyler M. Alexander*
TYLER M. ALEXANDER (CA 313188)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
tyler.alexander@usdoj.gov

MAGGIE C. WOODWARD
(MD #2212130001)
Trial Attorney
Natural Resources Section
Maggie.woodward@usdoj.gov
(202) 305-4224
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*

Case 5:24-cv-01336-JGB-DTB Document 46 Filed 04/03/25 Page 3 of 3 Page ID #:1028