ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

MAGGIE C. WOODWARD (MD #2212130001)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-4224 (Woodward)
Fax:    (202) 305-0275
maggie.woodward@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No. 5:24-cv-01336-JGB-DTB <br><br> **NOTICE OF APPEARANCE** |

Maggie Woodward, trial attorney with the United States Department of Justice, hereby enters her appearance in the above-captioned litigation as co-counsel on behalf of Defendants in this matter. Service of all papers by the U.S. Postal Service should be addressed to as follows:

1

Notice of Appearance
5:24-cv-01336-JGB-DTB

Maggie Woodward
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

Express deliveries (courier, etc.) should be addressed as follows:

Maggie Woodward
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, D.C. 20002

Ms. Woodward may be reached by email at maggie.woodward@usdoj.gov and by telephone at (202) 305-4224. Ms. Woodward is registered with the Court's CM/ECF system for electronic filing using the email address set forth above. She is a member of the bar of the State of Maryland.

Submitted on April 3, 2024.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Maggie Woodward*
Maggie Woodward
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-4224
Fax:   (202) 305-0506
maggie.woodward@usdoj.gov

*Attorneys for Defendants*

Notice of Appearance
5:24-cv-01336-JGB-DTB

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I electronically filed the **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the attorneys of record.

*/s/ Maggie Woodward*
Maggie Woodward