SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (Co. Bar No. 49074)
Pro Hac Vice Forthcoming.
RAMSEY L. KROPF, ESQ. (Co. Bar No. 21528)
Pro Hac Vice Forthcoming.
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for [PROPOSED] Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br> TOM SCHULTZ, in his official capacity | Case No.: 5:24-cv-01336-JGB-DTB <br><br> **STIPULATION TO CONTINUE HEARING DATE ON YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE** |

| | | |
|---|---|---|
| 1 | as Chief of the U.S. Forest Service,[1] | |
| 2 | CHRISTOPHER FRENCH, in his official capacity as Acting Associate Chief of the U.S. Forest Service, | Current Hearing Date: June 9, 2025 |
| 3 | | **New Stipulated Proposed Hearing Date:** **July 7, 2025** |
| 4 | JASON KUIKEN, in his official capacity as Acting Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, | |
| 5 | | Hearing Time: 9:00 a.m. |
| 6 | | Courtroom: 1 |
| 7 | LESLEY YEN, in her official capacity as Acting Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, | Judge: Hon. Jesus G. Bernal |
| 8 | | Action Filed: June 25, 2024 |
| 9 | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, | |
| 10 | | |
| 11 | Defendants. | |
| 12 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | [PROPOSED] Defendant-Intervenor. | |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the current federal agency officials are automatically substituted for their predecessors.

**STIPULATION CONTINUING HEARING DATE L.R. 7.1**

The undersigned, counsel of record for the parties and for the proposed intervenor Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe ("Nation"), hereby stipulate to continue the hearing on the Nation's pending motion to intervene (ECF DOC. 38) from June 9, 2025, to **July 7, 2025**. The parties stipulate that there is good cause for continuing the hearing date, based on calendar conflicts for the Nation's lead counsel that arose after the motion was filed. This is the first continuance requested by the Nation in this matter.

Dated: April 11, 2025

Respectfully submitted,

LAW OFFICE OF FRANK LAWRENCE
/s Frank R. Lawrence
Counsel for (Proposed) Intervenor

Dated: April 11, 2025

GREENFIRE LAW
/s Rachel Doughty
Counsel for Plaintiff

Dated: April 11, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s Andrew A. Smith
ANDREW A. SMITH
Senior Trial Attorney
Natural Resources Section
Attorneys for Defendants