UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>TOM SCHULTZ, in his official capacity as Chief of the U.S. Forest Service,[1]<br><br>CHRISTOPHER FRENCH, in his official capacity as Acting Associate Chief of the U.S. Forest Service,<br><br>JASON KUIKEN, in his official capacity as Acting Regional Forester for the Pacific Southwest Region of the U.S. Forest Service,<br><br>LESLEY YEN, in her official capacity as Acting Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service,<br><br>MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service,<br><br>Defendants.<br><br>YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS<br><br>[PROPOSED] Defendant-Intervenor. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER CONTINUING HEARING**<br><br>Hearing Date: July 7, 2025<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the current federal agency officials are automatically substituted for their predecessors.

1  Good cause appearing, the stipulation of the parties and proposed intervenor
2  Yuhaaviatam of San Manuel Nation to continue the hearing date on proposed
3  intervenor's pending motion to intervene (ECF DOC. 38) from June 9, 2025, to
4  **July 7, 2025,** is hereby GRANTED.

6  Dated: _____
7                                        By: _____
                                             The Hon. Jesus G. Bernal
8                                            United States District Judge