# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>TOM SCHULTZ, in his official capacity as Chief of the U.S. Forest Service,[1]<br><br>CHRISTOPHER FRENCH, in his official capacity as Acting Associate Chief of the U.S. Forest Service,<br><br>JASON KUIKEN, in his official capacity as Acting Regional Forester for the Pacific Southwest Region of the U.S. Forest Service,<br><br>LESLEY YEN, in her official capacity as Acting Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service,<br><br>MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service,<br><br>Defendants.<br><br>YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS<br><br>[PROPOSED] Defendant-Intervenor. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**ORDER CONTINUING HEARING**<br><br>Hearing Date: July 7, 2025<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the current federal agency officials are automatically substituted for their predecessors.

Good cause appearing, the stipulation (Dkt. No. 50) of the parties and proposed intervenor Yuhaaviatam of San Manuel Nation is hereby GRANTED. The hearing on proposed intervenor's pending motion to intervene (Dkt. No. 38) is CONTINUED from June 9, 2025, to **July 7, 2025 at 9:00 a.m**.

Dated: April 25, 2025

By: *[signature]*
The Hon. Jesus G. Bernal
United States District Judge