Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Cyrus J. Moshiri (Cal. Bar No. 315717)
cmoshiri@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>              Plaintiff,<br><br>    vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>            Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE (ECF 38)**<br><br>Date: July 7, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept: Courtroom 1, Riverside<br><br>Action Filed: June 25, 2024<br>Trial Date: March 31, 2026 |

1    Plaintiff SAVE OUR FOREST ASSOCIATION ("Plaintiff") hereby requests

2   the Court take judicial notice of the documents listed below and authenticated in the

3   declarations of Rachel Doughty, Steve Loe, and Hugh Bialecki filed concurrently

4   with this request. Plaintiff makes this request pursuant to Federal Rules of Civil

5   Procedure 201(b), which authorizes a court to judicially notice a fact that is not

6   subject to a reasonable dispute because it (1) is generally known within the trial

7   court's territorial jurisdiction; or (2) can be accurately and readily determined from

8   sources who accuracy cannot reasonably be questioned. Rule 201(c)(2) states the

9   Court must take judicial notice if a party requests it and the court is supplied with the

10   necessary information. Plaintiff's request, and documents filed herewith in support of

11   this request, satisfy the requirements of Rule 201(c)(2) by providing this Court with

12   the materials for which notice is requested and arguments concerning the propriety of

13   taking judicial notice of the referenced documents pursuant to Rule 201(b).

14   **The Court Should Take Judicial Notice of Exhibits Listed in Table 1: Government Records, Court Records, and Other Matters of Public Record**

15   Matters of public record are judicially noticeable. *Harris v. County of Orange*,

16   682 F.3d 1126, 1132-1133 (9th Cir. 2012) (public records, including documents on

17   file in court, are appropriate for judicial notice); *See also United States v. Ritchie*, 342

18   F.3d 903, 908-909 (9th Cir. 2003) (documents part of state administrative proceedings

19   can be judicially noticed as public records); See *also Paralyzed Veterans of America*

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE (ECF 38) 5:24-cv-01336-JGB-DTB**

*v. McPherson*, No. C 06-4670 SBA, 2008 U.S. Dist. LEXIS 69542, *17 (N.D. Cal. Sep. 8, 2008) (granting judicial notice of documents found on the Secretary of State's website). Federal courts have found that "[p]ublic records and government documents are generally considered not to be subject to reasonable dispute . . . . This includes public records and government documents available from reliable sources on the Internet." *Id.* at *17-18 (quoting *United States ex rel. Dingle v. BioPort Corp.*, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003)).

The documents listed below in **Table 1** are public records issued by a government agency, issued by the court, filed with the court, or filed with the State Water Resources Control Board. As such, the existence and authenticity of the documents as records  of those entities cannot be subject to reasonable dispute. The facts contained in the documents may be subject to judicial notice, depending upon the context of the individual documents—provided in the declarations authenticating each. Judicial notice of documents listed in Table 1 below is therefore proper.

**TABLE 1**

| No. | Authentication | Date | Document Title |
|---|---|---|---|
| 1 | Doughty Decl. | 2/11/2020 | Local Agency Formation Commission County of San Bernardino ("LAFCO") Resolution No. 3088 |
| 2 | Doughty Decl. | 10/10/2006 | LAFCO Staff Report 3053 |
| 4 | Doughty Decl. | 8/5/2022 | Story of Stuff Project Closing Brief |
| 5 | Doughty Decl. | 5/16/2022 | Sur-Rebuttal Testimony of Gregory Allord (SoS 288) |
| 6 | Doughty Decl. | N/A | Curriculum Vitae of Gregory Allord |

3

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE (ECF 38)
5:24-cv-01336-JGB-DTB**

| 7 | Doughty Decl. | N/A | Gregory Allord Slides |
|---|---|---|---|
| 8 | Doughty Decl. | Feb. 2023 | Special Use Permit ("SUP") No. FCD728503, issued to BTB |
| 9 | Doughty Decl. | Sept. 2005 | USDA Land Management Plan, Part 1 San Bernardino National Forest (excerpts) |
| 10 | Doughty Decl. | N/A | USFS Handbook 2509.22 (excerpts) |
| 11 | Doughty Decl. | 7/27/2018 | USFS Decision Memo Regarding Nestle |
| 12 | Doughty Decl. | 9/29/2023 | USFS Letter to BTB Regarding 2021 Cease and Desist Order |
| 13 | Doughty Decl. | 11/20/2023 | Second USFS Letter to BTB Regarding 2021 Cease and Desist Order |
| 14 | Doughty Decl. | 3/1/2024 | USFS Letter to BTB Requesting Missing Information |
| 15 | Doughty Decl. | 3/25/2024 | USFS Letter to BTB Reiterating Request for Missing Information |
| 16 | Doughty Decl. | 4/18/2024 | USFS Letter to BTB Third Request for Missing Information |
| 17 | Doughty Decl. | 4/24/2024 | USFS Letter to BTB Fourth Request for Missing Information |
| 18 | Doughty Decl. | 5/4/2024 | USFS Letter to BTB Regarding Insufficient Information |
| 19 | Doughty Decl. | 6/21/2024 | USFS Second Letter to BTB Regarding Insufficient Information |
| 20 | Doughty Decl. | 7/26/2024 | USFS Notice to BTB Terminating SUP |
| 24 | Doughty Decl. | 1/3/2025 | Notice and Motion to Intervene of the Yuhaaviatam of San Manuel Nation; Memorandum of Points and Authorities; Motion for Order Shortening Time for Hearing (ECF 64) |
| 25 | Doughty Decl. | 1/3/2025 | Declaration of Paul Hamai In Support of Motion to Intervene and Motion for Preliminary Injunction (ECF 65-10) |
| 26 | Doughty Decl. | 1/14/2025 | Order Granting Yuhaaviatam of San Manuel Nation's Motion to Intervene (ECF 91) |

4

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE (ECF 38) 5:24-cv-01336-JGB-DTB**

| | | | |
|---|---|---|---|
| 27 | Doughty Decl. | N/A | Declaration of Alexandra McCleary in Support of Motion to Intervene and motion for Preliminary Injunction |
| 28 | Doughty Decl. | 8/24/2018 | SUP No. FCD728501 |
| 29 | Doughty Decl. | Aug. 2022 | SUP No. FCD728502 |
| 30 | Doughty Decl. | 8/1/2023 | SUP No. FCD728503 |
| 31 | Doughty Decl. | 12/11/2023 | Letter Agreement Amending 80/20 Agreement During Interim Period (ECF 65-8) |
| A | Loe Decl. | 12/17/2021 | Declaration of Steve Loe |
| B | Loe Decl. | 12/17/2021 | Declaration of Steve Loe (SOS 031) |
| C | Loe Decl. | 4/8/2022 | Sur-Rebuttal Testimony of Steve Loe (SOS 282) |
| D | Loe Decl. | 12/17/2021 | Loe Sur-Rebuttal Slides (SOS 283) |
| 2 | Bialecki Decl. | 11/18/2009 | LAFCO Resolution No. 2942 |

**The Court Should Take Judicial Notice of Exhibits Listed in Table 2: News Articles in The San Bernardino Sentinel and The Desert Sun**

A court may take judicial notice of news articles to indicate what was in the public realm at the time. *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2009) (citing *Premier Growth Fund v. Alliance Capital Mgmt.*, 435 F.3d 396, 401 n. 15 (3d Cir. 2006)). Moreover, a court may take judicial notice of published newspaper articles as evidence of events that are widely known and would be capable of sufficiently accurate and ready determination. *Ritter v. Hughes Aircraft Co.,* 58 F.3d 454, 458-459 (9th Cir. 1995). The documents listed below in **Table 2** are news articles that include facts that would be generally known and capable of ready determination. As such, the facts set forth within each document

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE (ECF 38) 5:24-cv-01336-JGB-DTB**

are not subject to reasonable dispute and their accuracy cannot reasonably be questioned. Judicial notice of documents listed in Table 2 below is thus proper.

**TABLE 2**

| | | | |
|---|---|---|---|
| 3 | Doughty Decl. | 1/25/2019 | "San Bernardino Sells its Share of Historic Del Rosa Mutual H20 Co. for Less than $2,300" (San Bernardino Sentinel Article) |
| 21 | Doughty Decl. | 10/14/2021 | "Arrowhead Bottler: Most Water Piped from National Forest is Returned to Ground or Supplied to Tribe" (Desert Sun Article) |
| 32 | Doughty Decl. | 5/20/2016 | "San Manuel Buys Landmark Arrowhead Springs Property in San Bernardino" (Desert Sun Article) |

**The Court Should Take Judicial Notice of Exhibits Listed in Table 3:**
**Public Records Made Available by Government Entities**

Information made publicly available by government entities is appropriate for judicial notice. *Daniels-Hall v. Nat'l Ethic. Ass'n,* 629 F.3d 992, 998 (9th Cir. 2010). Exhibit 22, attached to the Declaration of Rachel Doughty, and Exhibit 1, attached to the Declaration of Hugh Bialecki, are business records sent by BTB and the San Manuel Tribe to governmental agencies. The other documents listed in **Table 3** below include public records that are made available  by, or were obtained from, federal, state and local government entities. As such, the documents are not subject to reasonable dispute and their accuracy cannot reasonably be questioned. Thus, judicial notice of documents listed in Table 3 below is proper.

6

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**
**OPPOSITION TO MOTION TO INTERVENE (ECF 38)**
**5:24-cv-01336-JGB-DTB**

**TABLE 3**

| 22 | Doughty Decl. | 5/14/2024 | BTB Letter to USFS Regarding SUP Termination |
|---|---|---|---|
| E | Loe Decl. | 2/23/2015 | Loe Letter to SBNF Regarding Strawberry Creek Emergency |
| F | Loe Decl. | 1/31/1987 | 1986 Water Rights Report |
| G | Loe Decl. | Sept. 1987 | 1987 Water Rights Report |
| 1 | Bialecki Decl. | 2/10/22 | Email from San Manuel Tribe to State Water Resources Control Board |
| 3 | Bialecki Decl. | 2023 | Water Extraction Recordation for Arrowhead |
| 4 | Bialecki Decl. | 2016-2021 | Prior Water Extraction Records for Arrowhead |

For the foregoing reasons, Plaintiff respectfully requests this Court take judicial notice of the exhibits accompanying this Request for Judicial Notice.


Dated: June 16, 2025                                   Respectfully Submitted,


By: _____

GREENFIRE LAW, PC
Rachel S. Doughty
*Attorneys for Save Our Forest Association*

7

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE (ECF 38)**
**5:24-cv-01336-JGB-DTB**