# Exhibit 1
# to Declaration of Rachel Doughty

# LOCAL AGENCY FORMATION COMMISSION
# COUNTY OF SAN BERNARDINO

215 North D Street, Suite 204
San Bernardino, CA 92415-0490 • (909) 383-9900 • Fax (909) 383-9901
E-MAIL: lafco@lafco.sbcounty.gov
www.sbclafco.org

---

## CERTIFICATE OF COMPLETION

I, Rebecca Lowery, Deputy Clerk to the Local Agency Formation Commission for the County of San Bernardino, hereby certify that the **Local Agency Formation Commission** has completed a change of organization.

The short title of the action is **LAFCO 3050 – REORGANIZATION TO INCLUDE CITY OF SAN BERNARDINO ANNEXATION NO. 360 AND DETACHMENTS FROM THE SAN BERNARDINO COUNTY FIRE PROTECTION DISTRICT AND ITS VALLEY SERVICE ZONE, AND COUNTY SERVICE AREA 70 (ARROWHEAD SPRINGS SPECIFIC PLAN AREA)**

The name of each city and/or district involved in this change of organization or reorganization and the kind or type of change of organization ordered for each city and/or district are as follows:

| City or District | Type of Change of Organization |
|---|---|
| City of San Bernardino | Annexed to |
| San Bernardino County Fire Protection District | Detached from |
| SBCFPD Valley Service Zone | Detached from |
| County Service Area 70 | Detached from |

The above-listed cities and/or districts are located within the following county: County of San Bernardino.

The change of organization was ordered without an election. Resolution No. 3088 ordering the change of organization, a copy of which is attached as LAFCO Exhibit "A", was adopted by the Executive Officer of the Local Agency Formation Commission on January 21, 2010. The terms and conditions of the change of organization, as set forth in the LAFCO resolution approving the change, are contained in the attached resolution. The map and legal description of the actions are set forth in Exhibits "A" and "A-1" to Resolution No. 3088.

Pursuant to Government Code Section 56886.1, public utilities, as defined in Section 216 of the Public Utilities Code, have ninety (90) days following the recording of this Certificate of Completion to make the necessary changes to impacted utility customer accounts.

The area is legally uninhabited.

KATHLEEN ROLLINGS-McDONALD
Executive Officer

By: _Rebecca Lowery_
Rebecca Lowery
Deputy Clerk to the Commission

Dated: February 11, 2010

**THE EFFECTIVE DATE OF THIS ACTION IS FEBRUARY 11, 2010**

# LOCAL AGENCY FORMATION COMMISSION
# COUNTY OF SAN BERNARDINO

215 North "D" Street, Suite 204, San Bernardino, CA 92415-0490
(909) 383-9900 • Fax (909) 383-9901
E-mail: lafco@lafco.sbcounty.gov
www.sbclafco.org

---

PROPOSAL NO.:   LAFCO 3050

HEARING DATE:   JANUARY 21, 2010

RESOLUTION NO. 3088

A RESOLUTION OF THE EXECUTIVE OFFICER OF THE LOCAL AGENCY FORMATION COMMISSION OF THE COUNTY OF SAN BERNARDINO ORDERING LAFCO 3050 – REORGANIZATION TO INCLUDE CITY OF SAN BERNARDINO ANNEXATION NO. 360 AND DETACHMENTS FROM THE SAN BERNARDINO COUNTY FIRE PROTECTION DISTRICT AND ITS VALLEY SERVICE ZONE, AND COUNTY SERVICE AREA 70 (ARROWHEAD SPRINGS SPECIFIC PLAN AREA)

**WHEREAS**, this action is being taken pursuant to the Cortese-Knox-Hertzberg Local Government Reorganization Act of 2000 (Government Code Sections 56000 et seq.); and,

**WHEREAS**, by policy adopted on December 20, 2000, and amended on November 21, 2001, the Local Agency Formation Commission of the County of San Bernardino ("the Commission") has delegated authority over all protest proceeding functions to the Executive Officer; and,

**WHEREAS**, the Commission adopted its Resolution No. 2942 on November 18, 2009 making determinations and approving the proposed reorganization as described in Exhibits "A" and "A-1" attached hereto and by this reference incorporated herein; and,

**WHEREAS**, the terms and conditions of reorganization, as approved by the Commission, are as follows:

CONDITIONS:

**Condition No. 1.** The boundaries are approved as set forth in Exhibits "A" and "A-1" attached.

**Condition No. 2.** The following distinctive short-form designation shall be used throughout this proceeding: LAFCO 3050.

**Condition No. 3.** All previously authorized charges, fees, assessments, and/or taxes currently in effect by the City of San Bernardino (annexing agency) shall be assumed by the annexing territory in the same manner as provided in the original authorization pursuant to Government Code Section 56886(t).

1

## RESOLUTION NO. 3088

**Condition No. 4.** The City of San Bernardino shall indemnify, defend, and hold harmless the Commission from any legal expense, legal action, or judgment arising out of the Commission's approval of this proposal, including any reimbursement of legal fees and costs incurred by the Commission.

**Condition No. 5.** Prior to issuance of the Certificate of Completion for LAFCO 3050, the City of San Bernardino shall submit to LAFCO an out-of-agency service contract with the County of San Bernardino specifying the terms regarding maintenance of the 900 linear feet of Waterman Canyon Road right-of-way within Section 2, T1N, R4W stranded outside City boundaries in County jurisdiction pursuant to Government Code Section 56133. The City of San Bernardino shall provide written consent to this condition within five (5) working days of the approval of this resolution.

**Condition No. 6.** Pursuant to Government Code Section 56886.1, public utilities, as defined in Section 216 of the Public Utilities Code, have ninety (90) days following the recording of the Certificate of Completion to make the necessary changes to impacted utility customer accounts.

**Condition No. 7.** The date of issuance of the Certificate of Completion shall be the effective date of this reorganization.

**WHEREAS,** the reason for this proposal: The owner of the property requested annexation to the City of San Bernardino for the purpose of receiving municipal services from the City relative to development of the area.

**WHEREAS,** on November 18, 2009, the Commission, as CEQA responsible agency, reviewed and considered the City's prepared environmental documentation, and directed its Executive Officer to file a Notice of Determination; and,

**WHEREAS,** a public hearing on this reorganization was called for and held by the Executive Officer of this Commission on January 21, 2010, at the time and place for which notice was given, and at the hearing the Executive Officer heard and received all oral and written protests, objections or evidence which were made, presented or filed;

**NOW, THEREFORE, BE IT RESOLVED,** that the Executive Officer hereby determines and orders as follows:

**SECTION 1.** No written protests were filed by landowners during the protest period;

**SECTION 2.** The regular County assessment roll is utilized by the City of San Bernardino;

**SECTION 3.** The affected territory will not be taxed for existing general bonded indebtedness and/or contractual obligations of the City of San Bernardino;

**SECTION 4.** The Executive Officer, on behalf of the Commission, hereby orders the reorganization as described in Exhibits "A" and "A-1" to include the annexation to the City of San Bernardino and detachment from the San Bernardino County Fire Protection District and its Valley Service Zone, and County Service Area 70; and,

2

**RESOLUTION NO. 3088**

**SECTION 5.** The Executive Officer shall cause to be prepared and filed a Certificate of Completion, as required by Government Code Sections 57176 through 57203, and a Statement of Boundary Change, as required by Government Code Section 57204.

**ADOPTED ON January 21, 2010**

KATHLEEN ROLLINGS-McDONALD
Executive Officer

3

# LAFCO 3050
# Reorganization to Include City of San Bernardino Annexation No. 360 and Detachments from the San Bernardino County Fire Protection District and its Valley Service Zone, and County Service Area 70 (Arrowhead Springs Specific Plan Area)

Those parcels of land located in Section 7, Township 1 North, Range 3 West, San Bernardino Base and Meridian, and Sections 2, 3, 11, 12 and 14, all in Township 1 North, Range 4 West, San Bernardino Base and Meridian, and Section 34, Township 2 North, Range 4 West, San Bernardino Base and Meridian, in the County of San Bernardino, State of California, described as follows:

## AREA 1

**Beginning** at a point being on the corporate City limit line of the City of San Bernardino per Annexation No. 190, said point also being the northwest corner of the south one-half of the northeast one-quarter of said Section 11, Township 1 North, Range 4 West;

1. Thence east, leaving said corporate City limit line, along the north line of said south one-half of the northeast one-quarter of Section 11 to the northeast corner of said south one-half of the northeast one-quarter of said Section 11, said point also being on the west line of said Section 12, Township 1 North, Range 4 West;

2. Thence north, along said west line of said Section 12 to the northwest corner thereof;

3. Thence east, along the north line of said Section 12 to the northeast corner of the northwest one-quarter of the northeast one-quarter of said Section 12;

4. Thence south, along the west line said northwest one-quarter of the northeast one-quarter of said Section 12 to the southeast corner of said northwest one-quarter of the northeast one-quarter of said Section 12, said point also being on the north line of the southeast one-quarter of the northeast one-quarter of said Section 12;

5. Thence east, along said north line, to the northeast corner of said southeast one-quarter of the northeast one-quarter of said Section 12, said point also being on the west line of said Section 7, and the common Range line of said Township 1 North, Range 3 West and said Township 1 North, Range 4 West;

6. Thence north, along said west line of Section 7 and said common Range line, to the northwest corner thereof;

7. Thence east, leaving said common Range line, along the north line of Section 7 to the northeast corner thereof;

*Revised 10/05/09*                                                                                                                          Page 1 of 5


8. Thence south, along the east line of said Section 7 to the southeast corner thereof;

9. Thence west, along the south line of Section 7 to the southwest corner thereof and said common Range line of Township 1 North, Range 3 West and Township 1 North, Range 4 West;

10. Thence north, along the west line of Section 7 and said common Range line, to the southeast corner of the north one-half of the southeast one-quarter of said Section 12, Township 1 North, Range 4 West;

11. Thence west, leaving said common Range line, along the south line of said north one-half of the southeast one-quarter of said Section 12, and along the south line of the north one-half of the southwest one-quarter of said Section12 to the southwest corner of said north one-half of the southwest one-quarter of said Section12, said point also being on the east line of said Section 11, Township 1 North, Range 4 West;

12. Thence south, along said east line of Section 11 to the southeast corner thereof;

13. Thence west, along the south line of said Section 11 to the northeast corner of the northwest one-quarter of the northeast one-quarter of said Section 14, Township 1 North, Range 4 West;

14. Thence south, along the east line of said northwest one-quarter of the northeast one-quarter of said Section 14, a distance of 417.40 feet to a point on said corporate City limit line of the City of San Bernardino, per Annexation No. 347 (LAFCO 2584) ;

Thence, along said corporate City limit line and its various courses and distances as per said Annexation No. 347, and said Annexation No. 190, as follows:

15. Thence South 89°26'17" West, a distance of 208.71 feet;

16. Thence North 00°20'10" West, 417.40 feet to a point on said south line of Section 11;

17. Thence west, along said south line, a distance of 541.95 feet;

18. Thence South 02°02'29" West, a distance of 381.95 feet;

19. Thence South 72°27'09" West, a distance of 52.21 feet;

20. Thence North 79°44'01" West, a distance of 38.00 feet;

21. Thence North 49°49'11" West, a distance of 108.69

22. Thence North 04°53'22" East, a distance of 318.61 feet to said south line of Section 11;

23. Thence west, along said south line, a distance of 422.81 feet to the southeast corner of the west one-half of said Section 11;

24. Thence north, along the east line of said west one-half of Section 11, to the Point of Beginning.

The above-described Area 1 contains 1,297.87 acres, more or less.

## AREA 2

Beginning at the southwest corner of the west one-half of the southwest one-quarter of said Section 2, Township 1 North, Range 4 West, said point also being on the corporate City limit line of the City of San Bernardino per Annexation No. 190;

1. Thence southerly along existing corporate City limit line of said Annexation No. 190, South 0° 03' 43" West, a distance of 85.81 feet along the east line of Section 10, Township 1 North, Range 4 West, to a point on said westerly right of way of State Highway 18 per Right Of Way Map of State Road 8-sbd-18 on file as County Surveyor's Map No. 7672-4 and 5, in the San Bernardino County Surveyor's Office;

2. Thence leaving said east line of Section 10, leaving also said corporate City limit line, and continuing along said westerly right of way of State Highway 18, North 76° 49' 32" West a distance of 327.86 feet;

3. Thence continuing along said westerly right of way of State Highway 18, North 21° 00' 48" West, a distance of 5.70 feet to a point on the south line of said Section 3;

4. Thence continuing along said westerly right of way of State Highway 18, North 21° 00' 48" West a distance of 434.75 feet;

5. Thence continuing along said westerly right of way of State Highway 18, North 10° 32' 05" West, a distance of 843.14 feet;

6. Thence continuing along said westerly right of way of State Highway 18, North 43° 24' 49" East, a distance of 19.51 feet;

7. Thence continuing along said westerly right of way of State Highway 18, North 1° 48' 00" West, a distance of 97.50 feet to the south line of the northeast one-quarter of the southeast one-quarter of said Section 3, Township 1 North, Range 4 West;

8. Thence west along said south line of said northeast one-quarter of the southeast one-quarter of said Section 3, to the southwest corner of said northeast one-quarter of the southeast one-quarter of said Section 3;

9. Thence northerly along the west line of said northeast one-quarter of the southeast one-quarter of said Section 3, North 0° 22' 27" West, a distance of 522.14 feet to point being on a non-tangent curve concave to the east and having a radius of 571.19 feet, a radial bearing to said point bears South 64° 11' 18" West, said point also being on the said westerly right of way of State Highway 18 per said Right Of Way Map;

10. Thence continuing along said westerly right of way of State Highway 18, northwesterly and northeasterly along said curve a distance of 504.89 feet, through a central angle of 50° 38' 44" to a point along said west line of said northeast one-quarter of the southeast one-quarter of said Section 3;

11. Thence northerly along said west line of said northeast one-quarter of the southeast one-quarter of said Section 3, to the southeast corner of Government Lot 6 of said Section 3;

12. Thence west, along the south line of said Government Lot 6, to the southwest corner thereof;

13. Thence north, along the west line of said Government Lot 6 and the west line of Government Lot 1 of said Section 3, to the northwest corner of said Government Lot 1, said point also being the southwest corner of the southeast one-quarter of said Section 34, Township 2 North, Range 4 West and the common Township line of Township 1 North, Range 4 West and Township 2 North, Range 4 West;

14. Thence North 00° 05' 17' West, leaving said common Township line, along the west line of said southeast one-quarter of said Section 34, a distance of 910.21 feet to a point on the west line of that certain line designated as "Existing R/W" on Right of Way Map of State Road 8-SBd-18 on file as County Surveyor's Map No. 7696-1, in the San Bernardino County Surveyor's Office;

15. Thence South 63°18'33" East, along said "Existing R/W", a distance of 113.75 feet;

16. Thence South 18°14'45" East, along said "Existing R/W", a distance of 889.70 feet to the south line of said Section 34 and said common Township line and the north line of said Section 3;

17. Thence east, along said common Township line and said north line of Section 3 to the northeast corner of said Section 3;

18. Thence south, leaving said common Township line, along the east line of Section 3, to the northwest corner of said west one-half of the southwest one-quarter of Section 2;

19. Thence east, along the north line of said west one-half of the southwest one-quarter of Section 2 to the northeast corner of said west one-half of the southwest one-quarter of said Section 2;

20. Thence south, along the east line of said west one-half of the southwest one-quarter of said Section 2, to the south line of said Section 2, said point being on said corporate City limit line of the City of San Bernardino per said Annexation No. 190;

21. Thence west, along said south line and said corporate City limit line, to the **Point of Beginning**.

The above-described Area 2 contains 292.27 acres, more or less.

Area 1 and Area 2 contains a total of 1,590.14 acres, more or less.

*Revised 10/05/09*                                                                                                         Page 5 of 5

**Exhibit A**





Exhibit A-1