# Exhibit  13
# to Declaration of Rachel Doughty

 **United States**
**Department of**
**Agriculture**

**Forest**
**Service**

**San Bernardino National Forest**
**Supervisor's Office**

**602 S Tippecanoe Ave**
**San Bernardino, CA 92408**
**909-382-2600**
**TDD: 1-800-735-2922**

**File Code:** 2720

**Date:** November 20, 2023

David Feckley
Louis Mixon, III
BlueTriton Brands, Inc
1609 Boxwood Lane
Wylie, TX 75098

Dear Sirs,

The U.S. Forest Service thanks you for the responses from Mr. Louis Mixon, III, dated 12-Oct-2023 and 6-Nov-2023. Since Mr. Feckley previously indicated that he will serve as the main point-of-contact for BlueTriton Brands, Inc. (BTB), the Forest is directing this response to both Mr. Mixon and Mr. Feckley. If BTB wishes to update its primary point-of-contact, please so indicate for our records.

In correspondence dated 2-Oct-2023 (attached), the U.S. Forest Service notified BTB of its permit obligations to comply with the State Water Resources Control Board Order WR 2023-0042 dated 19-Sep-2023 (Order) and requested BTB to provide a compliance plan within two weeks of the request receipt. In response BTB assured the Forest that it would comply with the order, but that discussions with the Tribe would not allow it to submit a plan within the two-week period.

BTB has now had a sufficient period to confer with the Tribe. Please present BTB's plan for compliance with the State's Order by December 5th , 2023. The plan should specifically address how water extractions from the upper spring complex (tunnels 2, 3, and 7 and boreholes 1, 1A, 7, 7A, 7B, 7C and 8) will be limited only to those waters delivered to the Tribe for the Tribe's riparian use on its lands at the Arrowhead Springs Hotel property. The plan should detail the amounts of water to be delivered for those authorized uses, and which infrastructure will be utilized and any modifications to the infrastructure that BTB proposes to allow appropriate monitoring of the new requirements.

Once the Forest has received and evaluated the plan we will inform you of any additional requirements or any necessary modifications to your permitted activities. Failure to submit the plan will result in permit noncompliance and will endanger BTB's continued activities on the National Forest.

Thank you for your understanding and cooperation.

Sincerely,

Michael Nobles
DISTRICT RANGER



Caring for the Land and Serving People

Printed on Recycled Paper