# Exhibit 15
# to Declaration of Rachel Doughty

| | | | |
|---|---|---|---|
| **USDA** United States Department of Agriculture | Forest Service | San Bernardino National Forest Supervisor's Office | 602 S Tippecanoe Ave San Bernardino, CA 92408 909-382-2600 TDD: 1-800-735-2922 |

**File Code:** 2720    **Date:** March 25, 2024

Louis Mixon, III
Senior Natural Resource Manager
BlueTriton Brands, Inc.
4718 Mountain Creek Parkway
Dallas, TX 75236

Dear Sir,

I appreciate that you and your team continue to provide the monthly water reports, which are essential for the Forest's understanding of water uses in and around the Strawberry Canyon watershed.

I also appreciate the email from Mr. Tam Pham on 6-Mar-2024 requesting an in-person meeting. The Forest would be happy to meet with you and Mr. Pham at any time to discuss topics related to BlueTriton's use and occupancy of Federal lands. Possible dates for such a meeting include, 1-Apr-2024, 11:00 AM to 12:00 PM, 1:00 PM – 2:00 PM; or 2-Apr-2024, 2:00 PM – 3:00 PM. Please let us know at your earliest convenience BlueTriton's preference or suggest an alternate date and time. In the interim, it would be helpful if you forwarded a brief agenda, that outlines the questions and concerns you would like to address, along with any documents that you feel would be beneficial to review prior to our in-person meeting.

In the meantime, we await your response to my letter dated 1-Mar-2024. It would be helpful if you could provide the information requested in that letter in advance so that we may have an informed discussion of the issues. The information previously requested includes:

- By 2-Apr-2024, a written and detailed Water Well Decommissioning plan for the removal of all stainless pipe and pipe supports from 7, 7 A, 7B, and 7C, including details for the removal of the pipes and ancillary facilities associated with the 7s Complex, as well as a detailed timeline for the restoration of the impacted surface areas, restoration/revegetation of the road but preserving the above-ground portions of the vaults.

- An explanation of how removing the discharge at Transect 6 could have led to a volume reduction in the pipe. If the absence of the discharge did lead to errors, please explain whether there were any errors in measurement prior to 2022 when the equipment was installed.

- Amounts of water to be delivered (volumes in gallons or acre-feet) to all recipients, and the amounts of water (volumes in gallons or acre-feet) for each beneficial use.

- Information regarding the riparian use of water delivered to the San Manuel Band of Mission Indians (Yuhaaviatam of San Manuel Nation, or Tribe) under Order WR 2023-0042 or otherwise:
    - Documentation that the amount of water diverted for the Tribe is not more than would flow naturally past the property on which the riparian right is claimed.
    - Documentation that the total amount from wells and the springs complies with the State's



Caring for the Land and Serving People    Printed on Recycled Paper

- recordation program and requirement for reasonable use. Please provide a statement detailing volumes dedicated to different uses for all water sources.
    - o Documentation that the water is not stored or transported and is used on a daily basis.
    - o Documentation that the diversion of water to the Tribe is not adversely impacting surface resources in the watershed.

- An explanation of the current and expected uses of the volume of water delivered to the Tribe.

In the most recent monthly water use report (for February 2024), I see that the amount of water delivered to the Tribe increased in February by 17% over the previous 3-month average. I would greatly appreciate an additional explanation of whether the Tribe has requested this increase, where the water is being used and for which beneficial uses, whether the Tribe has requested further increases for the upcoming months, and whether the Tribe has asked for the water deliveries to be sourced from 2, 3, and 8.

Sincerely,

MICHAEL NOBLES
Digitally signed by MICHAEL NOBLES
Date: 2024.03.26 07:17:01 -07'00'

Michael Nobles

DISTRICT RANGER