# Exhibit 16
# to Declaration of Rachel Doughty



| | | |
|---|---|---|
| **United States Department of Agriculture** | **Forest Service** | 602 S Tippecanoe Ave |
| | Supervisor's Office | San Bernardino, 92408<br>909-382-2600 |

**File Code:** 2720  **Date:** 04/18/24, 2024

Louis Mixon, III
Senior Natural Resource Manager
BlueTriton Brands, Inc
4718 Mountain Creek Parkway
Dallas, TX 75236

Dear Sir,

The San Bernardino National Forest has been reviewing your application dated 21-Feb-2023 to Ranger Rechsteiner for a new special use authorization. The application states that:

"…no changes to the operation of the Business Facilities (as defined below) are being requested," and "The Business Facilities are used to supply bottled drinking water for retail purposes."

No other description of the beneficial use of water is described, whereas the reported use of water, specifically the delivery of water to the Arrowhead Springs Hotel property under a presumptive riparian water right from 2023 to 2024 is not authorized under BlueTriton's previous authorization FCD728503, nor is it part of BlueTriton's application for a long-term permit.

While the inconsistency does not constitute grounds for immediate dismissal of your application, the Forest needs to have a better understanding of what BlueTriton is requesting for any future use and occupancy of Forest Lands. For that reason, I am requesting that you provide the following information by 15-May-2024:

For each of BlueTriton's well, spring, or borehole locations located on Forest Lands (tunnels 2 and 3, horizontal wells 1, 1A, 7, 7A, 7B, 7C, 8, 10, 11, and 12), provide the following information in detail:

1. For each well, spring, or borehole: whether the extraction/diversion is groundwater or surface water.
2. For each surface water use: provide proof of water rights documentation as required by section VIII. H. *Water Facilities and Water Rights 3.) Water Rights Acquired in the Name of the Holder.*
3. For each well, spring, or borehole: how much water is planned for extraction or diversion, in gallons per month, or acre-feet per month, for the years 2025 to 2030.
4. For each well, spring, or borehole: a detailed description of the disposition of the water, the recipient, location of use, and beneficial use for the same period of time.

Sincerely,

Michael Nobles
DISTRICT RANGER



Caring for the Land and Serving People         Printed on Recycled Paper