# EXHIBIT 4
# to Declaration of Hugh Bialecki

Case 5:24-cv-01336-JGB-DTB   Document 55-46   Filed 06/16/25   Page 1 of 3   Page ID #:1682

## Arrowhead Drinking Water Company

| Production | Annual Production, ac-ft |
|---|---|
| 1947 | 178 |
| 1948 | 123 |
| 1949 | 162 |
| 1950 | 150 |
| 1951 | 93 |
| 1952 | 257 |
| 1953 | 151 |
| 1954 | 185 |
| 1955 | 164 |
| 1956 | 135 |
| 1957 | 151 |
| 1958 | 248 |
| 1959 | 163 |
| 1960 | 109 |
| 1961 | 86 |
| 1962 | 93 |
| 1963 | 88 |
| 1964 | 79 |
| 1965 | 150 |
| 1966 | 250 |
| 1967 | 256 |
| 1968 | 215 |
| 1969 | 362 |
| 1970 | 198 |
| 1971 | 155 |
| 1972 | 123 |
| 1973 | 160 |
| 1974 | 146 |
| 1975 | 143 |
| 1976 | 141 |
| 1977 | 142 |
| 1978 | 171 |
| 1979 | 187 |
| 1980 | 182 |
| 1981 | 187 |
| 1982 | 189 |
| 1983 | 265 |
| 1984 | 242 |
| 1985 | 178 |
| 1986 | 205 |
| 1987 | 210 |
| 1988 | 203 |
| 1989 | 0 |

| Year | Value |
|------|-------|
| 1990 | 143 |
| 1991 | 161 |
| 1992 | 261 |
| 1993 | 408 |
| 1994 | 323 |
| 1995 | 334 |
| 1996 | 329 |
| 1997 | 458 |
| 1998 | 506 |
| 1999 | 282 |
| 2000 | 202 |
| 2001 | 166 |
| 2002 | 329 |
| 2003 | 107 |
| 2004 | 11 |
| 2005 | 193 |
| 2006 | 159 |
| 2007 | 130 |
| 2008 | 111 |
| 2009 | 107 |
| 2010 | 210 |
| 2011 | 201 |
| 2012 | 266 |
| 2013 | 158 |
| 2014 | 87 |
| 2015 | 112 |
| 2016 | 102 |
| 2017 | 144 |
| 2018 | 141 |
| 2019 | 211 |
| 2020 | 180 |
| 2021 | 143 |