Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Cyrus J. Moshiri (Cal. Bar No. 315717)
cmoshiri@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER DENYING MOTION TO INTERVENE**<br><br>Date: July 7, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept: Courtroom 1, Riverside<br><br>Action Filed: June 25, 2024<br>Trial Date: March 31, 2026 |

The Court, having fully considered the Motion to Intervene (ECF 38) filed by Proposed Plaintiff-Intervenor Yuhaaviatam of San Manuel Nation (the "Nation"), Plaintiff's opposition to the same, and all of the supporting papers and oral argument of both the Nation and Plaintiff, herby DENIES the motion.

IT IS SO ORDERED.

Dated:

_____
Hon. Judge Jesus G. Bernal