SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (admitted *pro hac vice*)
RAMSEY L. KROPF, ESQ. (admitted *pro hac vice*)
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for [PROPOSED] Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**REQUEST FOR LEAVE TO APPEAR REMOTELY**<br><br>Hearing Date: July 7, 2025<br>Hearing Time: 9:00 AM<br>Courtroom: Riverside Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service,

JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service,

DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service,

MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service,

    Defendants.

YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,

    [PROPOSED] Defendant-Intervenor.

In accordance with this Court's standing order, Somach Simmons & Dunn, co-counsel for [Proposed] Defendant-Intervenor, Yuhaaviatam of San Manuel Nation, requests leave to appear remotely by Zoom for the Motions Hearing before this Court set for July 7, 2025 at 9:00 a.m.  Good cause exists for this request; undersigned counsel for the [Proposed] Defendant-Intervenor is based in Boulder, Colorado.  Furthermore, co-counsel, Law Office of Frank Lawrence, will be appearing for the Motions Hearing in-person.

A proposed order granting this request is attached.

Respectfully submitted 17th day of June, 2025.

By _____
MICHAEL W. DAUGHERTY, ESQ.
RAMSEY L. KROPF, ESQ. (admitted *pro hac vice*)
SOMACH SIMMONS & DUNN
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
rkropf@somachlaw.com

FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
LAW OFFICE OF FRANK LAWRENCE
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

*Attorneys for [Proposed] Defendant-Intervenor*