SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (admitted *pro hac vice*)
RAMSEY L. KROPF, ESQ. (admitted *pro hac vice*)
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for [PROPOSED] Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER ON [PROPOSED] DEFENDANT-INTERVENOR'S REQUEST FOR LEAVE TO APPEAR REMOTELY**<br><br>Hearing Date: July 7, 2025<br>Hearing Time: 9:00 AM<br>Courtroom: Riverside Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

[PROPOSED} ORDER ON REQUEST FOR LEAVE TO APPEAR REMOTELY
5:24-cv-01336

-1-

CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service,

JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service,

DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service,

MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service,

    Defendants.

YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,

    [PROPOSED] Defendant-Intervenor.

[PROPOSED} ORDER ON REQUEST FOR LEAVE TO APPEAR REMOTELY
5:24-cv-01336

1  Before the Court is the [Proposed] Defendant-Intervenor's Request for Leave
2  to Appear Remotely for the Motions Hearing set before this Court on July 7, 2025
3  at 9:00 a.m.  Good cause appearing, the Court hereby GRANTS the request.
4  Somach Simmons & Dunn, co-counsel for [Proposed] Defendant-Intervenor, may
5  appear remotely for the July 7, 2025 Motions Hearing.

7  Date:_____

        By_____
          HON. JESUS G. BERNAL
          United States District Judge

[PROPOSED} ORDER ON REQUEST FOR LEAVE TO APPEAR REMOTELY
5:24-cv-01336