# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff(s), | 5:24–cv–01336–JGB–DTB |
| v.<br><br>U.S. FOREST SERVICE, et al.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    6/23/2025

Document No.:    57

Title of Document:    Reply Brief

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Reply or Reply Brief

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: June 24, 2025          By:  /s/ Trina DeBose  trina_debose@cacd.uscourts.gov
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS