Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Cyrus J. Moshiri (Cal. Bar No. 315717)
cmoshiri@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO INTERVENE**<br><br>Current Date: August 4, 2025<br>**Proposed Date: September 15, 2025**<br>Time:   9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept:   Courtroom 1, Riverside<br><br>Action Filed: June 25, 2024<br>Trial Date:  March 31, 2026 |

1

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO INTERVENE
5:24-cv-01336-JGB-DTB

1  Undersigned counsel of record for the parties and for Plaintiff SAVE OUR
2  FOREST ASSOCIATION ("SOFA") hereby stipulate to continue the hearing in the
3  above matter on proposed intervenor Yuhaaviatam of San Manuel Nation's ("Tribe")
4  pending motion to intervene (ECF 038) from August 4, 2025, to **September 15, 2025**,
5  pursuant to Local Rules 7-1 and 7-11.

6  The parties stipulate that good cause exists for a continuance, based on calendar
7  conflicts for Plaintiff's lead counsel, Rachel S. Doughty for the hearing date was
8  continued to August 4, 2025 (ECF 059). This is Plaintiff's first request for a
9  continuance in this matter.

10 Dated: July 14, 2025                Respectfully Submitted,

11
                                       By:  /s/ Rachel S. Doughty
12                                          GREENFIRE LAW, PC
                                            Rachel S. Doughty
13                                          *Attorneys for Save Our Forest*
                                            *Association, Inc.*
14
   Dated: July 14, 2025
15
                                       By:  /s/ Frank R. Lawrence
16                                          LAW OFFICE OF FRANK LAWRENCE
                                            Frank R. Lawrence
17                                          *Attorneys for Proposed Intervenor*

18 Dated: July 14, 2025

19                                     By:  /s/ Andrew A. Smith
                                            NATURAL RESOURCES DIVISION
20                                          Andrew A. Smith
                                            *Attorneys for Defendants*
21

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Jessica San Luis*
Jessica San Luis