Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Cyrus J. Moshiri (Cal. Bar No. 315717)
cmoshiri@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>        Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER ON STPULATION TO CONTINUE HEARING DATE**<br><br>Date:  September 15, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept:  Courtroom 1, Riverside<br><br>Action Filed: June 25, 2024<br>Trial Date:  March 31, 2026 |

1    Good cause appearing, the stipulation of the parties to continue the hearing

2    date on proposed Intervenor's pending motion (ECF 038) from August 4, 2025, to

3    **September 15, 2025,** is hereby GRANTED.

4

5    Dated:

6    _____

     Hon. Jesus G. Bernal
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

[PROPOSED] ORDER ON STPULATION TO CONTINUE HEARING DATE
5:24-cv-01336-JGB-DTB