Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Cyrus J. Moshiri (Cal. Bar No. 315717)
cmoshiri@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**DECLARATION OF RACHEL DOUGHTY**<br><br>Date:  July 14, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept:   Courtroom 1, Riverside<br><br>Action Filed: June 25, 2024<br>Trial Date:  March 31, 2026 |

I, Rachel Doughty, under penalty of perjury, do declare and state:

1. I have a pre-planned family trip, with lodging and transportation already paid, to Upstate New York from July 27, 2025, through very late in the evening August 10, 2025.

2. My travel arrangements were made prior to the Court's continuing [59] on July 2, 2025, the hearing on the Motion to Intervene [38].

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 7th day of July, 2025, in Berkeley, California.

Dated: July 14, 2025

                                                 /s/ *Rachel S. Doughty*
                                                 Rachel S. Doughty

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Jessica San Luis
Jessica San Luis