Rachel S. Doughty (Cal. Bar No. 255904)
Cyrus J. Moshiri (Cal. Bar No. 315717)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com
          cmoshiri@greenfirelaw.com

*Attorneys for Save Our Forest Association*

Andrew A. Smith (NM Bar No. 8341)
UNITED STATES DEPARTMENT OF JUSTICE
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, NM 87102
Phone: (202) 598-3803
Email: andrew.smith@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>  Plaintiff,<br><br>  vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>  Defendants. | Case No.: 5:24-cv-01336<br><br>**STIPULATION FOR PROPOSED BRIEFING SCHEDULE**<br><br>Action Filed: June 25, 2024<br>Trial Date: March 31, 2026 |

1  WHEREAS, on August 27, 2024, Plaintiff Save Our Forest Association, Inc. ("SOFA") filed its First Amended Complaint for Injunctive and Declaratory Relief" [ECF No. 24];

WHEREAS, Defendants filed their Answer on November 8, 2024 [ECF No. 29];[1]

WHEREAS, SOFA and the Defendants ("Parties") wish to minimize their procedural disputes and proceed to resolution of this case in an expedited, yet orderly, manner by having the Court set a schedule for briefing dispositive motions and cross-motions for summary judgment;

NOW THEREFORE, the Parties hereby stipulate and agree, and request that the Court enter an order setting the following schedule:

1.  No later than August 8, 2025, Federal Defendants will provide Plaintiff Save Our Forest Association ("SOFA") with an indexed proposed Administrative Record for this matter;

2.  No later than August 15, 2025, SOFA will notify Federal Defendants of any issues regarding the proposed content of the Administrative Record;

3.  No later than August 22, 2025, the Parties shall complete any conferral attempting to resolve any differences they may have regarding the proposed content of the Administrative Record;

4.  No later than September 5, 2025, Defendants shall lodge with the Court, in PDF format on an external hard drive, the Administrative Record for this case, providing SOFA with a copy on the same day;

5.  The Administrative Record shall only be lodged electronically with the Court via external hard drive; it will not be filed via CM/ECF;

---

[1] On March 6, 2025, Yuhaaviatim of San Manuel Nation ("Nation") filed a Motion to Intervene and Motion to Dismiss [ECF No. 38], and the Court issued its Civil Trial Scheduling Order [ECF No. 40];

6. If SOFA wishes to challenge the content and/or sufficiency of the Administrative Record, it shall notice and file a motion no later than 21 days after the lodging of the Administrative Record. Any disputes regarding the sufficiency, scope, content, or supplementation of the Administrative Record that were not raised during consultation of the Parties and by motion by this deadline will be deemed to have been waived;

7. All briefing by Federal Defendants shall be joint.

8. On or before the 30th day after the later of the lodging of the Administrative Record, or final resolution of any Administrative Record motion filed pursuant to Paragraph 6 above, whichever is later, Plaintiff shall file its summary judgment papers, including a statement of undisputed facts ("SUF"), with SOFA's facts and disputes numbered,[2] and with the memorandum of points and authorities not to exceed 25 pages;

9. On or before 60 days after the filing of SOFA's Summary Judgment Papers, Defendants shall file their cross motion for summary judgment and opposition to SOFA's motion for summary judgment and accompanying SUF/Statement of Genuine Disputes of Material Fact, and with the memorandum in support thereof not to exceed 30 pages;

10. On or before 60 days after the filing of Defendants' cross motion/opposition, SOFA shall file its opposition/reply thereto, of no more than 20 pages along with an accompanying Statement of Genuine Disputes of Material Fact;

11. On or before 30 days after the filing of SOFA's opposition/reply, Defendants shall file their reply, of no more than 15 pages;

12. Any claims or defenses available at the time but not raised during summary judgment briefing will be deemed to have been waived;

---

[2] The Parties shall follow the direction in this Court's standing order of March 24, 2016.

13. Because the schedule presented above for production and judicial review of the merits of Plaintiff's claims based on the Administrative Record in accordance with the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, is intended to be the full procedure for resolving this case on the merits, the Parties respectfully request that the Court vacate its March 6, 2025 "Civil Trial Scheduling Order," ECF No. 40.

14. Notwithstanding the immediately preceding paragraph, Plaintiff reserves the right to petition this Court for admission of extra-record evidence.

Dated: July 14, 2025                    Respectfully Submitted,

                                        By: */s/ Rachel S. Doughty*
                                        GREENFIRE LAW, PC
                                        Rachel S. Doughty
                                        2478 Adeline Street, Suite A
                                        Berkeley, CA 94703
                                        Ph/Fax: (510) 900-9502
                                        Email: rdoughty@greenfirelaw.com

                                        *Attorneys for Plaintiff*

Dated: July 14, 2025                    Respectfully Submitted,

                                        By: */s/ Andrew A. Smith*
                                        UNITED STATES DEPARTMENT OF JUSTICE
                                        Andrew A. Smith
                                        Natural Resources Section
                                        201 Third Street NW, Suite 900
                                        Albuquerque, NM 87102
                                        Phone: (202) 598-3803
                                        Email: andrew.smith@usdoj.gov

                                        *Attorneys for Defendants*

Pursuant to Local Rule 5-4.3.4, I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: July 14, 2025                              */s/ Rachel S. Doughty*
                                                    Rachel S. Doughty

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Jessica San Luis
Jessica San Luis