Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Cyrus J. Moshiri (Cal. Bar No. 315717)
cmoshiri@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC. <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 5:24-cv-01336-JGB-DTB <br><br> **DECLARATION OF RACHEL DOUGHTY** <br><br> Date: August 4, 2025 <br> **Proposed Date: September 15, 2025** <br> Time: 9:00 a.m. <br> Judge: Hon. Jesus G. Bernal <br> Dept: Courtroom 1, Riverside <br><br> Action Filed: June 25, 2024 <br> Trial Date: March 31, 2026 |

I, Rachel Doughty, under penalty of perjury, do declare and state:

1. I have a pre-planned family trip, with lodging and transportation already paid, to Upstate New York from July 27, 2025, through very late in the evening August 10, 2025.

2. My travel arrangements were made prior to the Court's continuing [ECF 59] on July 2, 2025, the hearing on the Motion to Intervene [ECF 38].

3. Attached as **Exhibit 1** is a true and correct copy of July 7, 2025, electronic correspondence between me, Frank Lawrence, counsel for the Yuhaaviatam of San Manuel Nation ("**Nation**"), and Andrew Smith, counsel for Federal Defendants. In this correspondence, I offered alternative availability on August 18, August 25, September 8, September 15, September 22, and September 29. Only September 15, 2025, was acceptable to counsel for the Nation.

4. Attached as **Exhibit 2** is a true and correct copy of the 2023 United States Forest Service ("**USFS**") Special Use Permit ("**SUP**") issued to BlueTriton Brands, Inc. (FCD728503), obtained by me through a Freedom of Information Act Request made on behalf of my client, which states that there are no third party beneficiaries to the SUP (section IV.C.), the SUP does not "provide for the furnishing of . . . water" (section IV.D), the "holder" of the SUP (BTB) must obtain all state and local water rights for wells (section VIII.G), and the contract, willingly entered into by BTB with the USFS, limited what BTB could do with water BTB diverts through

the structure authorized by the USFS (VIII.H.1.). The SUP twice expressly recites that it conveys no water rights. (VIII.H.2, VIII.I). BTB did not identify any water rights--belonging to itself or to any other party (VIII.H.3).

5. Attached as **Exhibit 3** is a true and correct copy of the May 14, 2024, letter from BTB to the USFS, including a chart (Exhibit A) showing that only a fraction of the water diverted by BTB from public lands under SUPs is delivered to the Arrowhead Property, acquired by the Nation in 2016 (Exhibit B). Additionally, the letter contains a statement, conveyed from the Nation to the USFS, including: "The Tribe is not a party to, nor is it bound by the terms of the [BTB SUP] or the Order [of the State Water Resources Control Board], and therefore, to the extent either refers to the Tribe's land ownership or water rights claims, they do not adjudicate, resolve, or quantify any of the Tribe's claims or rights as they relate to land and water."

6. Due partly to changing counsel at the Department of Justice and decreased staffing at the USFS, it has taken many months to negotiate the content of the Administrative Record for this matter and to work out a mutually agreeable briefing schedule. The discussions predate the Nation's Motion to Intervene—starting in or around October 2024.

1  I make this declaration under penalty of perjury under the laws of the United
2  States of America, executed this 18th day of July 2025, in Berkeley, California.
3
4
5                                        /s/ *Rachel S. Doughty*
                                         Rachel S. Doughty
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2025, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Jessica San Luis
Jessica San Luis