# EXHIBIT 1
## to Declaration of Rachel Doughty
## July 7, 2025 Email Correspondence



Rachel Doughty <rdoughty@greenfirelaw.com>

## Hearing Date on Motion to Intervene (SOFA v. USFS, 5:24−cv−01336−JGB−DTB)

**Smith, Andrew (USANM)** <Andrew.Smith@usdoj.gov>   Mon, Jul 7, 2025 at 4:32 PM
To: Rachel Doughty <rdoughty@greenfirelaw.com>, Frank Lawrence <frank@franklawrence.com>
Cc: "Hamilton, Emma (ENRD)" <Emma.Hamilton@usdoj.gov>, Jessica San Luis <jsanluis@greenfirelaw.com>, "Cyrus J. Moshiri" <cmoshiri@greenfirelaw.com>

I think I can do September 15, if that's the only date on the table.

Get Outlook for iOS

**From:** Rachel Doughty <rdoughty@greenfirelaw.com>
**Sent:** Monday, July 7, 2025 2:19:04 PM
**To:** Frank Lawrence <frank@franklawrence.com>
**Cc:** Smith, Andrew (USANM) <Andrew.Smith@usdoj.gov>; Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>; Jessica San Luis <jsanluis@greenfirelaw.com>; Cyrus J. Moshiri <cmoshiri@greenfirelaw.com>
**Subject:** [EXTERNAL] Re: Hearing Date on Motion to Intervene (SOFA v. USFS, 5:24−cv−01336−JGB−DTB)

Thank you, Frank.

Rachel S. Doughty, Esq.
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502

rdoughty@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

> On Mon, Jul 7, 2025 at 2:14 PM Frank Lawrence <frank@franklawrence.com> wrote:
>
> I have authority to stipulate to September 15.
> Thanks.
>
> **Law Office of Frank Lawrence**
>
> 111 Bank St. No. 175
> Grass Valley, CA 95945
> Tel. (530) 362-8434
> www.franklawrence.com
>
> NOTE: This e-mail from the Law Office of Frank Lawrence is intended solely for the use of the individual(s) to whom it is addressed. If you received this e-mail in error, please notify the sender immediately, delete the e-mail and do not copy or disclose it to anyone else. If you are not a client, do not construe anything in this e-mail to make you a client unless it expressly states otherwise and do not disclose anything in reply that you expect it to hold in confidence.

If you properly received this e-mail as a client, co-counsel or retained expert, you should maintain its contents in confidence in order to preserve all available privileges to protect confidentiality.

On Mon, Jul 7, 2025 at 11:47 AM Rachel Doughty <rdoughty@greenfirelaw.com> wrote:
> Andrew, Emma, and Frank,
>
> The hearing was moved to August 4. I will be in Upstate NY on that date, on a pre-planned vacation. I would prefer to move this hearing date to a date when I can attend in person. My understanding is that motions are heard on Mondays. I am available on the following Mondays:
>
>   1. August 18
>   2. August 25
>   3. September 8
>   4. September 15
>   5. September 22
>   6. September 29
>
> Do these dates work for you, and are you amendable to changing the date? If so, I will prepare the stipulation the Court requires.
>
> Sincerely,
>
> Rachel S. Doughty, Esq.
> Greenfire Law, PC
> 2748 Adeline Street, Suite A
> Berkeley, CA 94703
> T: 510.900.9502 x 706
> F: 510.900.9502
> rdoughty@greenfirelaw.com
>
> PRIVILEGE AND CONFIDENTIALITY NOTICE
> This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.