SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (admitted *pro hac vice*)
RAMSEY L. KROPF, ESQ. (admitted *pro hac vice*)
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for [PROPOSED] Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER ON [PROPOSED] DEFENDANT-INTERVENOR'S REQUEST FOR LEAVE TO APPEAR REMOTELY**<br><br>Hearing Date: August 4, 2025<br>Hearing Time: 9:00 AM<br>Courtroom: Riverside Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

|    |    |
|----|----|
| 1  | CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, |
| 2  |  |
| 3  |  |
| 4  | JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, |
| 5  |  |
| 6  |  |
| 7  | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, |
| 8  |  |
| 9  | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, |
| 10 |  |
| 11 | Defendants. |
| 12 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, |
| 13 |  |
| 14 |  |
| 15 | [PROPOSED] Defendant-Intervenor. |

[PROPOSED} ORDER ON REQUEST FOR LEAVE TO APPEAR REMOTELY
5:24-cv-01336

-2-

SOMACH SIMMONS & DUNN
A Professional Corporation

1  Before the Court is the [Proposed] Defendant-Intervenor's Request for Leave to Appear Remotely for the motions hearing set before this Court on August 4, 2025 at 9:00 a.m. Good cause appearing, the Court hereby GRANTS the request. Somach Simmons & Dunn, co-counsel for [Proposed] Defendant-Intervenor, may appear remotely for the August 4, 2025 motions hearing.

Date:_____

By_____
HON. JESUS G. BERNAL
United States District Judge

[PROPOSED} ORDER ON REQUEST FOR LEAVE TO APPEAR REMOTELY
5:24-cv-01336