| | |
|---|---|
| 1 | Rachel S. Doughty (Cal. Bar No. 255904) |
| | rdoughty@greenfirelaw.com |
| 2 | Cyrus J. Moshiri (Cal. Bar No. 315717) |
| | cmoshiri@greenfirelaw.com |
| 3 | GREENFIRE LAW, PC |
| | 2478 Adeline Street, Suite A |
| 4 | Berkeley, CA 94703 |
| | Ph/Fax: (510) 900-9502 |

*Attorneys for Plaintiff Save Our Forest Association*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24−cv−01336−JGB−DTB<br><br>**[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL FOR SAVE OUR FOREST ASSOCIATION TO APPEAR REMOTELY**<br><br>**Date:** August 4, 2025<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. Jesus G. Bernal<br>**Dept:** Riverside, Courtroom 1<br><br>Action Filed: June 25, 2024 |

**ORDER**

_____ The Court, upon consideration of the Request for Leave to Appear Remotely by Counsel for Plaintiff SAVE OUR FOREST ASSOCIATION, INC., hereby GRANTS counsel's request to appear remotely at the hearing in this matter scheduled for August 4, 2025, at 9:00 a.m. (ECF 59)

_____ The hearing on the Motion to Intervene of the Yuhaaviatam of San Manuel Nation ("Nation") (ECF 38), previously scheduled for August 4, 2025, at 9:00 a.m. (ECF 59) is continued until September 15, 2025, at 9:00 a.m.

Dated: _____

HON. JESUS G. BERNAL
United States District Court Judge

[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL FOR SAVE OUR FOREST ASSOCIATION TO APPEAR REMOTELY
5:24−cv−01336−JGB−DTB