ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.,*<br><br>Defendants. | Case No. 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER ON DEFENDANTS' REQUEST FOR LEAVE TO APPEAR REMOTELY**<br><br>Hearing Date: August 4, 2025<br>Hearing Time: 9:00 AM<br>Courtroom: Riverside Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

Good cause appearing, Defendants' request for counsel to appear remotely at the hearing on Proposed-Intervenor's Motion to Intervene on August 4, 2025, is hereby **GRANTED**.  Counsel for Defendants may appear at the hearing by Zoom.

Dated:

_____
Hon. Jesus G. Bernal
United States District Judge