1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>　　　　Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**ORDER ON STPULATION TO CONTINUE HEARING DATE**<br><br>Date:  September 15, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept:   Courtroom 1, Riverside<br><br>Action Filed: June 25, 2024<br>Trial Date:  March 31, 2026 |

1

[PROPOSED] ORDER ON STPULATION TO CONTINUE HEARING DATE
5:24-cv-01336-JGB-DTB

1  Good cause appearing, the stipulation of the parties to continue the hearing
2  date on proposed Intervenor's pending motion (Dkt. No. 38) from August 4, 2025, to
3  **September 15, 2025,** is hereby GRANTED.

4

5  Dated: July 29, 2025

6                               _____
                                Hon. Jesus G. Bernal
7                               United States District Judge