SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (admitted *pro hac vice*)
RAMSEY L. KROPF, ESQ. (admitted *pro hac vice*)
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for [PROPOSED] Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,<br><br>CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**REQUEST FOR LEAVE TO APPEAR REMOTELY**<br><br>Hearing Date: September 15, 2025<br>Hearing Time: 9:00 AM<br>Courtroom: Riverside Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

|  | |
|---|---|
| 1 | JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, |
| 2 | |
| 3 | |
| 4 | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, |
| 5 | |
| 6 | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, |
| 7 | |
| 8 | Defendants. |
| 9 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, |
| 10 | |
| 11 | |
| 12 | [PROPOSED] Defendant-Intervenor. |

SOMACH SIMMONS & DUNN
A Professional Corporation

Somach Simmons & Dunn, co-counsel for [Proposed] Defendant-Intervenor, Yuhaaviatam of San Manuel Nation (the "Nation"), requests leave to appear remotely by Zoom for the motions hearing before this Court set for September 15, 2025, at 9:00 a.m., or at any subsequently rescheduled hearing on [Proposed] Defendant-Intervenor's motion to intervene. Good cause exists for this request; undersigned counsel for the [Proposed] Defendant-Intervenor is based in Boulder, Colorado. Furthermore, lead co-counsel for the Nation, Law Office of Frank Lawrence, will be appearing for the motions hearing in-person.

A proposed order granting this request is attached.

Respectfully submitted 7th day of August, 2025.

By /s/ _____
MICHAEL W. DAUGHERTY, ESQ. (admitted *pro hac vice*)
RAMSEY L. KROPF, ESQ. (admitted *pro hac vice*)
SOMACH SIMMONS & DUNN
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
rkropf@somachlaw.com
mdaugherty@somachlaw.com

FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
LAW OFFICE OF FRANK LAWRENCE
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

*Attorneys for [Proposed] Defendant-Intervenor*