UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**ORDER ON STIPULATION FOR PROPOSED BRIEFING SCHEDULE**<br><br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

Good cause appearing, and upon the stipulation of the parties, and this Court ORDERS the following schedule:

1. No later than August 8, 2025, Federal Defendants will provide Plaintiff Save Our Forest Association ("SOFA") with an indexed proposed Administrative Record for this matter;

2. No later than August 15, 2025, SOFA will notify Federal Defendants of any issues regarding the proposed content of the Administrative Record;

3. No later than August 22, 2025, the Parties shall complete any conferral attempting to resolve any differences they may have regarding the proposed content of the Administrative Record;

4. No later than September 5, 2025, Defendants shall lodge with the Court, in PDF format on an external hard drive, the Administrative Record for this case, providing SOFA with a copy on the same day;

5. The Administrative Record shall only be lodged electronically with the Court via external hard drive; it will not be filed via CM/ECF;

6. If SOFA wishes to challenge the content and/or sufficiency of the Administrative Record, it shall notice and file a motion no later than 21 days after the lodging of the Administrative Record. Any disputes regarding the sufficiency, scope, content, or supplementation of the Administrative Record that were not raised during consultation of the Parties and by motion by this deadline will be deemed to have been waived;

7. All briefing by Federal Defendants shall be joint.

8. On or before the 30th day after the later of the lodging of the Administrative Record, or final resolution of any Administrative Record motion filed pursuant to Paragraph 6 above, whichever is later, Plaintiff shall file its summary judgment papers, including a statement of undisputed facts ("SUF"), with SOFA's facts and disputes numbered,[1] and with the memorandum of points and authorities not to exceed 25 pages;

9. On or before 60 days after the filing of SOFA's Summary Judgment Papers, Defendants shall file their cross motion for summary judgment and opposition to SOFA's motion for summary judgment and accompanying SUF/Statement of

---

[1] The Parties shall follow the direction in this Court's standing order of March 24, 2016.

Genuine Disputes of Material Fact, and with the memorandum in support thereof not to exceed 30 pages;

10. On or before 60 days after the filing of Defendants' cross motion/opposition, SOFA shall file its opposition/reply thereto, of no more than 20 pages along with an accompanying Statement of Genuine Disputes of Material Fact;

11. On or before 30 days after the filing of SOFA's opposition/reply, Defendants shall file their reply, of no more than 15 pages;

12. Any claims or defenses available at the time but not raised during summary judgment briefing will be deemed to have been waived;

13. The March 6, 2025 "Civil Trial Scheduling Order," ECF No. 40 is vacated;

14. Notwithstanding the immediately preceding paragraph, Plaintiff retains the right to petition this Court for admission of extra-record evidence.

Dated: August 18, 2025

By: _____
The Hon. Jesus G. Bernal
United States District Judge