Rachel S. Doughty (Cal. Bar No. 255904)
Cyrus J. Moshiri (Cal. Bar No. 315717)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com
       cmoshiri@greenfirelaw.com

*Attorneys for Save Our Forest Association*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney, Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, NM 87102
Phone: (202) 305-5689 (Hamilton)
Email: emma.hamilton@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>          Defendants. | Case No.: 5:24-cv-01336<br><br>**STIPULATION TO AMEND BRIEFING SCHEDULE**<br><br><br>Action Filed: June 25, 2024<br>Trial Date: N/A |

WHEREAS, on August 27, 2024, Plaintiff Save Our Forest Association, Inc. ("SOFA") filed its First Amended Complaint for Injunctive and Declaratory Relief" [ECF No. 24];

WHEREAS, Defendants filed their Answer on November 8, 2024 [ECF No. 29];[1]

WHEREAS, SOFA and the Defendants ("Parties") wish to minimize their procedural disputes and proceed to resolution of this case in an expedited, yet orderly, manner by having the Court set a schedule for briefing dispositive motions and cross-motions for summary judgment;

WHEREAS, on July 14, 2025, the Parties filed a stipulated proposed briefing schedule with this Court [ECF No. 62], which this Court entered on August 18, 2025 [ECF No. 72];

WHEREAS, on August 8, 2025, the Federal Defendants provided SOFA with a draft proposed Administrative Record;

WHEREAS, SOFA has suggested additions to that draft proposed Administrative Record;

WHEREAS, the Parties have met and conferred and are in the process of working through their disagreement about the scope of the Administrative Record in this matter and whether the assistance of the Court will be needed to resolve any dispute regarding its content;

NOW THEREFORE, the Parties hereby stipulate and agree, and request that the Court enter an order setting the following amended schedule to accommodate the Parties' time for conferring about the scope of the Administrative Record:

1. Modify the Court's August 18, 2025 "Order on Stipulation for Proposed Briefing

---

[1] On March 6, 2025, Yuhaaviatim of San Manuel Nation ("Nation") filed a Motion to Intervene and Motion to Dismiss [ECF No. 38], and the Court issued its Civil Trial Scheduling Order [ECF No. 40].

Schedule," ECF No. 72, as follows:

2. Paragraph 2:  Change the "August 15, 2025" date to "September 1, 2025," and insert "remaining records they believe to be missing from the Administrative Record and" after "any," so it now reads: No later than September 1, 2025, SOFA will notify Federal Defendants of any remaining records they believe to be missing from the Administrative Record and issues regarding the proposed content of the Administrative Record;

3. Paragraph 3: Change the "August 22, 2025" date to "September 19, 2025," so it now reads: No later than September 19, 2025, the Parties shall complete any conferral attempting to resolve any differences they may have regarding the proposed content of the Administrative Record;

4. Paragraph 4: Change the "September 5, 2025" date to "September 30, 2025," so it now reads: No later than September 30, 2025, Defendants shall lodge with the Court, in PDF format on an external hard drive, the Administrative Record for this case, providing SOFA with a copy on the same day;

8. Paragraph 8:  To accommodate a potential conflict with the holidays, change "30th" to "60th," delete "the later of," and insert "on or before the 30th day after" after the second "or," so it now reads: On or before the 60th day after the lodging of the Administrative Record, or on or before the 30th day after final resolution of any Administrative Record motion filed pursuant to Paragraph 6 above, whichever is later, Plaintiff shall file its summary judgment papers, including a statement of undisputed facts ("SUF"), with SOFA's facts and disputes numbered,[2] and with the memorandum of points and authorities not to exceed 25 pages;

9. All other paragraphs of the Court's August 18, 2025 "Order on Stipulation for Proposed Briefing Schedule," ECF No. 72, should remain the same.

---

[2] The Parties shall follow the direction in this Court's standing order of March 24, 2016.

STIPULATION FOR PROPOSED REVISED BRIEFING SCHEDULE – 5:24-cv-01336

Dated: August 29th, 2025          Respectfully Submitted,

By: /s/ Rachel S. Doughty (with permission)
GREENFIRE LAW, PC
Rachel S. Doughty
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com

*Attorneys for Plaintiff*

Dated: August 29th, 2025          Respectfully Submitted,

By: ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ Emma L. Hamilton
EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
ANDREW A. SMITH (NM Bar No. 8341)
Senior Attorney
c/o United States Attorney's Office
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, NM 87102
Phone: (202) 305-5689 (Hamilton)
       (202) 598-3803 (Smith)
Email: emma.hamilton@usdoj.gov
       andrew.smith@usdoj.gov

*Attorneys for Defendants*

Pursuant to Local Rule 5-4.3.4, I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: August 29, 2025        */s/ Emma L. Hamilton*
                                Emma L. Hamilton

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Emma L. Hamilton
Emma L. Hamilton
U.S. Department of Justice