ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No. 5:24-cv-01336-JGB-DTB <br><br> **DEFENDANTS' REQUEST FOR LEAVE TO APPEAR REMOTELY** <br><br> Hearing Date: September 15, 2025 <br> Hearing Time: 9:00 AM <br> Courtroom: Riverside Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

Counsel for Defendants hereby request leave to appear remotely by Zoom for the hearing on Proposed-Intervenor's Motion to Intervene, currently set for September 15, 2025 at 9:00 am.

Good cause exists to allow undersigned counsel for Defendants to appear remotely. Counsel for Defendants are both located in Albuquerque, New Mexico and have personal travel and litigation commitments the week of the hearing that would make appearing in person difficult. Moreover, as noted in Proposed-Intervenor's Motion, "Defendants do not oppose this intervention motion." ECF No. 38 at 4. Thus, Defendants respectfully request that the Court allow undersigned counsel to appear remotely. A proposed order granting this request is attached.

Respectfully submitted on September 5, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Emma L. Hamilton*
EMMA L. HAMILTON
Trial Attorney
ANDREW A. SMITH
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
andrew.smith@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the attorneys of record.

/s/ *Emma L. Hamilton*
Emma L. Hamilton
U.S. Department of Justice