ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.,* <br><br> Defendants. | Case No. 5:24-cv-01336-JGB-DTB <br><br> **[PROPOSED] ORDER ON DEFENDANTS' REQUEST FOR LEAVE TO APPEAR REMOTELY** <br><br> Hearing Date: September 15, 2025 <br> Hearing Time: 9:00 AM <br> Courtroom: Riverside Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

Good cause appearing, Defendants' request for counsel to appear remotely at the hearing on Proposed-Intervenor's Motion to Intervene on September 15, 2025,

1

5:24-cv-01336-JGB-DTB

1  is hereby **GRANTED**.  Counsel for Defendants may appear at the hearing by

2  Zoom.

3

4

5      Dated:

6
                                                _____

7                                                Hon. Jesus G. Bernal
                                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

5:24-cv-01336-JGB-DTB