# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 5:24-cv-01336-JGB-DTB <br><br> **ORDER ON STIPULATION TO AMEND BRIEFING SCHEDULE** <br><br> Courtroom: 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

Good cause appearing, and upon the stipulation of the Parties, and this Court hereby amends its August 18, 2025 "Order on Stipulation for Proposed Briefing Schedule," ECF No. 72, by substituting that following numbered paragraphs for the correspondingly numbered paragraphs in its August 18, 2025 Order:

2. No later than September 1, 2025, SOFA will notify Federal Defendants of any remaining records they believe to be missing from the Administrative Record and issues regarding the proposed content of the Administrative Record;

3. No later than September 19, 2025, the Parties shall complete any conferral attempting to resolve any differences they may have regarding the proposed content of the Administrative Record;

4. No later than September 30, 2025, Defendants shall lodge with the Court, in PDF format on an external hard drive, the Administrative Record for this case, providing SOFA with a copy on the same day;

8. On or before the 30th 60th day after the later of the lodging of the Administrative Record, or on or before the 30th day after final resolution of any Administrative Record motion filed pursuant to Paragraph 6 above, whichever is later, Plaintiff shall file its summary judgment papers, including a statement of undisputed facts ("SUF"), with SOFA's facts and disputes numbered,[1] and with the memorandum of points and authorities not to exceed 25 pages;

All other paragraphs of the Court's August 18, 2025 "Order on Stipulation for Proposed Briefing Schedule," ECF No. 72, shall remain the same and in effect.

IT IS HEREBY ORDERED.

Dated: September 10, 2025

By: _____
The Hon. Jesus G. Bernal
United States District Judge

---

[1] The Parties shall follow the direction in this Court's standing order of March 24, 2016.