ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Federal Defendants. | Case No. 5:24-cv-01336-JGB-DTB <br><br> **FEDERAL DEFENDANTS' NOTICE OF LODGING ADMINISTRATIVE RECORD** <br><br> Hearing Date: N/A <br> Courtroom: Riverside Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

Federal Defendants hereby notice the lodging of the Forest Service's Administrative Record for the Forest Service actions challenged in this matter. Federal Defendants are lodging the Administrative Record consistent with the

1  Court's August 18, 2025 "Order on Stipulation for Proposed Briefing Schedule,"
2  ECF No. 72, and September 18, 2025 "Order on Stipulation to Amend Briefing
3  Schedule," ECF No. 76.  These Orders require Federal Defendants to "lodge with
4  the Court, in PDF format on an external hard drive, the Administrative Record for
5  this case," ECF No. 72 ¶ 4, and further specify that "[t]he Administrative Record
6  shall only be lodged electronically with the Court via external hard drive; it will
7  not be filed via CM/ECF."  *Id.* ¶ 5.

8      In accordance with these requirements, Federal Defendants are sending by
9  overnight courier for delivery to the Clerk of the Court in Los Angeles on
10 September 30, 2025, a full copy of the Forest Service's Administrative Record on a
11 USB thumb drive for conventional filing or lodging with the Court.  A chambers
12 copy of this Notice and the USB thumb drive is also being delivered to the
13 Chambers of the Honorable Jesus G. Bernal in Riverside, and a copy is being sent
14 to counsel of record for Plaintiff.  The Administrative Record has been certified by
15 the U.S. Forest Service, Exhibit A.

17      Respectfully submitted on September 29, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Andrew A. Smith*
EMMA L. HAMILTON
Trial Attorney
ANDREW A. SMITH
Senior Trial Attorney

5:24-cv-01336-JGB-DTB

Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the attorneys of record.

/s/ Andrew A. Smith
Andrew A. Smith
U.S. Department of Justice