ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Federal Defendants. | Case No. 5:24-cv-01336-JGB-DTB <br><br> **FEDERAL DEFENDANTS' CERTIFICATION OF FOREST SERVICE ADMINISTRATIVE RECORD** |

1. I, Joseph Martin, am employed by the U.S. Forest Service as the NEPA Planner for the Supervisor's Office of the San Bernardino National Forest. I have held this position for 3 years.

2. As part of my official duties, I led the compilation of the Forest Service's Administrative Record in connection with the BlueTriton Brands, Inc. special use permit for water diversion in Strawberry Creek.

3. To the best of my knowledge, information, and belief, the documents listed in the index of the Administrative Record and provided to the court and the Parties along with this certification constitute a true and correct copy of the Forest Service's Administrative Record, including all documents directly or indirectly considered during the Forest's NEPA review, or in the administration of BlueTriton's permit following the Forest's NEPA determination.

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated the 29th day of September, in San Bernardino, CA.

JOSEPH MARTIN
Acting Environmental Coordinator
San Bernardino National Forest
c: 619-787-0295
Joseph.Martin@usda.gov