# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.,* <br><br> Federal Defendants, <br><br> YUHAAVIATAM OF SAN MANUEL NATION, <br><br> Defendant-Intervenor. | Case No. 5:24-cv-01336-JGB-DTB <br><br> **[PROPOSED] ORDER** <br><br> Hearing Date: N/A <br> Courtroom: Riverside Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

THIS MATTER came before the Court on the United States' and Federal Defendants' October 6, 2025 "Unopposed Ex Parte Application to Stay Pending Lapse in Appropriations," ECF No. 78. The Court, having reviewed the Application, finds that the Application is well-taken and, good cause appearing, hereby GRANTS the Application.

IT IS HEREBY ORDERED that all deadlines and proceedings in this case (with the exception of the filing of any motion to dismiss by Defendant-Intervenor) are stayed pending the lapse in appropriations for the Federal Government. Within 7 days after the lapse in appropriations ends, the Parties to this matter will file a proposed schedule for any matters in this case affected by the stay.

Dated:

By: _____
The Hon. Jesus G. Bernal
United States District Judge