SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (Co. Bar No. 49074)
Pro Hac Vice
RAMSEY L. KROPF, ESQ. (Co. Bar No. 21528)
Pro Hac Vice
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**YUHAAVIATAM OF SAN MANUEL NATION'S NOTICE OF MOTION AND MOTION TO DISMISS** |

|  |  |
|---|---|
| Service,<br><br>CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service,<br><br>JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service,<br><br>DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service,<br><br>MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service,<br><br>     Defendants. | Hearing Date: November 24, 2025<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS<br><br>     Defendant-Intervenor. |  |

1 TO ALL PARTIES AND THEIR ATTORNEYS:

2     PLEASE TAKE NOTICE that on November 24, 2025, at 9:00 a.m. in Courtroom 1, at the above-entitled Court, located at 3470 Twelfth Street, Riverside, California, the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe (previously known as the San Manuel Band of Mission Indians) (the "Nation"), will, and hereby does, move this Court for an order dismissing the action with prejudice based on FRCP 12(b)(7) and 19, on grounds that the Nation is a necessary party that cannot be joined due to its sovereign immunity, and this action cannot proceed in equity and good conscience.

    This motion is based upon this Notice of Motion; the Memorandum of Points and Authorities in Support of Motion to Dismiss; the Nation's Request for Judicial Notice and the Exhibits thereto; all the pleadings and records on file; and on such other and further documentary or oral evidence as may be presented at the hearing on this motion.

    This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place via a series of emails on September 15, 16, 18, 19 and 22, followed by a Zoom video conference on September 26, 2025.  Counsel for Plaintiff and Defendants indicated that they intend to oppose the Nation's motion to dismiss.

    Through the meet-and-confer process, counsel for Plaintiff and Defendants requested that the Nation move its proposed hearing date for this motion, as well as the briefing schedule for the motion.  All parties agreed on the following briefing schedule: opposition brief(s) will be due on or before Monday, October 27, 2025, four weeks before the hearing date.  Reply brief(s) will be due November 10, 2025, two weeks prior to the hearing.  If the hearing date noticed herein is continue due to the federal government shutdown and the Defendants' resulting pending motion to stay, the same briefing schedule shall apply relative to the new hearing date to which this motion may be continued: opposition brief(s) shall be due four weeks

prior to the hearing date and reply brief(s) shall be due two weeks prior to such date.

Dated: October 9, 2025

                         Respectfully submitted,
                         LAW OFFICE OF FRANK LAWRENCE

By: ___/s_____
     Frank R. Lawrence
     Law Office of Frank Lawrence
     Counsel for Defendant-Intervenor
     Yuhaaviatam of San Manuel Nation