# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,<br><br>CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service,<br><br>JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service,<br><br>DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service,<br><br>MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service,<br><br>  Defendants.<br><br>YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS<br><br>  Defendant-Intervenor. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date: November 24, 2025<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed:  June 25, 2024 |

The motion of Specially-Appearing Defendant-Intervenor for dismissal came on for hearing before this Court, _____ appearing for plaintiff, _____ appearing for defendants, and Frank Lawrence appearing for specially-appearing defendant-interventor the Yuhaaviatam of San Manuel Nation.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Specially-Appearing Defendants' motion for dismissal is GRANTED with prejudice.

Dated: _____

By: _____
The Hon. Jesus G. Bernal
United States District Judge