Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorney for Save Our Forest Association, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. <br> YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, <br><br> Plaintiff-Intervenor. | Case No.: 5:24-cv-01336-JGB-DTB <br><br> **PLAINTIFF'S MOTION TO COMPLETE THE ADMINISTRATIVE RECORD** <br><br> Hearing Date: November 24, 2025 <br> Hearing Time: 9:00 a.m. <br> Judge: Hon. Jesus G. Bernal <br> Dept:  Courtroom 1, Riverside <br><br> Action Filed: June 25, 2024 <br> Trial Date: March 31, 2026 |

1

PLAINTIFF'S MOTION TO COMPLETE THE ADMINISTRATIVE RECORD–
5:24-cv-01336-JGB-DTB

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that on November 24, 2025, at 9:00 a.m. in Courtroom 1, at the above-entitled Court, located at 3470 Twelfth Street, Riverside, Plaintiff Save Our Forest Association ("**SOFA**") will move for an order to complete the administrative record. The grounds therefor, are set forth fully in the accompanying Memorandum in Support of Plaintiff's Motion to Complete the Administrative Record, and the records are authenticated by the accompanying Declaration of Rachel Doughty and provided by thumb drive, lodged with this Court.

Dated: October 20, 2025                    Respectfully Submitted,

                                By:  */s/ Rachel Doughty*
                                     Rachel S. Doughty