Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
*Attorneys for Save Our Forest Association, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. <br><hr> YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, <br><br> Plaintiff-Intervenor. | Case No.: 5:24-cv-01336-JGB-DTB <br><br> **PROPOSED ORDER GRANTING MOTION TO COMPLETE THE ADMINISTRATIVE RECORD** |

The Court, having fully considered the Motion to Complete the Administrative Record (ECF 81) filed by Plaintiff Save our Forest Association ("SOFA"), any

1
**PROPOSED ORDER GRANTING MOTION TO COMPLETE THE
ADMINISTRATIVE RECORDDECLARANT**
5:24-cv-01336-JGB-DTB

1  opposition to the same, and all of the supporting papers and oral argument of the
2  parties, ORDERS that Defendants shall amend the administrative record to include the following by _____, 2025:

3     a) All records contained in the administrative record for the administrative
4        proceedings before the California State Water Resources Control Board, the
      record of which was assembled and filed in the Fresno County Superior Court
5        case: *BlueTriton Brands Inc., v. California State Water Control Board, et al.*
6        (Case No. 23CECG04292);

7     b) All records contained in the administrative record for the matter of *Story of
      Stuff Project v. United States Forest Service* (District Court Case Number CV
8        ED CV 16-00175-JGB);

9     c) The attachments to the letter from Rachel Doughty to the USFS, dated October
      19, 2023, regarding the permit issued to Nestlé and BlueTriton Brands;
10

11     IT IS SO ORDERED.

12
Dated:
13
                                                                  Hon. Judge Jesus G. Bernal