# Exhibit 1



Rachel S. Doughty
2748 Adeline Street, Suite A
Berkeley, CA 94703
Phone: (510) 900-9502
Email: rdoughty@greenfirelaw.com
www.greenfirelaw.com

April 18, 2025

<u>By Electronic Mail</u>

Andrew A. Smith
U.S. Department of Justice
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, NM 87102
andrew.smith@usdoj.gov

Maggie C. Woodward
U.S. Department of Justice
Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
maggie.woodward@usdoj.gov

    **Re:**    **Additional Documents for Administrative Record**
*Save Our Forest Association, Inc. v. United States Forest Service, et al.*
(5:24-cv-01336-JGB-DTB)

Dear Mr. Smith and Ms. Woodward:

The administrative record index provided by the U.S. Forest Service appears to be incomplete. Save Our Forest Association's ("SOFA") case includes claims that the special use permit under which diversion structures are present on federal land is invalid. That permit was issued as a result of the 2018 Decision Memo to issue a permit

Plaintiffs have identified the following records, which should properly be included in the administrative record in this matter:

- All records contained in the administrative record for the administrative proceedings before the California State Water Resources Control Board, the record of which was assembled and filed in the Fresno County Superior Court case: *BlueTriton Brands Inc.,*

Page 2 of 2
April 18, 2025

      *v. California State Water Control Board, et al.* (Case No. 23CECG04292);[1]

- All records contained in the administrative record for the matter of *Story of Stuff Project v. United States Forest Service* (District Court Case Number CV ED CV 16-00175-JGB);

- I see the October 19, 2023, letter from my office to the USFS regarding the permit issued to Nestle and BlueTriton Brands. Please be sure that the attachments are included in the record;

- Please be sure that the May 14, 2024, letter from BTB to the USFS includes attachments, including the statement allegedly from the SMBMI that "The Tribe is not a party to, nor is it bound by the terms of the Permit or the Order";

- Any and all records provided to the USFS demonstrating the technical and financial capability of Nestle, BTB, and/or the Tribe to operate and ultimately decommission the diversion for which the SUPs have issued; and

- All records, including comments, pertaining to the NEPA analysis for the SUP, including the analysis supporting the Nestle SUP and the subsequent SUPs.

A link to the files for the first three records can be accessed, without a password or account, at this box.com address:

https://app.box.com/s/39bty15rk5wlg2fhhofzl1x78yei8rxk

Ideally, we would like to be able to resolve this request regarding the administrative record as soon as possible, given that this matter was filed with the district court nearly a year ago.

The first two administrative records--from the Fresno Superior case and the Story of Stuff case--have indexes and have been certified the responsible agency (SWRCB and your office (actually you, Andrew, if memory serves), respectively), so Plaintiff would be happy to stipulate to the use of those reliable and ready records, with their existing indexes and numbering, to eliminate needless expenditure of time recreating what already exists.

Sincerely,

*Rachel S. Doughty*

Rachel S. Doughty
Greenfire Law, PC

---

[1] The USFS was included in all communications regarding this hearing. I provided several service lists by email first to Mr. Tyler on March 21 and then to Mr. Smith on April 9, demonstrating that these materials were in the USFS's possession. I have gotten no response on this issue.