# Exhibit 3



**Rachel Doughty <rdoughty@greenfirelaw.com>**

## Service List for Water Board Action

**Rachel Doughty** <rdoughty@greenfirelaw.com>  Wed, Apr 9, 2025 at 4:17 PM
To: "Mr Andrew A. Smith" <Andrew.Smith@usdoj.gov>

Hi Andrew,

When I last spoke to Tyler, I had requested inclusion of the administrative record from the SWRCB hearing as that information was in fact before the USFS when it made its decision to deny the most recent permit application and the USFS does allude in its denial to water rights. Tyler asked that I show the USFS was in fact in possession of the record. So, from the attached, you can see that the USFS had multiple representatives on the service list. Let's please discuss this and finalize the record this week or next.

Regards,

Rachel S. Doughty, Esq.
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

---------- Forwarded message ---------
From: **Rachel Doughty** <rdoughty@greenfirelaw.com>
Date: Fri, Mar 21, 2025 at 5:07 PM
Subject: Service List for Water Board Action
To: Tyler M. Alexander <Tyler.Alexander@usdoj.gov>
Cc: Jessica San Luis <jsanluis@greenfirelaw.com>

[Quoted text hidden]

---

**5 attachments**

- 2021-06-04 USFS Service List for Blue Triton Hearing.pdf
  53K
- 2021-06-04 J. Rider (USFS) e-mail to AHO.pdf
  379K
- 2021-08-04 Forest Service revised service list.pdf
  45K
- 2021-08-04 Forest Service email to AHO.pdf
  176K
- 2023-06-26 SOS ltr.pdf
  198K