# Exhibit 5



Rachel Doughty <rdoughty@greenfirelaw.com>

## Administrative Record (SOFA v. USFS)

**Smith, Andrew (USANM)** <Andrew.Smith@usdoj.gov>   Wed, May 28, 2025 at 2:16 PM
To: Rachel Doughty <rdoughty@greenfirelaw.com>
Cc: "Hamilton, Emma (ENRD)" <Emma.Hamilton@usdoj.gov>, "cmoshiri@greenfirelaw.com" <cmoshiri@greenfirelaw.com>

Hey, Rachel – Our responses to the bulleted draft Administrative Record questions in your April 18 letter are set forth below, consistent with what I advised you verbally on our telephone call a couple weeks ago. Even prior to that telephone call, we agreed that the Court's current March 6, 2025 "Civil Trial Scheduling Order," ECF No. 40, was inapposite for this case, and that you would draft a substitute proposed scheduling order that would include a schedule for production of the Administrative Record, any challenges to the sufficiency of that Administrative Record, and briefing the case on dispositive cross-motions for summary judgment. Please let us know when we might expect that draft proposed scheduling order.

Your email below was addressed to me and Maggie Woodward. Maggie has left DOJ and withdrew as counsel of record on this case on April 23. My colleague Emma Hamilton (cc'd on this email) entered her appearance on May 7. Please make sure that Emma is included on all communications going forward, and that Maggie is removed. Thanks.

Responses to your April 18 letter:

•   All records contained in the administrative record for the administrative proceedings before the California State Water Resources Control Board, the record of which was assembled and filed in the Fresno County Superior Court case: *BlueTriton Brands Inc., v. California State Water Control Board, et al.* (Case No. 23CECG04292);

> The full administrative record for the specified administrative proceedings was not considered by the Forest Service in the Federal agency's decision-making process for the agency actions challenged in Plaintiff's August 27, 2024 Amended Complaint. The materials that the Forest Service did consider from these proceedings are included in the Administrative Record.

•   All records contained in the administrative record for the matter of *Story of Stuff Project v. United States Forest Service* (District Court Case Number CV ED CV 16-00175-JGB);

> The full administrative record for the *Story of Stuff* case was not considered by the Forest Service in the Federal agency's decision-making process for the agency actions challenged in Plaintiff's August 27, 2024 Amended Complaint. The materials that the Forest Service did consider are included in the Administrative Record.

•   I see the October 19, 2023, letter from my office to the USFS regarding the permit issued to Nestle and BlueTriton Brands. Please be sure that the attachments are included in the record;

All attachments to this letter are included in the Administrative Record.

•	Please be sure that the May 14, 2024, letter from BTB to the USFS includes attachments, including the statement allegedly from the SMBMI that "The Tribe is not a party to, nor is it bound by the terms of the Permit or the Order";

All attachments to this letter are included in the Administrative Record.

•	Any and all records provided to the USFS demonstrating the technical and financial capability of Nestle, BTB, and/or the Tribe to operate and ultimately decommission the diversion for which the SUPs have issued; and

The Forest Service will include in the Administrative Record the relevant document(s) that BTB provided the agency regarding its financial capability for its permit application. Prior to production of the Administrative Record, the document(s) will be reviewed for potential redactions of proprietary or other confidential materials. Nestle's and the Tribe's financial capabilities are not relevant to the current agency actions.

•	All records, including comments, pertaining to the NEPA analysis for the SUP, including the analysis supporting the Nestle SUP and the subsequent SUPs.

The Forest Service has re-reviewed its records and the Administrative Record will include all documents in this category.

[Quoted text hidden]