Rachel S. Doughty (Cal. Bar No. 255904)
Cyrus J. Moshiri (Cal. Bar No. 315717)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com
       cmoshiri@greenfirelaw.com

*Attorneys for Save Our Forest Association*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (Co. Bar No. 49074)
Pro Hac Vice
RAMSEY L. KROPF, ESQ. (Co. Bar No. 21528)
Pro Hac Vice
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

5:24-cv-01336-JGB-DTB

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

*Attorneys for Defendant-Intervenor*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, <br><br> Defendant-Intervenor. | Case No. 5:24-cv-01336-JGB-DTB <br><br> **STIPULATION TO VACATE HEARINGS NOTICED FOR NOVEMBER 24, 2025** <br><br> Hearing Date: November 24, 2025 <br> Hearing Time: 9:00 AM <br> Courtroom: Riverside Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

5:24-cv-01336-JGB-DTB

WHEREAS, on October 6, 2025, Federal Defendants filed an Unopposed Ex Parte Application for a Stay Pending Lapse in Appropriations (ECF No. 78), noting that, due to the lapse in appropriations, counsel for the United States and employees for Federal Defendants had been forced to cease work on preparing for upcoming events in this case but "[t]he Parties agree that the filing of [Defendant-Intervenor's] motion to dismiss should be excepted from the stay, and that only the subsequent briefing of it should be stayed," ECF No. 78 at 2;

WHEREAS, on October 9, 2025, Defendant-Intervenor Yuhaaviatam of San Manuel Nation ("the Nation") noticed its Motion to Dismiss for November 24, 2025 at 9:00 am (ECF No. 79);

WHEREAS, on October 20, 2025, Plaintiff Save our Forest Association, Inc. ("SOFA") noticed its Motion to Complete the Administrative Record for November 24, 2025 at 9:00 am (ECF No. 81);

WHEREAS, SOFA and the Nation have not opposed Federal Defendants' Ex Parte Application for a stay pending restoration of appropriations to the Department of Justice and Department of Agriculture, and the lapse in appropriations prejudices Federal Defendants' ability to fully and properly respond to the other Parties' motions noticed for hearing on November 24, 2025;

NOW THEREFORE, the Parties hereby stipulate and agree, and request that the Court enter an order vacating the two hearings currently noticed for November 24, 2025 (ECF Nos. 79 & 81) and associated briefing deadlines, *see* L.R. 7-11, and directing the Parties to confer and notice new hearing dates within 7 days of Congress appropriating funds for the Departments. The Parties agree that opposition brief(s) to both motions shall be due four weeks prior to the hearing date and reply brief(s) shall be due two weeks prior to such date.

Respectfully submitted on October 31, 2025.

           By:  */s/ Rachel S. Doughty (with permission)*
                 GREENFIRE LAW, PC
                 Rachel S. Doughty
                 2478 Adeline Street, Suite A
                 Berkeley, CA 94703
                 Ph/Fax: (510) 900-9502
                 Email: rdoughty@greenfirelaw.com

                 *Attorneys for Plaintiff*

                 ADAM R.F. GUSTAFSON
                 Acting Assistant Attorney General
                 Environment and Natural Resources Division
                 United States Department of Justice

                 */s/ Emma L. Hamilton*
                 EMMA L. HAMILTON
                 Trial Attorney
                 ANDREW A. SMITH
                 Senior Trial Attorney
                 Natural Resources Section
                 c/o United States Attorney's Office
                 201 Third Street, N.W., Suite 900
                 Albuquerque, New Mexico 87102
                 andrew.smith@usdoj.gov

                 *Attorneys for Defendants*

                 LAW OFFICE OF FRANK LAWRENCE
                 */s/ Frank R. Lawrence (with permission)*

                 *Counsel for Intervenor-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the attorneys of record.

/s/ *Emma L. Hamilton*
Emma L. Hamilton
U.S. Department of Justice