# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 5:24-cv-01336-JGB-DTB <br><br> **[PROPOSED] ORDER ON STIPULATION TO VACATE HEARINGS NOTICED FOR NOVEMBER 24, 2025** <br><br> Courtroom: 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

Good cause appearing, and upon the stipulation of the Parties, this Court hereby vacates the hearing noticed for November 24, 2025 on Defendant-Intervenor Yuhaaviatam of San Manuel Nation's Motion to Dismiss (ECF No. 79) and hereby vacates the hearing noticed for November 24, 2025 on Plaintiff Save Our Forest Association Inc.'s Motion to Complete the Administrative Record (ECF No. 81). Pursuant to L.R. 7-11, associated briefing deadlines are also vacated.

The Parties shall confer and notice new hearing dates and associated briefing deadlines for both motions within 7 days of Congress appropriating funds for the Departments.

IT IS HEREBY ORDERED.

Dated:

By: _____
The Hon. Jesus G. Bernal
United States District Judge

- 2 -

[PROPOSED] ORDER ON STIPULATION FOR PROPOSED REVISED BRIEFING SCHEDULE
5:24-cv-01336-JGB-DTB