UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, <br><br> Defendant-Intervenor. | Case No.: 5:24-cv-01336-JGB-DTB <br><br> **[PROPOSED] ORDER DENYING DEFENDANT-INTERVENOR'S MOTION TO DISMISS** <br><br> Courtroom: 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

Before the Court is the October 9, 2025 "Notice of Motion and Motion to Dismiss," ECF No. 79, filed by Defendant-Intervenor Yuhaaviatam of San Manuel Nation. For the reasons set forth below, the Court DENIES the Motion.

\* \* \*

The Nation is not a "required" party under Federal Rule of Civil Procedure 19 because it is not a party to the challenged 2023 Special Use Permit ("SUP") and does

- 1 -

not hold any legally protected interest in the SUP or related water infrastructure on the San Bernardino National Forest. *See* ECF No. 24-2 (2023 SUP). "To come within the bounds of Rule 19(a)(1)(B)(i), the interest of the absent party must be a legally protected interest and not merely some stake in the outcome of the litigation." *Jamul Action Comm. v. Simermeyer*, 974 F.3d 984, 996 (9th Cir. 2020). The Nation lacks any legally protected interest in the challenged 2023 SUP.

Moreover, even if the Nation was a required party to this litigation, dismissal is not appropriate under the "public rights exception" to traditional joinder rules. *See Connor v. Burford*, 848 F.2d 1441, 1460 (9th Cir. 1988). Here, Plaintiff brings suit under the National Environmental Policy Act, the National Forest Management Act, the Federal Land Policy and Management Act, and the Administrative Procedure Act. Am. Compl., ECF No. 24 ¶¶ 105-18. And Plaintiff "does not purport to adjudicate the rights of" the Nation, "it merely seeks to enforce the public right to administrative compliance with the environmental protection standards of" those statutes. *See Connor*, 848 F.2d at 1460.

* * *

Accordingly, the Court DENIES Defendant-Intervenor's Motion to Dismiss, ECF No. 79.

IT IS HEREBY ORDERED.

Dated:

By: _____
The Hon. Jesus G. Bernal
United States District Judge

- 2 -

[PROPOSED] ORDER DENYING MOTION TO DISMISS
5:24-cv-01336-JGB-DTB