Rachel S. Doughty (Cal. Bar No. 255904)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com

*Attorneys for Save Our Forest Association*

*Continued following page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>    Defendants. | Case No.: 5:24-cv-01336<br><br>**STIPULATION FOR PROPOSED BRIEFING SCHEDULE**<br><br>Action Filed: June 25, 2024<br>Trial Date: March 31, 2026 |
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe,<br><br>    Defendant-Intervenor. | |

- 1 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336

Andrew A. Smith (NM Bar No. 8341)
UNITED STATES DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
201 Third Street NW, Suite 900
Albuquerque, NM 87102
Phone: (202) 598-3803
Email: andrew.smith@usdoj.gov

*Attorneys for Defendants*

Michael W. Daugherty, ESQ. (Co. Bar No. 49074)
*Pro Hac Vice*
Ramsey L. Kropf, ESQ. (Co. Bar No. 21528)
*Pro Hac Vice*
SOMACH SIMMONS & DUNN
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone (916) 446-7979
mdaugherty@somachlaw.com
rkropf@somachlaw.com

Frank Lawrence, ESQ. (Ca. Bar No. 147531)
Zehava Zevit, ESQ. (Ca. Bar No. 230600)
LAW OFFICE OF FRANK LAWRENCE
111 Bank St. No. 175
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

*Attorneys for Defendant-Intervenor*

WHEREAS, on August 27, 2024, Plaintiff Save Our Forest Association, Inc. ("SOFA") filed its First Amended Complaint for Injunctive and Declaratory Relief" [ECF No. 24];

WHEREAS, Defendants ("USFS") filed their Answer on November 8, 2024 [ECF No. 29];

WHEREAS, on September 11, 2025, the Yuhaaviatam of San Manuel Nation's ("Nation") Motion to Intervene was granted [ECF No. 75];

WHEREAS, on August 18, 2025, and September 12, 2025, this Court entered orders [ECF Nos. 72, 76] establishing a briefing and hearing schedule for preparation of the administrative record ("AR") and briefing of SOFA and USFS's motions for summary judgment];

WHEREAS, on September 29, 2025, the AR was lodged [ECF No. 77] by USFS, and on October 20, 2025, SOFA filed a motion to complete the AR [ECF No. 81], which was opposed by USFS on November 3, 2025 [DKT No. 84], and SOFA is presently drafting its reply;

WHEREAS, on October 9, 2025, Nation filed its Motion to Dismiss [ECF No. 79], and USFS filed their opposition to the same on November 3, 2025 [ECF No. 83], and SOFA is presently drafting its opposition;

WHEREAS, on November 3, 2025, the Court [ECF No. 85] vacated the hearings and associated briefing schedules noticed for November 24, 2025, on the Nation's Motion to Dismiss [ECF No. 79] and on SOFA's Motion to Complete the Administrative Record [ECF No. 81];

WHEREAS, the mediation was set for October 21, 2025, [ECF No. 71], which date was vacated as a result of the shutdown, and the Parties have reached out to the mediator and expect mediation to be conducted in January 2026;

WHEREAS, the Parties wish to minimize their procedural disputes and proceed to resolution of this case in an expedited, yet orderly, manner by having the

Court set a schedule for briefing dispositive motions and cross-motions for summary judgment;

NOW THEREFORE, the Parties hereby stipulate and agree, and request that the Court enter an order setting the following schedule:

**Mediation**

1. Mediation shall be scheduled for January 6, 2026;

**Motion to Complete the Administrative Record**

2. SOFA's reply in support of its Motion to Complete the AR shall be filed no later than December 7, 2025;

3. The Hearing, if any, on the Motion to Complete the AR shall be held on January 5, 2026;

**Motion to Dismiss**

4. The hearing on the Nation's Motion to Dismiss shall be calendared no earlier than March 2, 2026. SOFA shall file its opposition to the Nation's Motion to Dismiss on or before Monday, February 2, 2026, and the Nation shall file its reply briefs to both the USFS and SOFA's opposition briefs on or before Monday, February 16, 2026;

**Motions for Summary Judgment**

5. On or before the 30th day after the resolution of mediation, final resolution of the Motion to Complete the Administrative Record, whichever is later, SOFA shall file its summary judgment papers, including a statement of undisputed facts ("SUF"), with SOFA's facts and disputes numbered,[1] and with the memorandum of points and authorities not to exceed 25 pages;

6. On or before 60 days after the filing of SOFA's Summary Judgment Papers, USFS shall file their cross motions for summary judgment and oppositions to

---

[1] The Parties shall follow the direction in this Court's standing order of March 24, 2016.

SOFA's motion for summary judgment and accompanying SUF/Statement of Genuine Disputes of Material Fact, and with the memorandum in support thereof not to exceed 30 pages;

7. On or before 45 days after the filing of USFS's cross motion/opposition, SOFA shall file its opposition/reply thereto, of no more than 20 pages along with an accompanying Statement of Genuine Disputes of Material Fact;

8. On or before 30 days after the filing of SOFA's opposition/reply, USFS shall file their reply, of no more than 15 pages;

9. Any claims or defenses available at the time but not raised during summary judgment briefing will be deemed to have been waived;

10. All briefing by Federal Defendants shall be joint;

11. Because the schedule presented above for production and judicial review of the merits of Plaintiff's claims based on the Administrative Record in accordance with the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, is intended to be the full procedure for resolving this case on the merits, the Parties respectfully request that the Court vacate its March 6, 2025 "Civil Trial Scheduling Order," ECF No. 40.

12. Notwithstanding the immediately preceding paragraph, SOFA reserves the right to petition this Court for admission of extra-record evidence.

Dated: December 2, 2025                    Respectfully Submitted,


By:  */s/ Rachel S. Doughty*
     GREENFIRE LAW, PC
     Rachel S. Doughty
     2478 Adeline Street, Suite A
     Berkeley, CA 94703
     Ph/Fax: (510) 900-9502
     Email: rdoughty@greenfirelaw.com

     *Attorneys for Plaintiff*

Dated: December 2, 2025					Respectfully Submitted,

							By:  */s/ Andrew A. Smith*
							UNITED STATES DEPARTMENT OF JUSTICE
							Andrew A. Smith
							Environment & Natural Resources Division
							201 Third Street NW, Suite 900
							Albuquerque, NM 87102
							Phone: (202) 598-3803
							Email: andrew.smith@usdoj.gov

							*Attorneys for Defendants*

Dated: December 2, 2025					Respectfully Submitted,

							By:  */s/ Frank Lawrence*
							LAW OFFICE OF FRANK LAWRENCE
							Frank Lawrence, Esq.
							Attorneys for Specially Appearing Intervenor Yuhaaviatam of San Manuel Nation

							*Attorneys for Defendant-Intervenor*

Pursuant to Local Rule 5-4.3.4, I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: December 2, 2025					*/s/ Rachel S. Doughty*
							Rachel S. Doughty

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2025, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Rachel Doughty
Rachel Doughty