# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER ON STIPULATION FOR PROPOSED BRIEFING SCHEDULE**<br><br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

Good cause appearing, and upon the stipulation of the parties, this Court ORDERS the following schedule:

1. Mediation shall be held on January 6, 2026;

2. The hearing, if any, on Plaintiff Save Our Forest Association's ("SOFA") Motion to Complete the Administrative Record shall be held on January 5, 2026;

3. No later than December 7, 2025, SOFA shall file its reply in support of its Motion to Complete the Administrative Record;

4. The hearing on Defendant-Intervenor Yuhaaviatam of San Manuel Nation's ("Nation") Motion to Dismiss shall be held on _____, _____, 2026 (calendared no earlier than March 2, 2026);

5. No later than February 2, 2026, SOFA shall file its opposition to the Nation's Motion to Dismiss;

6. No later than February 16, 2026, the Nation shall file its reply briefs to both the USFS and SOFA's opposition briefs.

7. On or before the 30th day after the resolution of mediation or final resolution of the Motion to Complete the Administrative Record, whichever is later, SOFA shall file its summary judgment papers, including a statement of undisputed facts ("SUF") with SOFA's facts and disputes numbered,[1] with the memorandum of points and authorities not to exceed 25 pages;

8. On or before 60 days after the filing of SOFA's Summary Judgment Papers, Defendants shall file their cross motion for summary judgment and opposition to SOFA's motion for summary judgment and accompanying SUF/Statement of Genuine Disputes of Material Fact, with the memorandum in support thereof not to exceed 30 pages;

9. On or before 45 days after the filing of Defendants' cross motion/opposition, SOFA shall file its opposition/reply thereto, of no more than 20 pages along with an accompanying Statement of Genuine Disputes of Material Fact;

10. On or before 30 days after the filing of SOFA's opposition/reply, Defendants shall file their reply, of no more than 15 pages;

11. All briefing by Defendants shall be joint;

12. Any claims or defenses available at the time but not raised during summary judgment briefing will be deemed to have been waived; and

13. Plaintiff retains the right to petition this Court for admission of extra-record evidence.

Dated:

By: _____
The Hon. Jesus G. Bernal
United States District Judge

---

[1] The Parties shall follow the direction in this Court's standing order of March 24, 2016.