Rachel S. Doughty (Cal. Bar No. 255904)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com

*Attorneys for Save Our Forest Association*

*Continued following page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>　　　　Defendants.<br><br>YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe,<br><br>　　　　Defendant-Intervenor. | Case No.: 5:24-cv-01336<br><br>**THE PARTIES' STIPULATION TO RESET MEDIATION DATE**<br><br>Action Filed: June 25, 2024<br>Trial Date: March 31, 2026 |

- 1 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336

1 | Andrew A. Smith (NM Bar No. 8341)
2 | UNITED STATES DEPARTMENT OF JUSTICE
  | Environment & Natural Resources Division
3 | 201 Third Street NW, Suite 900
4 | Albuquerque, NM 87102
  | Phone: (202) 598-3803
5 | Email: andrew.smith@usdoj.gov

6 | *Attorneys for Defendants*

7 |

8 | Michael W. Daugherty, ESQ. (Co. Bar No. 49074)
  | *Pro Hac Vice*
9 | Ramsey L. Kropf, ESQ. (Co. Bar No. 21528)
  | *Pro Hac Vice*
10 | SOMACH SIMMONS & DUNN
11 | 1155 Canyon Blvd., Suite 110
12 | Boulder, CO 80302
   | Telephone (916) 446-7979
13 | mdaugherty@somachlaw.com
14 | rkropf@somachlaw.com

15 | Frank Lawrence, ESQ. (Ca. Bar No. 147531)
16 | Zehava Zevit, ESQ. (Ca. Bar No. 230600)
   | LAW OFFICE OF FRANK LAWRENCE
17 | 111 Bank St. No. 175
18 | Grass Valley, CA 95945
   | Telephone: (530) 362-8434
19 | frank@franklawrence.com
20 | zehava@franklawrence.com

21 | *Attorneys for Defendant-Intervenor*

22
23
24
25
26
27
28

- 2 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336

On December 10, 2025, the Court entered its "Order on Stipulation for Proposed Briefing Schedule," ECF No. 88. In this Order, the Court set the court-ordered Mediation date for January 6, 2026. *Id.* ¶ 1. The Court set the hearing on Plaintiff Save Our Forest Association's "Motion to Complete the Administrative Record," ECF No. 81 for the following week, January 12, 2026. To save out-of-town counsel and client representatives travel time and expense, the Parties respectfully request that the Court reset the Mediation date to January 13, 2026, the day after the hearing date. The Parties have conferred with the Mediator assigned to this matter, and he concurs with the requested change in date for the Mediation.

THEREFORE, the Parties respectfully request that the in-person Mediation date be reset from January 6, 2026, to January 13, 2026. A proposed form of order accompanies this Stipulation.

Dated: December 10, 2025            Respectfully Submitted,

                                    By:  */s/ Rachel S. Doughty*
                                         GREENFIRE LAW, PC
                                         Rachel S. Doughty
                                         2478 Adeline Street, Suite A
                                         Berkeley, CA 94703
                                         Ph/Fax: (510) 900-9502
                                         Email: rdoughty@greenfirelaw.com

                                         *Attorneys for Plaintiff*

Dated: December 10, 2025            Respectfully Submitted,

                                    By:  */s/ Andrew A. Smith*

|   |   |
|---|---|
|   | UNITED STATES DEPARTMENT OF JUSTICE<br>Andrew A. Smith<br>Environment & Natural Resources Division<br>201 Third Street NW, Suite 900<br>Albuquerque, NM 87102<br>Phone: (202) 598-3803<br>Email: andrew.smith@usdoj.gov |
|   | *Attorneys for Defendants* |
| Dated: December 10, 2025 | Respectfully Submitted, |
|   | By: */s/ Michael Daugherty*<br>SOMACH SIMMONS & DUNN<br>Michael Daugherty, Esq.<br>Attorneys for Specially Appearing Intervenor Yuhaaviatam of San Manuel Nation |
|   | *Attorneys for Defendant-Intervenor* |

Pursuant to Local Rule 5-4.3.4, I hereby attest that each of the other signatories concur in the filing of this document.

| | |
|---|---|
| Dated: December 10, 2025 | /s/ *Rachel S. Doughty* |
|   | Rachel S. Doughty |

- 4 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Rachel Doughty*
Rachel Doughty

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336