1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

### EASTERN DIVISION – RIVERSIDE

10
11

SAVE OUR FOREST ASSOCIATION, INC.

12

Plaintiff,

13

vs.

14
15

UNITED STATES FOREST SERVICE, *et al.*,

16
17

Defendants.

18

| | |
|---|---|
| Case No.: 5:24-cv-01336-JGB-DTB | |

**[PROPOSED] ORDER RESETTING MEDIATION DATE**

Courtroom: 1
Judge: Hon. Jesus G. Bernal

Action Filed: June 25, 2024

19
20

THIS MATTER came before the Court on the Parties' December 10, 2025

21

"Stipulation to Reset Mediation Date," ECF No. 89.  Good cause appearing, and upon

22

the stipulation of the Parties, the Court ORDERS that the Mediation date is reset from

23

January 6, 2026, to January 13, 2026.

24
25

Dated:

26

By: _____

27

The Hon. Jesus G. Bernal
United States District Judge

28