Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Nathaniel R. Launer (Cal. Bar No. Pending)
nlauner@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Plaintiff Save Our Forest Association*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 5:24-cv-01336-JGB-DTB <br><br> **REQUEST FOR LEAVE TO APPEAR REMOTELY** <br><br> **Date:** January 12, 2026 <br> **Time:** 9:00 a.m. <br> **Judge:** Hon. Jesus G. Bernal <br> **Dept:** Riverside, Courtroom 1 <br><br> Action Filed: June 25, 2024 |

Counsel for Plaintiff SAVE OUR FOREST ASSOCIATION, INC. ("SOFA") hereby respectfully requests leave to appear remotely at the hearing in the above-captioned matter, scheduled for January 12, 2026, at 9:00 a.m. before the Honorable Jesus G. Bernal, in accordance with his Standing Order of March 24, 2016 ("Standing Order").

Petitioner Save Our Forest Association ("SOFA") filed its Motion to Complete Administrative Record (ECF 81) in this matter on October 20, 2025. The Motion to Complete Administrative Record has been fully briefed and awaits only a hearing. On December 2, 2025, The Parties filed a Stipulation for Proposed Briefing Schedule (ECF 86) agreeing to set the hearing on this motion for January 5, 2026. Upon its own initiative, the Court set the hearing date for January 12, 2026. (ECF 88)

The Court may permit a party to appear and provide testimony via remote means, upon advance request and for good cause. Standing Order, §16. Counsel for Plaintiff has various previously-scheduled obligations as managing partner of the firm. Accordingly, counsel for SOFA requests approval to appear remotely in this matter at the hearing on January 12, 2026, at 9:00 a.m.

Dated: December 12, 2025

Respectfully Submitted,

By: /s/ Rachel S. Doughty

Rachel S. Doughty
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
rdoughty@greenfirelaw.com

*Attorneys for Plaintiff*
SAVE OUR FOREST ASSOCIATION, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 12, 2025, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

              */s/ Jessica San Luis*
              Jessica San Luis