Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Nathaniel R. Launer (Cal. Bar No. Pending)
nlauner@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Plaintiff Save Our Forest Association*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>　　　　Defendants. | Case No.: 5:24−cv−01336−JGB−DTB<br><br>**[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL FOR SAVE OUR FOREST ASSOCIATION TO APPEAR REMOTELY**<br><br>**Date:**　January 12, 2025<br>**Time:**　9:00 a.m.<br>**Judge:**　Hon. Jesus G. Bernal<br>**Dept:**　Riverside, Courtroom 1<br><br>Action Filed: June 25, 2024 |

1

**ORDER**

2

The Court, upon consideration of the Request for Leave to Appear Remotely

3

by Counsel for Plaintiff SAVE OUR FOREST ASSOCIATION, INC., hereby

4

GRANTS counsel's request to appear remotely at the hearing in this matter scheduled

5

for January 12, 2026, at 9:00 a.m. (ECF 88)

6

7

Dated:

_____

8

HON. JESUS G. BERNAL
United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL FOR SAVE OUR
FOREST ASSOCIATION TO APPEAR REMOTELY
5:24−cv−01336−JGB−DTB