UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**ORDER RESETTING MEDIATION DATE**<br><br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

THIS MATTER came before the Court on the Parties' December 10, 2025 "Stipulation to Reset Mediation Date," ECF No. 89. Good cause appearing, and upon the stipulation of the Parties, the Court ORDERS that the Mediation date is reset from January 6, 2026, to January 13, 2026.

Dated: December 17, 2025

By: _____
The Hon. Jesus G. Bernal
United States District Judge

ORDER ON STIPULATION FOR PROPOSED BRIEFING SCHEDULE
5:24-cv-01336-JGB-DTB