1  Rachel S. Doughty (Cal. Bar No. 255904)
   rdoughty@greenfirelaw.com
2  GREENFIRE LAW, PC
   2478 Adeline Street, Suite A
3  Berkeley, CA 94703
   Ph/Fax: (510) 900-9502
4
   *Attorneys for Save Our Forest Association*
5

6              **UNITED STATES DISTRICT COURT**

7              **CENTRAL DISTRICT OF CALIFORNIA**

8              **EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Date:  March 9, 2026<br>Time:  9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept:   Courtroom 1, Riverside<br><br>Action Filed: June 25, 2024<br>Trial Date:  March 31, 2026 |

9
10
11
12
13
14
15
16
17
18
19
20
21

1    I, Rachel Doughty, do declare and state:

2    1.    If sworn as a witness, I could and would testify to my personal

3    knowledge of the facts set forth herein.

4    2.    I am presently counsel for Save Our Forest Association, Inc.

5    ("**SOFA**"), which has sued the United States Forest Service ("**USFS**") in the

6    Central District of California, Eastern Division, case no. 5:24-cv-01336-JGB-DTB,

7    filed June 25, 2024. This case seeks an order that the Forest Service must vacate

8    Special Use Permit FCD728503 ("**BTB 2023 SUP**"), enjoining the USFS from

9    approving or allowing any third party to divert water from Strawberry Canyon by

10    entry onto USFS land unless and until the USFS has performed a new or

11    supplemental environmental analysis, and ordering the USFS to ensure that the

12    diversion structures in Strawberry Canyon are removed and the ecosystem is

13    restored. The 2023 SUP has expired and the USFS has declined the application of

14    BTB for a new SUP. A true and correct copy of the 2023 SUP is attached hereto as

15    **Exhibit 30**, along with true and correct copies of Special Use Permit

16    FCDFCD728502 ("**BTB 2022 SUP**"), **Exhibit 29**, and Special Use Permit

17    FCD728501 ("**Nestle 2018 SUP**"), **Exhibit 28**, all of which were obtained by my

18    office through Freedom of Information Act requests to the USFS.

19    3.    In addition to my present representation of SOFA, I represented The

20    Story of Stuff Project ("**The Project**") in prior litigation and administrative

21

2

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

proceedings regarding BTB's diversion of water from Strawberry Canyon since 2015. On behalf of SOFA, Courage Campaign, and The Project I have submitted dozens of FOIA and PRA requests to various agencies and reviewed the responses to similar requests of allies of my clients, seeking documents to determine why Strawberry Canyon has been dewatered and the extent of the resultant harm. I have also reviewed all of the documents admitted as evidence in the SWRCB's hearing regarding BTB's water rights in Strawberry Canyon.

4.      In addition to SOFA and the Project, Courage Campaign, Sierra Club, the Audubon Society, League of Women Voters San Bernardino Area, Southern California Native Freshwater Fauna Working Group, Ekō, the Center for Biological Diversity, Tri County Conservation League, as well as thousands of individuals have all contributed time, money, and human resources to the effort to stop the diversion of water from Strawberry Canyon and restore the natural resources of this public land in the San Bernardino National Forest.

5.      Media attention to the matter has also been considerable and sustained, reflecting the intense public interest in the matter. Award winning environmental journalist Ian James of the Los Angeles Times, for instance, has

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

1  written multiple stories about BTB and its predecessors' water diversions in

2  Strawberry Canyon.[1]

3       6.    The Arrowhead Springs Hotel Property ("**Hotel Property**") had

4  previously been owned by Campus Crusade for Christ. BTB, by contract, has

5  delivered some portion of the water it diverts to the Hotel Property since around

6  1931, including now to the present owners, the Yuhaaviatam of San Manuel Nation

7  (the "**Nation**"). It is my understanding that BTB is not bottling any of the water it

8  diverts and has not done so since 2023, but is still delivering water to the present

9  owner of the Arrowhead Hotel. *See* **Exhibit 25**, which is a true and correct copy of

10  ECF 65-10, The Declaration of Paul Hamai in the related matter *BlueTriton Brands*

11  *v. United States Forest Service et al.*, No. CV 24-9720 JGB (DTBx) (C.D. Cal.

12  filed Aug. 4, 2024). The USFS has never issued a diversion SUP to any owner of

13  the Hotel Property.

14       7.    In January 2010 Campus Crusade for Christ successfully sought

15  annexation of the Hotel Property to the City of San Bernardino. I've attached as

16  **Exhibit 1** a true and correct copy of the Local Agency Formation Commission

17  County of San Bernardino ("**LAFCO**") Resolution No. 3088 annexing the Hotel

18  Property to the City of San Bernardino. The annexation included the area of the

19

20

---

21  [1] One regarding the USFS's denial of BTB's application for diversion, is available here:
https://www.latimes.com/environment/story/2024-08-07/arrowhead-bottled-water-permit (last accessed Aug. 10, 2024).

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

1   Arrowhead Springs Specific Plan ("**ASSP**"), which "anticipates a total of 1,350

2   residential dwelling units, 600 hotel rooms, a golf course and 1,044,646 gross

3   square feet of commercial space." See **Exhibit 2**, a true and correct copy of the

4   October 10, 2006, LAFCO 3053 Staff Report, at page 15. The Fiscal Impact Report

5   for the ASSP identified the Del Rosa Mutual Water Company as the source of

6   water for the domestic water needed for the ASSP, which staff found sufficient to

7   supply 1,350 dwelling units, two major hotels, and significant commercial/office

8   space." (Exhibit 2, pp. 15-16.) The LAFCO 3053 Staff Report suggests that two

9   shares are needed for each equivalent drinking unit and that Campus Crusade for

10  Christ owned 3,729 of these shares and the City of San Bernardino Municipal

11  Water Department held 582 of these shares. (Exhibit 2, p. 16.) Irrigation for the

12  ASSP would be provided by the West Twin Creek Water Company, 443 shares of

13  which were owned by Campus Crusade for Christ. (Exhibit 2, p. 17.) The LAFCO

14  documents were obtained by SOFA in a request made to the San Bernardino

15  Municipal Water District ("**SBMWD**"). I was cc'd on the Public Records Act

16  correspondence so know it to be authentic.

17          8.      The Nation purchased the Hotel Property with its entitlements in

18  2016; it had been offered for $60 million. The Nation owns the Hotel Property in

19  fee simple, but the property is not reservation land. A true and correct copy of the

20

21

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

1  May 20, 2016, article *San Manuel Buys landmark Arrowhead Springs property in*

2  *San Bernardino*, published in The Sun, is attached hereto as **Exhibit 32**.

3     9.     The Nation also acquired the Campus Crusade for Christ's shares in

4  the Del Rosa Mutual Water Company in 2016 and the remaining Del Rosa Mutual

5  Water Company shares in 2019 from the City, making the Nation the sole owners

6  of the company. Del Rosa Mutual Water Company's wells produced 1,900 acre

7  feet in 2019. The information in this paragraph was drawn from **Exhibit 3**, a true

8  and correct copy of the January 25, 2019, article *San Bernardino Sells its Share of*

9  *Historic Del Rosa Mutual H2O Co. for Less than $2,300*, available at

10  https://sbcsentinel.com/2019/01/sb-sells-it-share-of-historic-del-rosa-mutual-h2o-

11  co-for-less-than-2300/ (last accessed Jan. 10, 2025).

12     10.     I have attached hereto as **Exhibit 4**, The Project's closing brief in the

13  administrative proceeding resulting in the SWRCB Order.[2]

14     11.     I have attached hereto as **Exhibit 5** the testimony of Gregory Allord,

15  formerly of the United States Geological Service, along with qualifications in

16  **Exhibit 6**, and slides in **Exhibit 7**.

17

18

19

20

────────────────

21  [2] Exhibits referenced in the exhibits attached to this declaration which are from the hearing on the SWRCB Order are available on the SWRCB's website.

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

12. I have attached hereto as **Exhibit 8**, a true and complete copy of special use permit no. FCD728503, issued to BTB in February 2023, and which expired on August 24, 2023. I obtained this through a FOIA request to the USFS.

13. I have attached hereto as **Exhibit 9**, a true and correct copy of excerpts of the Land and Resource Management Plan for the San Bernardino National Forest. I obtained this from the USFS website.

14. I have attached hereto as **Exhibit 10**, a true and correct copy of excerpts of Forest Service Handbook 2509.22. I obtained this from the USFS website.

15. I have attached hereto as **Exhibit 11**, a true and correct copy of the July 27, 2018, Decision Memo of the USFS authorizing Nestlé to occupy a portion of the SBNF with its diversion equipment. I obtained this from the USFS website.

16. On September 29, 2023, the Forest Service sent a letter to BTB requesting information and a plan for how BTB was going to comply with state law in light of the State's ruling on the draft 2021 Cease and Desist Order for unauthorized diversion or use of water. A true and correct copy of this letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 12.**

17. On November 20, 2023, the Forest Service reiterated its request for information, having provided BTB additional time to respond. A true and correct

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

1   copy of this letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit**

2   **13**

3         18.     In reviewing BTB's application for a renewal of its SUP, on March 1,

4   2024, the Forest Service sent a letter to BTB identifying certain information that

5   was missing and that the Forest Service required to make its determination. A true

6   and correct copy of this letter, obtained by FOIA from the USFS, is attached hereto

7   as **Exhibit 14.** After receiving a response from BTB, the Forest Service, on March

8   25, 2024, repeated its requests for information that had not been provided, and

9   specified further information that was required. A true and correct copy of this

10  letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 15.** Despite

11  these clarifications, BTB again failed to provide the requested information, and on

12  April 18, 2024, the Forest Service once again set forth the information that was

13  missing, the information that was requested, and again asked BTB to comply. A

14  true and correct copy of this letter, obtained by FOIA from the USFS, is attached

15  hereto as **Exhibit 16.** BTB once again failed to provide the requested information,

16  and on April 24, 2024, the Forest Service sent yet another letter specifying what

17  information it required to process the application. A true and correct copy of this

18  letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 17.** BTB

19  provided some information on May 14, 2024, but on May 4, 2024, the Forest

20  Service explained that the information BTB had provided to date was insufficient,

21

8

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

1  and it still required the requested information. A true and correct copy of this letter,

2  obtained by FOIA from the USFS, is attached hereto as **Exhibit 18**. BTB once

3  again fell short, and on June 21, 2024, the Forest Service provided BTB yet another

4  opportunity to provide the requested information. A true and correct copy of this

5  letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 19.** After

6  four months of trying to obtain the required information from BTB, and after six

7  different letters explaining exactly what it was asking for, the Forest Service

8  notified BTB that it was terminating the permit. A true and correct copy of this

9  correspondence, obtained by FOIA from the USFS, is attached hereto as **Exhibit**

10  **20**.

11      19.    In May 2024, BTB sent a letter in response to the USFS, of a sort, a

12  true and correct copy of which is attached hereto as **Exhibit 22**, and which was

13  also obtained by FOIA from the USFS.

14      20.    A true and correct copy of the article *Arrowhead bottler: Most water*

15  *piped from national forest is returned to ground or supplied to tribe,* Desert Sun

16  (Oct. 14, 2021), obtained by me from the internet and last accessed on January 10,

17  2025, at

18  https://www.desertsun.com/story/news/environment/2021/10/14/arrowhead-

19  bottler-most-water-we-pipe-forest-returned-given-

20

21

9

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

1 tribe/5892778001/#:~:text=Facing%20criticism%20for%20wasting%20water,to%2

2 0a%20Native%20American%20tribe is attached hereto as **Exhibit 21**.

3      21.    Although my firm and my clients have reached out to the Nation since

4 at least 2018, we had never until within the last year gotten a response. The Nation

5 did not participate in the SWRCB's proceedings, although they were aware of the

6 proceedings and did correspond with the Hearing Officer regarding matters such as

7 access to the Hotel Property. On January 8, 2025, I met with legal counsel for the

8 Nation for the first time. Counsel for the Nation stated that the Nation has never

9 applied to the USFS for a SUP to divert water from Strawberry Canyon and

10 confirmed that the Nation presently has no such SUP.

11      22.    My client and other members of the public continue to send public

12 records requests to the US Forest Service and to obtain documents in response. We

13 have seen no evidence that BTB has submitted any information explaining or

14 supporting a basis for its rights to water in support of the application for the SUP

15 the US Forest Service denied.

16      23.    My client and other members of the public have hiked in the area of

17 the Springs, from which it is reported to me that water continues to be diverted.

18      24.    [Intentionally Omitted]

19      25.    Attached as **Exhibits 24** to **27** and **31**, are true and correct copies of:

20 docket entries in the related matter *BlueTriton Brands v. United States Forest*

21

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF
OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

*Service et al*., No. CV 24-9720 JGB (DTBx) (C.D. Cal. filed Aug. 4, 2024)

obtained from PACER, specifically: **Exhibit 24**: Notice and Motion to Intervene of

Yuhaaviatam of San Manuel Nation; Memorandum of Points and Authorities;

Motion for Order Shortening Time for Hearing (ECF 64); **Exhibit 25**: Declaration

of Paul Hamai in Support of Motion to Intervene and Motion for Preliminary

Injunction (ECF 65-10); **Exhibit 26**: Order Granting the Tribe's Motion to

Intervene (ECF 91); **Exhibit 27**: Declaration of Alexandra McCleary in Support of

Motion to Intervene and Motion for Preliminary Injunction (ECF 65-9); **Exhibit**

**31**: Letter Agreement Amending 80/20 Agreement During Interim Period (ECF 65-

8).

26.    Attached as **Exhibit 33** is a true and correct copy of the letter sent by

USFS Forest Supervisor, Danelle Harrison, on August 2, 2024, allowing BTB to

continue diverting water from Strawberry Canyon for the sole purpose of delivery

water to the San Manuel Band of Mission Indians. This document was obtained

from the certified administrative record for this case lodged by the USFS on

September 29, 2025.

27.    Attached as **Exhibit 34** is a true and correct copy of the July 2017

Surface Water Hydrology Specialist Report of USFS Forest Hydrologist Robert G.

Taylor focused on the effects of the diversions from Strawberry Canyon. This

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**

1   document was obtained from the certified administrative record for this case

2   lodged by the USFS on September 29,2025.

3       I make this declaration under penalty of perjury under the laws of the United

4   States of America, executed this 2nd day of February, 2026, in Berkeley, California.

5

6   By  _____

7       Rachel S. Doughty

8

9

10

11

12

13

14

15

16

17

18

19

20

21

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF
OPPOSITION TO MOTION TO DISMISS – 5:24-cv-01336-JGB-DTB**