# Exhibit 6
# Gregory Allord CV

SOS EXHIBIT

# GREGORY J. ALLORD

## CONTACT INFORMATION

4905 Tokay Boulevard                                              Cell: 608 770-5586
Madison, Wisconsin, United States of America 53711-1226           Email: allordgreg@gmail.com

## EDUCATION

University of Wisconsin-Madison, BA Geography/Cartography          Madison, WI 1976

## MANAGEMENT POSITIONS

United States Geological Survey                                   December 1979 – January 2013
    Chief, Cartography and Publishing Program, Water Resources Division   1979 – 2002
    USGS Publishing Program Manager, Geographic Information Office        2002 – 2007
    Manager, Historical Topographic Mapping Collection                    2007 – 2013

## SELECTED SPECIAL PROJECTS, USGS

Coal Hydrology Program                                            1978 – 1983
    Cartographic Specialist and publishing manager for 62 individual reports of water resources in all U. S. Coal Fields

Proof of Concept Team for Geographic Information System (GIS)     1982 – 1984
    Conducted trial GIS project at EROS Data Center, evaluated GIS software, researched different GIS resulting in first Bureau-level procurement of GIS software

Ground-Water Atlas of the United States                           1991 – 1999
    Lead specialist for implementing digital mapping workflow for this multi-volume national atlas

Water-Resources Division Liaison to U. S. Fish & Wildlife Service 1993 – 1997
    Assisted FWS, National Wetlands Inventory, to convert status and trends raster database to a GIS vector database

Cartographic Specialist, National Water Summary Program           1983 - 1996
    Multi-volume series on state-by-state special water-resources topics

Bureau Publishing Program Manager and Chair, USGS Publishing Issues Group   2002 – 2007
    Bureau-wide team of publishing specialists to review and approve new policies
    Coordinated and implemented digital publishing systems
    Developed contract specifications and award of uniform publishing software
    Part of Bureau team to review and revise publishing staff levels and budgets

Publications Warehouse of the USGS                                2004 – 2007
    Initiated and implemented system for managing, populating and serving USGS publications
    Managed project to convert more than 30,000 scientific reports from paper to on-line format

SOS 289 001

**GREGORY J. ALLORD**

---

Historical Topographic Map Collection                                                  2007 – 2013
    Conceptualized process for scanning and georeferencing quadrangle maps
    Created metadata and scanned more than 180,000 topographic quadrangles
    Research contract manager to University of Wisconsin-Madison, Geography Department to go
        from white paper to deployed software for semi-automated georeferencing quadrangles
    Placed more than 180,000 georeferenced quadrangles, with Federal Geographic Data Committee
        compliant metadata, in USGS archives

**POST RETIREMENT**

Expanding Software for Georeferencing Maps                                            2015 – present
    Continued to work with retired UW-Madison professor to expand original USGS software
        Quad-G for quadrangle maps enhanced with two major revisions to Quad-G+
    NotAQuad for thematic maps finalized and tested

**LIST OF PUBLICATIONS**

James E. Burt, Jeremy White, Gregory Allord, Kenneth M. Then & A-Xing Zhu (2020) Automated and semi-automated map georeferencing, Cartography and Geographic Information Science, 47:1, p. 46-66.
https://doi.org/10.1080/15230406.2019.1604161

Fishburn, K. A., Davis, L. R., & Allord, G. J. (2017). Scanning and georeferencing historical USGS quadrangles: U.S. Geological Survey Fact Sheet. Vols. 2017–3048, 2 p. Reston, VA: USGS.
https://doi.org/10.3133/fs20173048

Gregory J. Allord, Jennifer L. Walter, Kristin A. Fishburn, and Gale A. Shea, (2014) Specification for the U.S. Geological Survey Historical Topographic Map Collection, Techniques and Methods 11-B6 in Book 11 *Collection and Delineation of Spatial Data,* U.S. Geological Survey Standards, 65 p*.*
https://doi.org/10.3133/tm11B6

Gregory J. Allord, Kristin A. Fishburn, and Jennifer L. Walter (2014) Standard for the U.S. Geological Survey Historical Topographic Map Collection, Techniques and Methods 11-B3 in Book 11 *Collection and Delineation of Spatial Data,* U.S. Geological Survey Standards*,* 11 p.
https://doi.org/10.3133/tm11B03

Kari J. Craun, John P. Donnelly & Gregory J. Allord (2011) The U.S. Geological Survey Mapping and Cartographic Database Activities, 2006 – 2010, Cartography and Geographic Information Science, 38:3, p. 326-329.
https://doi.org/10.1559/15230406382326

Thomas E. Dahl and Gregory J. Allord (1996) History of Wetlands in the Conterminous United States in National Water Summary on Wetland Resources, U. S. Geological Survey Water-Supply Paper 2425, p. 19-26.
https://doi.org/10.3133/wsp2425

SOS 289 002

SOS EXHIBIT

**GREGORY J. ALLORD**

Allord, G. J. and Paulson, R. W (1991) Use of GIS Technology in Preparing Water-Resources Publications, p. 10-12, United States Geological Survey Yearbook, fiscal year 1991.
https://doi.org/10.3133/70039039

D.J. Graczyk, W. A. Gebert, W.R. Krug, and G.J. Allord (1987) Maps of runoff in the northeastern region and the southern Blue Ridge Province of the United States during selected periods in 1983-85, U.S. Geological Survey Open-File Report 87-106, 8 p., 3 plates.
https://doi.org/10.3133/ofr87106

G .K. Moore, L.G. Baten, G.J. Allord, and C.J. Robinove (1983) Application of digital mapping technology to the display of hydrologic information; a proof-of-concept test in the Fox-Wolf River Basin, Wisconsin, U.S. Geological Survey Water-Resources Investigations Report 83-4142, 118 p.
https://doi.org/10.3133/wri834142

Allord, G. J. and Scarpace, F. L, 1979, Improving Streamflow Estimates Through the Use of Landsat, in Satellite hydrology: proceedings of the Fifth Annual William T. Pecora Memorial Symposium on Remote Sensing, Sioux Falls, South Dakota, June 10-15, 1979, 730 pages.

### CURRENT MEMBERSHIP AND AFFILIATIONS

Cartographic and Geographic Information Society
    Board of Directors, 2000 - 2004
    Director, AutoCarto 2012 Conference

American Library Association

North American Cartographic Information Society

### SELECTED AWARDS

2014, Map and Geospatial Information Round Table, American Library Association, Annual Award
    "Driving force for USGS Pubs Warehouse and USGS Historical Topos"

2009, U. S. Environmental Protection Agency Silver Medal for Superior Service (Group)
    "Completion of seamless, nationally consistent National Watershed Boundary Dataset"

1996, U. S. Department of the Interior Honor Award for Superior Service

SOS 289 003