# Exhibit 33
# August 2, 2024 Letter from USFS Allowing Continued Diversion



| United States Department of Agriculture | Forest Service | San Bernardino National Forest Supervisor's Office | 602 S. Tippecanoe Ave. San Bernardino, CA 92408 909-382-2600 TDD: 1-800-735-2922 Fax: 909-383-5770 |

**File Code:** 2720  **Date:** August 2, 2024

Louis Mixon, III
Blue Triton Brands, Inc
1609 Boxwood Lane
Wylie, TX 75098

Dear Mr. Mixon,

For our records, I am responding to your August 1, 2024, email (attached hereto) requesting authorization to leave open, operate, and collect water from Arrowhead Springs sources 2, 3, and 8, for delivery to and use by the San Manuel Band of Mission Indians, via the existing pipeline system.

In response to your request, I am modifying District Ranger Nobles' July 26, 2024, Notice of Denial of Application for Use and Occupancy of National Forest Lands; Termination of Special Use Permit FCD728503, to authorize the use of the requested (above) upper tunnels for 30 days, to begin August 2, 2024, and end September 2, 2024. This accommodation will allow for the Forest and Tribe to consult further concerning the impact of the termination of the permit on the Tribe. Because the Tribe has proclaimed that the waters are necessary for fire safety and ongoing activities on the property, I expect that any water deliveries will be limited to those purposes. This modification does not alter any other instructions within the District Ranger's correspondence. I expect the remainder of the previously permitted facilities to be shut down, and the removal plan to be prepared.

Again, thank you for your request. Please reach out to the district staff if you have any further questions.

Sincerely,

DANELLE HARRISON
Digitally signed by DANELLE HARRISON
Date: 2024.08.02 13:36:45 -07'00'

Danelle D. Harrison
FOREST SUPERVISOR



Caring for the Land and Serving People    Printed on Recycled Paper

