# Exhibit  34
# 2017 Robert Taylor
# Hydrologist Report

San Bernardino National Forest

Front Country Ranger District

**Nestlé Waters North America Water Bottling
Special Use Permit Project**

Surface Water Hydrology Specialist Report

Prepared by:
Robert G. Taylor
Forest Hydrologist
San Bernardino National Forest
July 2017

X _____

The U.S. Department of Agriculture (USDA) prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department. (Not all prohibited bases will apply to all programs and/or employment activities.)

000565

## Table of Contents

Introduction .................................................................................................................... 4

   Proposed Action Alternative ....................................................................................... 4

      Authorized improvements .................................................................................... 4

      Monitoring Stations ............................................................................................. 5

      Access .................................................................................................................. 5

      Emergency Work .................................................................................................. 5

      Resource Protection ............................................................................................ 5

      Hydrologic and Riparian Studies ......................................................................... 6

   Adaptive Management Plan requirements ................................................................. 6

      Adaptive Management Plan ................................................................................. 6

      Water balance computer model .......................................................................... 7

      Minimum instream flows to support Forest Service resources ........................... 7

      Setting Initial instream flow conditions for Proposed Action ............................. 8

Resource Indicators, Measures, and Analysis Methodology .......................................... 9

Affected Environment .................................................................................................. 11

   Existing Condition .................................................................................................... 11

      Water Balance Analysis ..................................................................................... 11

      Site-specific observations ................................................................................. 21

      Summary of current water balance information ................................................ 32

      Exported water from private land in watershed ................................................ 32

   Management Direction ............................................................................................ 32

Environmental Consequences of Proposed Action ....................................................... 33

   Direct and Indirect Effects ....................................................................................... 33

      Tunnel 2 ............................................................................................................ 33

      Tunnel 3 ............................................................................................................ 34

      Boreholes 1, 1A, 8 ............................................................................................. 34

      Boreholes 7, 7A, 7B, 7C ..................................................................................... 36

      Boreholes 10, 11, 12 ......................................................................................... 37

      Transmission Pipeline ....................................................................................... 38

      Landing Areas and Access Trails ........................................................................ 39

   Cumulative Effects ................................................................................................... 39

      Rimforest Storm Drain Project ........................................................................... 39

000566

Regulatory Framework..................................................................................................................40

  Land Management Plan ..........................................................................................................40

    Part 2:.................................................................................................................................40

    Part 3:.................................................................................................................................41

  Federal Law ...........................................................................................................................41

    Federal Water Pollution Control Act of 1972, as amended (Clean Water Act) ...................41

    Watershed Protection and Flood Prevention Act of 1954..................................................42

  Executive Orders ....................................................................................................................42

    EO 11988 Floodplain Management (1977) and 11990 Protection of Wetlands (1977) ....................42

  State and Local Law...............................................................................................................42

    Porter-Cologne Act (California State Water Quality Act)....................................................42

    Regional Water Quality Control Board Requirements.........................................................43

    State Water Rights .............................................................................................................43

Summary of Environmental Effects Table........................................................................................44

References ......................................................................................................................................46

000567

## Introduction

This Surface Water Hydrology Specialist report is focused on the effects of the Proposed Action Alternative on a portion of the Strawberry Creek drainage of the Front Country Ranger District (Figure 1; T2N R3W Sections 30, 31; T1N R3W Section 6; T2N R4W Section 36; T1N R4W Section 1).

This resource report is directly related to the purpose and need (FSH 1909.15, 11.21) and/or issues (FSH 1909.15, 12.4) identified through scoping, specifically the surface environmental effects of the extraction of groundwater and spring water by the proponent.

### *Proposed Action Alternative*

The Forest Supervisor, San Bernardino National Forest, is proposing to issue a 5 year special use permit to authorize the continued occupancy and use of NFS lands for the extraction and transmission of water using existing improvements. In addition to authorizing the use of the existing improvements, the permit would require Nestlé to conduct hydrologic and riparian area studies and to modify operations under an Adaptive Management Plan if monitoring showed that water extraction was impacting surface water flow and riparian dependent resources on the National Forest.

A complete description of the Proposed Action is found within the decision document. For the purposes of this surface water hydrology report, those aspects of the Proposed Action relevant to this analysis are described.

**Authorized improvements** – The permit would continue to authorize the following existing improvements:

    2 water collection tunnels
    10 horizontal wells located within 4 concrete vaults
    5 electronic monitoring telemetry sites and associated equipment
    4 helicopter landing areas
    5.7 miles of access trails (4.5 miles of trail are along the water transmission lines)
    4.5 miles of 4" steel water transmission pipe and associated valves
        2.75 miles of above ground pipeline
        1.75 miles of buried pipeline (along Forest road 1N24)
        20 pipeline support bridges

The permit would also continue to authorize administrative use and maintenance of Forest road 1N24 on a shared basis.

The proposed permit would authorize the permitee continued occupancy in existing locations using existing infrastructure for a total of 5 contiguous years from the date of the permit. Additionally the permit will require the permitee to comply with an Adaptive Management Plan while conducting biologic and hydro/hydrogeologic studies. The Adaptive Management Plan is designed to reduce impact (if applicable) to the riparian area within the extraction watershed resulting from permitee activities. The Adaptive Management Plan also provides some scope for hydro/hydrogeologic and biologic studies required to develop associated monitoring plans. A paired basin study is outlined in the AMP with the purpose of determining the current level of ecosystem health in the occupied watershed as compared to a comparable watershed in which no water extraction exists.

4

**Monitoring Stations** – The new permit will require monitoring of resource conditions in locations downstream from the authorized facilities.  Some monitoring sites will include some instrumentation such as stream flow stage recorders but all sites will include simple markers for established plots and cross sections.

The paired basin study will require clearing of helispots in the East Twin Creek drainage.  Up to three helispots (TC 1 through 3) within Section 36, Township 2 North Range 4 West (refer to the June 14, 2017 map in the project records) may be developed to provide access for monitoring.  Helispots would be cleared of brush in a 20' by 20' area, however no trees would be removed.  Brush would be cleared along access paths from the helispots to East Twin Creek monitoring locations.  Up to 12 additional helicopter flights may be needed to support monitoring.

**Access** – The permit would authorize the continued use and maintenance of designated access trails (with a tread width of 50" or less), designated helicopter landing areas, and use of Forest road 1N24.  Maintenance crews will access work sites by using one of the authorized access points and then traveling cross-country or along the pipeline to reach the work site.  Helicopter access is the most common access method used to reach the improvements, and typically 32 helicopter flights are required on an annual basis for routine inspections and maintenance.  Helicopter flights for pipeline repair and emergency work would be on an as-needed basis.

Trails are not regularly maintained, allowing vegetation to encroach on the trail.  When the trail is needed for access, motorized equipment and hand tools are used to maintain foot access.  Helicopter landing areas are maintained as needed to prevent vegetation encroachment using motorized equipment and hand tools.

A minor amount of brushing will be required to access monitoring stations and established plots along Strawberry Creek.  Access is typically gained by foot from Forest Road 1N24, or from established helicopter landing areas.

**Emergency Work** – Work on the system may be required on an emergency basis and emergency repair to pipelines and structures are conditionally authorized under this 5-year permit.  The permit holder will be required to notify and request approval from the Forest Service of any emergency work as soon as possible.  The holder will be required to utilize previously approved temporary work areas to the extent such use is possible.

**Resource Protection** –Permit Sections V and VIII contain standard and supplemental provisions for resource protection that cover compliance with environmental laws, and protection of water quality, esthetics, and threatened, endangered and sensitive species habitat.  Resource protection measures associated with this surface water hydrology report during the development of the proposed action include:

- The appropriate site-specific National BMPs (USDA USFS, FS-990a, April 2012) will be applied to the operation and maintenance of the pipeline, helispots, trails, roads, etc. such as those BMPs in the Facilities and Nonrecreation Special Uses Management Activities, Operations in Aquatic Ecosystems, Water diversions and conveyances, and Road Management Activities categories.
- Nestle will install suitable shut-off valves or other flow control devices to ensure that water will not be extracted in excess of storage capacity.
- Maintain minimum flows in two locations as described in the Adaptive Management Plan.
- Install, supply water to, and maintain two wildlife "drinkers", one in the vicinity of tunnels 2 and 3, and the other near the well 7 complex.  Plans for the devices will be submitted to the authorized officer for approval prior to installation.

5

- The authorized officer will approve final locations for any helispots and access routes developed for monitoring in East Twin Creek. Pre-work resource surveys will be conducted if required by the authorized officer.

**Hydrologic and Riparian Studies** – The permittee will be required to conduct hydrologic and riparian studies to better understand the relationship between water extraction, surface flows, and riparian habitat. The initial studies provided by the permittee suggest that water extraction is reducing surface flow in Strawberry Creek. The effect of this flow reduction has not been thoroughly studied. The permittee will be required to study comparison sites in adjacent unmanaged drainages to determine what conditions would exist in Strawberry Creek without water extraction in the upper watershed. This approach is typically referred to as a "paired basin" study. This study will also be used to support the Adaptive Management Plan described below.

The permittee will consult with the Forest Service in the development of the study plan, and will submit a draft study plan to the Forest Service for approval within 30 days of permit issuance. The permittee will implement the plan within 30 days of Forest Service approval. The study period is expected to last for a minimum of three years.

The study plan will incorporate the use of "test flows" to determine the response of the streams to reduction in water extractions. These "test flows" may involve suspending extraction for set time periods to evaluate any changes in streamflow. The study plan will also include an analysis of the full hydrograph and evaluate the change in the annual hydrograph from project operations. The studies will include isotope studies/chemical analysis of the extracted water to determine water source and other characteristics.

### *Adaptive Management Plan requirements*

**Adaptive Management Plan** (AMP) – The permittee will be required to implement an Adaptive Management Plan to ensure that water extraction is consistent with San Bernardino National Forest Land Management Plan (LMP) standards. Adaptive management provides an implementation tool that incorporates an "implement-monitor-adapt" strategy that provides flexibility to respond to monitoring information that indicates that desired conditions are not being met. Each component of the Adaptive Management Plan would include:

1) An objective based on the LMP standards
2) A monitoring scheme to assess if the objective is being met
3) Trigger point(s) where the Forest Plan objective is not being met
4) Action(s) to mitigate and restore conditions to meet the LMP standard
5) Monitoring to assess success of mitigation and restoration

The permittee will be required to study comparison sites in adjacent unmanaged drainages to determine what conditions could exist in Strawberry Creek without water extraction in the upper watershed. This approach is typically referred to as a "paired basin" study. This study will also be used to support the Adaptive Management Plan.

The permittee will consult with the Forest Service in the development of the study plan, and will submit a draft study plan to the Forest Service for approval within 30 days of permit issuance. The permittee will implement the plan within 30 days of Forest Service approval. The study period is expected to last for a minimum of three years.

For the purposes of permit compliance, the streamflow triggers described in the draft AMP are considered

6

minimum flow requirements that must be met before water extraction can occur.

## Water balance computer model

As the Existing Condition analysis showed, the major components of the surface water balance provided by precipitation to the direct watershed are almost entirely used by Forest resources (evapotranspiration, overland flow, minimal infiltration). The existing condition also notes the reduction in the potentiometric surface in the upper watershed that has resulted in the drying of Forest Service water right A006108 (License 1649) and a change in the location of the original Spring 10 location.

The site specific data collection to inform the computer model will need to focus on refining the values currently being used to determine where the inputs of water come from and how the inputs of water are being used. Portions of this information will be collected via studies and ongoing data collection.

- A new stream gage will be added above the confluence with the mainstem of Strawberry Creek
- The current precipitation and evapotranspiration values are based on studies in similar ecosystems and nearby mountain ranges. The permittee will either use those values and add a site-specific ETo and precipitation station and determine the site-specific plant factor for the West Fork Strawberry Creek subwatershed (in coordination with the CIMIS program). The flat area in front of Tunnel 2 could be a suitable position for this gage.
- Isotopic methods (helium/tritium, CFCs, etc) will be used to determine the age of the water being extracted, the elevation of the water recharge areas, and the time of travel through the system. These groundwater inputs from outside the topographic boundary of the West Fork Strawberry Creek watershed are critical to determine if there is water in storage that is excess to the current and reasonably foreseeable needs of Forest Service resources.

## Minimum instream flows to support Forest Service resources

In defining the amount of water needed in the surface streams to support Forest resources and habitat, the Forest Service uses three primary methods for determining sufficient flows.

- The Historic Method (Tennant method): 30% of mean annual flow or mean monthly flow has been researched to provide sufficient velocity and depth for Western U.S. fish-bearing streams.
- Hydraulic method: defining and supporting perennial flow by defining width, depth, velocity, and wetted perimeter at specific locations at different flow regimes and identifying "the minimum flow that will just keep the main channel full" (Jowett, 1997). Has ecological rationale in that the stream bed supports production and is considered the food-producing area (periphyton and benthic macroinvertebrates [BMI]).
- Habitat method: a natural extension of hydraulic methods. Based on hydraulic conditions, what are flow requirements that meet specific biological requirements? Considered to be more reliable and defensible than other methods.

The "Paired basin" method for hydrologic studies has been a standard methodology for the Forest Service since the Wagon Wheel Gap studies of 1909 through 1919 (Hewlett, 1982). A nearby catchment is selected that has similarities in vegetation, aspect, precipitation, geology, streamflow, and biologic conditions, but does not have the project related effects. The same level of data collected is done in the paired basin. For this project, the East Twin Creek watershed in Coldwater Canyon, directly to the west, has been chosen because of the similarities in physical characteristics: aspect, precipitation, geology, structural components, Highway 18 above. Since the paired basin does not have the groundwater and spring water extraction, the streamflow and biologic conditions supported by groundwater and surface

000571

water should show the Desired Condition potential for watersheds along this portion of the San Bernardino National Forest.

Based on the location of the northern branch of the Waterman Canyon Fault (Figure 1), the portion of the paired basin that will be focused on will to the northeast portion. Both the intermittent flows and the perennial flow areas should show the potential for BMI and other aquatic dependent resources.

The Geo-Sciences Specialist Report details the likely areas of infiltration and recharge of the fracture system. Water sources from outside the topographic boundary of the West Fork Strawberry Creek subwatershed, travel time from those recharge areas, and extent to which that recharged water can support higher storage levels to support Forest Service resources is critical to understanding if these recharge areas can support the proponent's water extraction permit.

## Setting Initial instream flow conditions for Proposed Action

There are three locations where an instream flow is required.

- Forest Service water right A006108 (license 1649) is located above boreholes 1, 1A, and 8. The extraction from these locations will be reduced or shut off until 6.25 gpm is produced from this water right location.
  - Adaptive management monitoring of travel time may show the lag time needed to maintain this water right production through various seasons.
- Tunnel 3 was developed into the side of an intermittent channel in the upper watershed. Until the intermittent portion of the paired basin is analyzed to determine the level of flow needed to support riparian dependent resources, 30% of the available flow will be input from this location into the adjacent channel (per Tennant, 1976).
- The confluence of the West Fork Strawberry Creek and the mainstem of Strawberry Creek will have an initial flow of 20 gpm as measured at a stream gage that will be installed. Obtaining this level of flow will require that boreholes 10, 11, and 12 be shut in, potentially seasonally, to allow more flow to reach the surface.
  - The initial studies provided by the permittee suggest that water extraction is reducing surface flow in the West Fork Strawberry Creek subwatershed downstream of boreholes 10, 11, 12, by sufficient amounts to alter the channel from a perennial condition to an intermittent condition (URS, 2002). The URS (2002) report stated that during the low flow timeframe of August and September 2000, certain areas of the upper watershed had base flow values as high as 25 gpm. Based on a hydrologic analysis, URS (2002, pp.14-17) concluded that the extraction of water by the proponent resulted in a reduced flow of 20 gpm and that certain areas in the upper watershed that would have been perennial were instead intermittent.

As additional data is collected in the parried basin study of the Adaptive Management Plan through the life of the permit, these instream flow requirements may change to support the needs of the Forest per the LMP standards.

## **Resource Indicators, Measures, and Analysis Methodology**

The Watershed Condition Classification (WCC) Technical Guide (FS-978, July 2011) describes watershed condition as the state of the physical and biological characteristics and processes within a watershed that affect the hydrologic and soil functions supporting aquatic ecosystems. Watershed condition reflects a range of variability from natural pristine (functioning properly) to degraded (severely altered state or impaired). Watersheds that are functioning properly have terrestrial, riparian, and aquatic ecosystems that capture, store, and release water, sediment, wood, and nutrients within their range of natural variability for these processes.

Watersheds that are functioning properly have five important characteristics (Williams et al. 1997):
1. They provide for high biotic integrity, which includes habitats that support adaptive animal and plant communities that reflect natural processes.
2. They are resilient and recover rapidly from natural and human disturbances.
3. They exhibit a high degree of connectivity longitudinally along the stream, laterally across the floodplain and valley bottom, and vertically between surface and subsurface flows.
4. They provide important ecosystem services, such as high quality water, the recharge of streams and aquifers, the maintenance of riparian communities, and the moderation of climate variability and change.
5. They maintain long-term soil productivity.

The FSM uses three classes to describe watershed condition (USDA Forest Service 2004, FSM 2521.1).
1. Class 1 watersheds exhibit high geomorphic, hydrologic, and biotic integrity relative to their natural potential condition.
2. Class 2 watersheds exhibit moderate geomorphic, hydrologic, and biotic integrity relative to their natural potential condition.
3. Class 3 watersheds exhibit low geomorphic, hydrologic, and biotic integrity relative to their natural potential condition.

Integrity is evaluated in the context of the natural disturbance regime, geoclimatic setting, and other important factors within the context of a watershed. The definition encompasses both aquatic and terrestrial components because water quality and aquatic habitat are inseparably related to the integrity and, therefore, the functionality of upland and riparian areas within a watershed. A Class 1 watershed that is functioning properly has minimal undesirable human impact on its natural, physical, or biological processes, and it is resilient and able to recover to the desired condition when disturbed by large natural disturbances or land management activities (Yount and Neimi 1990). By contrast, a Class 3 watershed has impaired function because some physical, hydrological, or biological threshold has been exceeded. Substantial changes to the factors that caused the degraded state are commonly needed to return the watershed to a properly functioning condition.

The WCC system consists of 12 watershed condition indicators that have one or more attributes:
1. Water Quality – 303d listed waters, other water quality problems
2. Water Quantity – flow characteristics
3. Aquatic Habitat – fragmentation, large woody debris, channel shape and function
4. Aquatic Biota – life form presence, native species, exotic and/or invasive species
5. Riparian/Wetland Vegetation – vegetative condition
6. Roads and Trails – density, maintenance, proximity to water, mass wasting
7. Soils – productivity, erosion, contamination
8. Fire Regime or Wildfire – fire condition class or wildfire effects

9

9. Forest Cover – loss
10. Rangeland Vegetation – condition
11. Terrestrial Invasive Species – extent and rate of spread
12. Forest Health – insects and disease, ozone

For this analysis, the indicators that will be assessed are water quality, water quantity, aquatic habitat, aquatic biota, riparian vegetation, and soils. These indicators will be assessed for the existing condition using available information and best professional judgement. The indicators will be described for the Proposed Action which includes adaptive management.

If an action alternative is chosen, then the adaptive management plan will include an analysis of the East Twin Creek/Coldwater Canyon subwatershed which is the chosen reference to the Strawberry Creek extraction subwatershed. The Proposed Action effects section will include a description of the reasons that the Forest Service believes the East Twin Creek/Coldwater Canyon subwatershed makes an appropriate paired-basin reference watershed.

Table summarizing factors contributing to ratings

| Attribute | Good | At-Risk | Poor (Impaired) |
|---|---|---|---|
| Water Quality (not 303d listed) – to include surface and groundwater; lack of BMPs | No evidence of sediment, nutrients, chemicals above natural background levels | Localized incidence of accelerated sediment, nutrient, chemicals | Excessive sediment, nutrients, chemicals |
| Water Quantity – Flow Characteristics: relate to reference conditions | Watershed lacks man-made diversion facilities. Has free flowing streams, no or limited groundwater withdrawal | Watershed diversion facilities operated to partially mimic natural hydrographs. Base flows maintained. | Watershed diversion facilities operated so that they fail to mimic natural hydrographs. Low flows depart from natural hydrograph. |
| Habitat Fragmentation (including aquatic organism passage) | >95% of historic aquatic habitats are still connected | Fragmentation increasing due to temp, blockage, or dewatering (only 25-95% still connected) | Fragmentation a serious concern (<25% still connected) |
| Aquatic Life Form presence (e.g. BMI) based on potential natural | >90% of expected life forms and communities are present | 70-90% of expected life forms and communities present | <70% of expected life forms and communities present |
| Riparian Vegetation Condition | Native vegetation appropriate to the sites potential dominates at >80% of riparian area. | Areas displaying light to moderate impacts may occupy 25-80% of the riparian areas. | Native vegetation appropriate to the sites potential on <75% of the area. Native vegetation demonstrates a noticeable loss compared to potential due to human impact. Water table |

10

000574

| | | | disconnected from riparian area. |
|---|---|---|---|
| Soil Erosion from reduced ground cover | Evidence of accelerated surface erosion generally absent | Evidence of accelerated surface erosion occurs over <10% of watershed. | Evidence of accelerated surface erosion occurs over >10% of watershed. |

# Affected Environment

## Existing Condition

## Water Balance Analysis

### General hydrology

Defining the water balance for the project area subwatershed requires estimations or data for both the inflows and outflows to estimate changes in storage. Obtaining data in sufficient detail, both spatially and temporally, is a difficult task. As a conceptual model, however, understanding the potential available water allows for making an initial estimate of safe yield. "The safe yield of an aquifer is the rate at which groundwater can be withdrawn without causing a long-term decline of the water table or piezometric surface." (Bouwer, 1978).

The standard water balance equation of Inflow – Outflow = Δ Storage, where:

Inflows = precipitation + groundwater underflow/inflow from outside the watershed (possibly via fractures that cross the watershed topographic divide)

Outflows = (evaporation + transpiration by vegetation = evapotranspiration) + overland flow + groundwater underflow/outflow + streamflow + exported water (such as private land extraction)

Infiltration to groundwater = precipitation - overland flow - evapotranspiration

To meet the LMP S46, the Forest Service must determine the hydrologic and biologic needs defined in the outflow side of the equation (evapotranspiration needs of vegetation, streamflow needs to support biologic and geomorphic health). If those needs are met, and if there is excess inflow in a given timeframe, then water would theoretically be available for extraction/diversion. As the system does not allow for the instantaneous movement from infiltration to extraction location, a determination of the travel time of the water through the system and possibly age of the water extracted will be needed for a full understanding of the system.

The subwatershed in question goes from the crest at Strawberry Peak to the confluence with the mainstem downstream of boreholes 10, 11, and 12. In Figure 1 (orange designation), the Forest Service has defined this as the West Fork Strawberry Creek watershed (W.Fk.). This subwatershed is approximately 700 acres, though the various fault lines identified at the top portion of the subwatershed, such as the Rim Forest Fault) indicate that subsurface water could be entering from outside this topographic area (see Geo-Sciences Specialist Report, 2017).

11

000575

Under the Adaptive Management protocol, the permittee will collect information to build a computer model to better define this water balance and compartmentalize the model into the various areas of the subwatershed (upper west near Tunnels 2 & 3; upper middle near boreholes 1, 1A, 8; upper east near boreholes 7, 7A, 7B, 7C; lower central near boreholes 10, 11, 12, southern area influenced by Waterman Canyon faults). Travel time analyses should inform the speed of groundwater flow through the fractured rock to help define how long it takes for precipitation to become groundwater that can supply the base flow of streams in the summer and early fall months. The addition of a surface water gaging station at the confluence of the project subwatershed and the main channel of Strawberry Creek will allow better tracking of the connections between inflows and outflows.

Some information has been collected thus far for certain pieces of this analysis, but the data is currently insufficient for the production of a groundwater/surface water computer model to determine the water available for extraction purposes.

000576



Figure 1.

000577

## *Precipitation*

Precipitation has been measured in the area for nearly 100 years and can provide information for trends of rainfall, the types of storms that occur, and are an important input to any surface water-groundwater interaction model.

San Bernardino County Flood Control District monitors a number of rain gages in the area. One with an early record is the Lake Arrowhead Fire Station #1 (Lat. 34.249 x Long 117.186; T2N R3W Sec. 22), which is located approximately 3 miles to the northeast of the extraction subwatershed at a similar elevation but on the opposite side of the crest of the mountain front.  Given fractured geology detailed in the Geo-sciences specialist report there is a potential for this precipitation to travel from outside the extraction subwatershed and provide groundwater underflow/inflow.

| Season | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sep |
|--------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|
| 28-29 | 1.25 | 1.52 | 4.82 | 4.86 | 5.86 | 5.10 | 4.30 | .02 | 0.29 | 0.00 | 0.15 | 0.62 |
| 29-30 | 0.00 | 0.00 | 0.00 | 6.90 | 2.64 | 7.81 | 0.59 | 3.90 | 0.56 | 0.02 | 0.13 | 0.22 |
| 30-31 | 1.84 | 3.61 | 0.00 | 2.66 | 4.85 | 0.58 | 5.27 | 0.88 | NR | 0.30 | 0.74 | 1.09 |
| 31-32 | 1.24 | 8.27 | 7.16 | 2.25 | 9.18 | 0.91 | 1.80 | 0.26 | 0.31 | 0.00 | 0.00 | 0.00 |
| 32-33 | 0.07 | 0.00 | 6.56 | 20.80 | 0.17 | 0.50 | 1.61 | 1.61 | 0.78 | 0.02 | 0.05 | 0.02 |
| 33-34 | 1.17 | 2.09 | 14.47 | 5.58 | 5.01 | 0.14 | 0.00 | 0.10 | 1.49 | 0.00 | 0.30 | 0.92 |
| 34-35 | 9.34 | 2.57 | 12.41 | 14.50 | 5.27 | 7.97 | 5.79 | 0.20 | 0.00 | 0.20 | 0.30 | 0.72 |
| 35-36 | 0.30 | 0.42 | 1.46 | 0.12 | 26.06 | 3.95 | 3.00 | 0.02 | 0.30 | 0.05 | 0.00 | 0.00 |
| 36-37 | 5.44 | 0.44 | 23.78 | 8.82 | 16.31 | 11.97 | 1.07 | 0.30 | 0.03 | 0.01 | 0.00 | 0.43 |
| 37-38 | 0.00 | 0.00 | 7.49 | 5.36 | 27.96 | 30.95 | 6.68 | 0.40 | 0.00 | 0.61e | 0.00e | 0.00e |
| 38-39 | 1.32 | 0.57 | 11.06 | 6.65 | 6.46 | 5.54 | 2.96 | 0.18 | 0.00 | 0.00 | 0.00 | 9.23 |
| 39-40 | 1.15 | 2.35 | 1.46 | 11.13 | 8.24 | 3.59 | 4.20 | T | 0.00 | 0.00 | 0.00 | 0.03 |
| 40-41 | 4.61 | 2.90 | 11.60 | 5.52 | 19.44 | 16.23 | 10.06 | 0.21 | 0.31 | 0.01 | 0.93 | 0.00 |
| 41-42 | 3.98 | 1.96 | 11.19 | 1.36 | 1.85 | 3.49 | 6.05 | 0.21 | 0.00 | T | 1.27 | 0.00 |
| 42-43 | 1.36 | 2.51 | 2.32 | 24.87 | 14.87 | 10.09 | 4.42 | 0.00 | 0.04 | T | T | 0.32 |
| 43-44 | 2.33 | 0.42 | 10.01 | 3.01 | 19.92 | 4.72 | 3.08 | 0.04 | 0.23 | 0.00 | T | T |
| 44-45 | T | 17.55 | 2.51 | 0.66 | 14.29 | 12.52 | 1.53 | 0.03 | 0.06 | T | 2.80 | 0.20 |
| 45-46 | 1.38 | 1.27 | 17.04 | 0.50 | 4.14 | 14.69 | 2.18 | 0.22 | 0.00 | 0.50 | T | 0.21 |
| 46-47 | 7.48 | 18.27 | 8.88 | 2.73 | 2.20 | 2.11 | 0.55 | 0.52 | 0.14 | 0.00 | 0.03 | 0.32 |
| 47-48 | 0.43 | 0.99 | 4.75 | 0.01 | 6.65 | 7.49 | 7.68 | 0.34 | 0.57 | 0.00 | 0.00 | 0.00 |
| 48-49 | 0.99 | 0.00 | 8.62 | 14.12 | 7.25 | 4.23 | 0.20 | 3.63 | 0.00 | 0.00 | 0.00 | T |
| 49-50 | 1.22 | 5.42 | 8.32 | 5.55 | 5.89 | 3.37 | 2.94 | 0.94 | 0.06 | 0.21 | 0.07 | 0.21 |
| 50-51 | 0.74 | 3.11 | 0.05 | 5.02 | 3.88 | 2.12 | 4.42 | 0.95 | 0.00 | 0.23 | 0.32 | 0.36 |
| 51-52 | 2.29 | 3.34 | 18.75 | 19.29 | 1.47 | 18.33 | 4.84 | 0.00 | 0.00 | 0.61 | 0.00 | 1.73 |
| 52-53 | 0.00 | 6.37 | 6.46 | 2.93 | 1.20 | 4.27 | 2.38 | 1.40 | T | 0.00 | 0.17 | 0.00 |
| 53-54 | 0.14 | 1.57 | 0.35 | 18.95 | 6.03 | 16.27 | 0.44 | T | 0.26 | T | 0.28 | 0.00 |
| 54-55 | 0.00 | 6.61 | 3.13 | 10.67 | 6.00 | 1.18 | 1.92 | 4.21 | 0.00 | 0.13 | 0.65 | 0.00 |
| 55-56 | 0.00 | 3.08 | 1.87 | 14.01 | 2.48 | 0.00 | 5.46 | 2.09 | 0.00 | 0.08 | 0.00 | 0.00 |
| 56-57 | 0.37 | 0.00 | 1.33 | 17.68 | 4.77 | 2.29 | 3.10 | 5.22 | 0.12 | 0.00 | 0.00 | 0.00 |
| 57-58 | 3.61 | 2.07 | 13.12 | 4.71 | 14.65 | 12.03 | 9.08 | 0.88 | 0.00 | 0.00 | 1.44 | 1.54 |
| 58-59 | 0.45 | 1.29 | 0.00 | 3.69 | 13.40 | 0.02 | 1.50 | 0.12 | 0.00 | 0.18 | 0.20 | 0.03 |
| 59-60 | 0.14 | 0.80 | 4.26 | 7.09 | 4.82 | 1.90 | 4.73 | 0.18 | 0.00 | 0.12 | 0.14 | 1.54 |
| 60-61 | 1.88 | 8.84 | 0.90 | 2.64 | T | 3.03 | 0.59 | T | 0.00 | 0.00 | 1.56 | 0.02 |
| 61-62 | 0.09 | 4.33 | 7.24 | 6.95 | 19.09 | 3.86 | 0.00 | 1.93 | 0.09 | 0.06 | 0.00 | 0.00 |
| 62-63 | 0.25 | 0.03 | 0.10 | 1.71 | 5.02 | 4.34 | 5.48 | 0.00 | 0.36 | 0.00 | 0.69 | 6.59 |

14

000578

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63-64 | 2.09 | 5.20 | 1.06 | 5.23 | 0.81 | 6.10 | 3.86 | 2.26 | 0.51 | 0.01 | T | 0.14 |
| 64-65 | 0.66 | 5.21 | 5.75 | 2.61 | 1.32 | 2.77 | 14.98 | 0.13 | 0.12 | 0.17 | 0.65 | 0.99 |
| 65-66 | 0.05 | 29.99 | 13.45 | 1.94 | 4.16 | 1.36 | 0.30 | 0.18 | 0.00 | 0.09 | 0.00 | 0.14 |
| 66-67 | 0.83 | 3.64 | 27.87 | 9.58 | 0.04 | 9.46 | 15.37 | 1.30 | 0.11 | 0.08 | 0.38 | 2.13 |
| 67-68 | 0.00 | 11.28 | 4.71 | 3.08 | 1.97 | 5.02 | 1.43 | 0.89 | 0.00 | 2.14 | 0.27 | 0.00 |
| 68-69 | 0.24 | 0.92 | 3.95 | 46.02 | 35.84 | 5.34 | 2.87 | 2.69 | T | 0.18 | T | 0.05 |
| 69-70 | 0.11 | 5.27 | 0.17 | 2.18 | 6.10 | 5.72 | 1.44 | T | 0.18 | 0.11 | 1.21 | 0.00 |
| 70-71 | 0.23 | 9.26 | 8.27 | 2.74 | 1.57 | 1.44 | 0.51 | 3.03 | 0.00 | 0.07 | T | 0.00 |
| 71-72 | 3.81 | 1.14 | 19.49 | 0.00 | 0.17 | 0.00 | 0.34 | 1.55 | 0.39 | 0.00 | 0.33 | 0.49 |
| 72-73 | 1.37 | 6.43 | 4.95 | 7.39 | 13.96 | 10.58 | 0.22 | 0.53 | 0.00 | T | 0.05 | 0.00 |
| 73-74 | 0.04 | 4.40 | 1.22 | 17.63 | 0.24 | 8.74 | 1.63 | 0.28 | 0.00 | T | 0.00 | 0.00 |
| 74-75 | 3.13 | 1.07 | 5.36 | 1.66 | 4.81 | 8.55 | 5.07 | 0.70 | 0.00 | T | 0.00 | 0.57 |
| 75-76 | 1.73 | 2.61 | 1.12 | 0.00 | 12.94 | 5.69 | 3.06 | 0.66 | 0.45 | 0.14 | T | 9.32 |
| 76-77 | 1.21 | 0.67 | 1.73 | 5.01 | 0.86 | 4.41 | 0.01 | 8.31 | 0.01 | 0.00 | 3.19 | 0.00 |
| 77-78 | T | 1.05 | 14.65 | 16.95 | 21.36 | 27.61 | 5.82 | 0.32 | 0.00 | T | 0.37 | 3.21 |
| 78-79 | 0.29 | 8.60 | 7.76 | 10.20 | 9.41 | 10.33 | T | 0.67 | T | 0.52 | 0.05 | T |
| 79-80 | 4.33 | 0.29 | 0.76 | 25.15 | 24.26 | 11.01 | 1.37 | 2.53 | 0.00 | 0.02 | 0.00 | 0.00 |
| 80-81 | 0.30 | 0.11 | 2.15 | 6.59 | 2.54 | 5.78 | 1.99 | 0.57 | 0.00 | 0.03 | 0.05 | T |
| 81-82 | 1.52 | 3.51 | 0.45 | 11.64 | 2.30 | 16.65 | 4.72 | 0.08 | 0.07 | 0.03 | 0.20 | 4.32 |
| 82-83 | 2.49 | 12.35 | 6.88 | 12.02 | 12.45 | 13.68 | 8.01 | 0.50 | 0.06 | 0.00 | 3.47 | 2.03 |
| 83-84 | 5.11 | 7.20 | 9.61 | 0.33 | 0.23 | 0.61 | 1.55 | 0.00 | T | 1.97 | 0.06 | 0.40 |
| 84-85 | 0.76 | 5.25 | 15.28 | 2.28 | 0.00 | 5.38 | 0.07 | 0.06 | 0.25 | 0.26 | 0.00 | 1.17 |
| 85-86 | 1.67 | 12.47 | 1.63 | 5.17 | 11.89 | 11.66 | 1.76 | 0.00 | 0.00 | 0.06 | 0.29 | 3.96 |
| 86-87 | 0.57 | 2.13 | 1.69 | 6.92 | 3.38 | 4.85 | 2.53 | 0.69 | T | 0.20 | 0.02 | 0.76 |
| 87-88 | 0.65 | 7.32 | 4.64 | 2.33 | 0.7 | 2.85 | 7.64 | 1.34 | 0 | 0 | 1.63 | 0.28 |
| 88-89 | 0 | 3.84 | 8.32 | 2.15 | 7.86 | 0.9 | 0 | 0 | 0 | 0 | 0 | 1.2 |
| 89-90 | 3.43 | 0.85 | 0 | 7.18 | 3.95 | 1.89 | 1.2 | 0 | 0 | 0 | 0 | 0 |
| 90-91 | 0 | 2.18 | 0.1 | 2.91 | 2.98 | 21.55 | 0 | 0 | 0 | 0 | 0.2 | 0.4 |
| 91-92 | 0 | 0.29 | 4.97 | 6.25 | 15.12 | 15.6 | 0.47 | 0.16 | 0 | 0.35 | 0 | 0 |
| 92-93 | 3.26 | 0.49 | 14.37 | 0 | 0 | 1.15 | 0 | 0 | 0 | 0 | 0 | 0 |
| 93-94 | 0 | 2.38 | 0 | 0.78 | 3.41 | 3.47 | 0 | 0 | 0 | 0 | 0 | 0 |
| 94-95 | 4.1 | 2.8 | 5 | 18.3 | 8.3 | 19.6 | 0.6 | 1.3 | 2.4 | 0 | 0.2 | 0 |
| 95-96 | 0 | 0.1 | 2.7 | 1.5 | 18.7 | 6.8 | 2.7 | 0.1 | 0 | 0 | 0.1 | 0 |
| 96-97 | 3.1 | 6.4 | 9.1 | 15.1 | 0.9 | 0 | 0 | 0 | 0.5 | 0 | 0 | 1.3 |
| 97-98 | 1.1 | 5.2 | 4 | 6.8 | 25.2 | 9.9 | 6.6 | 11.5 | 0 | 0 | 0.5 | 0.9 |
| 98-99 | 0.1 | 3.2 | 1.3 | 2.3 | 2.4 | 1.7 | 6.1 | 0.2 | 0.7 | 0.1 | 0 | 0 |
| 99-00 | 0 | 0.9 | 0 | 1.2 | 15.1 | 3.7 | 4.5 | 0 | 0 | 0 | 0 | 0.4 |
| 00-01 | 1.8 | 0.2 | 0 | 6.7 | 13 | 2.8 | 4.9 | 0.2 | 0 | 0 | 0 | 0 |
| 01-02 | 0.1 | 2.2 | 1.4 | 2.9 | 1 | 2 | 0.6 | 0.5 | 0 | 0 | 0 | 0 |
| 02-03 | 0 | 7.9 | 3.3 | 0 | 11 | 6.9 | 4.2 | 2.3 | 0 | 0.4 | 0 | 0 |
| 03-04 | 0 | 3.3 | 7.5 | 0.6 | 8.5 | 1.7 | 0.8 | 0 | 0.1 | 0 | 0.1 | 0.1 |
| 04-05 | 18.5 | 3.7 | 7 | 13.3 | 16.8 | 3.8 | 1.7 | 1 | 0 | 0 | 0 | 0.6 |
| 05-06 | 1.7 | 0 | 0.4 | 7.5 | 0* | 8.6 | 10.8 | 0.2 | 0 | 0.3 | 0 | 0 |
| 06-07 | 0 | 0.5 | 2.4 | 1* | 4.8 | 1.3 | 2.7 | 0 | 0 | 0 | 0.1 | 1.5 |

15

000579

|  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-08 | 0 | 0 | 9.4 | 22.3 | 5.9 | 0.3 | 0 | 2.5 | 0 | 0 | 0 | 0 |
| 08-09 | 0 | 2.7 | 12.899 | 1 | 12.935 | 0.765 | 0 | 0 | 0 | 0 | 0 | 0 |
| 09-10 | 1.3 | 1.104 | 10.2 | 13.4 | 10.2 | 1.9 | 6.2 | 1.4 | 0 | 0 | 0 | 0 |
| 10-11 | 1 | 6.6 | 11.4* | 0.3* | 10.1 | 5.8 | 1.1 | 0.23 | 0.01 | 0 | 1.2 | 0* |
| 11-12 | 3.7 | 4.3 | 0.7 | 1.3 | 2.4 | 8.2 | 4.1 | 0 | 0 | 0.3 | 0 | 0.1 |
| 12-13 | 0.3 | 2.7 | 9.4 | 3.9 | 2.2 | 1.7 | 0.1 | 1 | 0 | 0 | 0 | 0 |
| 13-14 | 3 | 6 | 0.3 | 0 | 1.9 | 9.7 | 2.6 | 0.4 | 0 | 0 | 2.2 | 0 |
| 14-15 | 0 | 0 | 0 | 0 | 2.42 | 1.39 | 0.951 | 1.85 | 0.36 | 3.67 | 0.74 | 3.38 |
| 15-16 | 2.2 | 1.92 | 3.12 | 5.86 | 5.18 | 2.79 | 2.83 | 0.4 | 0 | 0 | 0 | 0 |
| 16-17 | 3.67 | 2.72 | 12 | 16.83 | 6.6 | 2.45 |  |  |  |  |  |  |
| **Min** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Max** | **18.5** | **29.99** | **27.87** | **46.02** | **35.84** | **30.95** | **15.37** | **11.5** | **2.4** | **3.67** | **3.47** | **9.32** |
| **Mean** | **1.64** | **3.78** | **6.00** | **7.22** | **7.93** | **6.31** | **3.13** | **1.02** | **0.15** | **0.18** | **0.37** | **0.81** |
| **Median** | **0.99** | **2.57** | **4.73** | **5.17** | **5.27** | **4.34** | **2.38** | **0.33** | **0.00** | **0.00** | **0.05** | **0.10** |
| **StDev** | **2.53** | **4.60** | **5.84** | **7.62** | **7.45** | **6.10** | **3.15** | **1.77** | **0.34** | **0.52** | **0.71** | **1.74** |
| **Skew** | **3.98** | **2.92** | **1.27** | **2.09** | **1.37** | **1.70** | **1.65** | **3.66** | **4.39** | **5.13** | **2.77** | **3.52** |

* Beak in the record, potential rainfall missed

The closest two San Bernardino County Flood Control rainfall gages include the Arrowhead Springs Resort (Sensor 2854, downstream of the site, near the base of the mountains) and Strawberry Creek (Sensor 2881). As of April 4, 2017, the current water year precipitation is 27.56 inches at Sensor 2854 and 27.87 inches at Sensor 2881.

Sensor 2881

| Season | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-06 | 0.00 | 0.00 | 0.00 | 2.72 | 4.49 | 6.45 | 5.59 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06-07 | 0.00 | 1.57 | 1.23 | 1.14 | 2.75 | 0.91 | 1.65 | 0.04 | 0.04 | 0.00 | 0.00 | 0.00 |
| 07-08 | 0.00 | 0.00 | 5.20 | 12.00 | 5.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 |
| 08-09 | 0.08 | 1.73 | 3.35 | 0.55 | 5.39 | 0.55 | 0.91 | 0.00 | 0.19 | 0.00 | 0.00 | 0.00 |
| 09-10 | 0.55 | 0.91 | 6.14 | 0.00 | 2.60 | 1.38 | 3.42 | 0.95 | 0.15 | 0.00 | 0.00 | 0.00 |
| 10-11 | 1.50 | 3.22 | 22.41 | 1.26 | 4.84 | 3.94 | 0.35 | 1.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12-13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13-14 | 0.00 | 3.42 | 1.51 | 0.12 | 0.91 | 4.60 | 1.38 | 0.32 | 0.00 | 0.00 | 1.26 | 0.51 |
| 14-15 | 0.00 | 1.06 | 7.64 | 0.67 | 1.93 | 0.04 | 1.02 | 1.42 | 0.04 | 1.10 | 0.00 | 2.32 |
| 15-16 | 0.91 | 1.29 | 2.41 | 3.70 | 2.44 | 2.75 | 2.13 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16-17 | 1.26 | 1.50 | 7.00 | 12.72 | 4.25 | 1.14 | 0.00 |  |  |  |  |  |
| **Min** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Max** | **1.5** | **3.42** | **22.41** | **12.72** | **5.39** | **6.45** | **5.59** | **1.42** | **0.19** | **1.1** | **1.26** | **2.32** |
| **Mean** | **0.36** | **1.23** | **4.74** | **2.91** | **2.89** | **1.81** | **1.37** | **0.45** | **0.04** | **0.10** | **0.12** | **0.26** |
| **Median** | **0.00** | **1.18** | **2.88** | **0.91** | **2.68** | **1.03** | **0.97** | **0.32** | **0.00** | **0.00** | **0.00** | **0.00** |
| **StDev** | **0.53** | **1.13** | **5.95** | **4.37** | **1.85** | **2.06** | **1.62** | **0.51** | **0.06** | **0.32** | **0.36** | **0.67** |
| **Skew** | **1.28** | **0.75** | **2.33** | **1.80** | **-0.25** | **1.16** | **1.63** | **0.92** | **1.78** | **3.32** | **3.29** | **3.06** |

16

000580

The basic descriptive statistics of these two data sets show that the mean (or average) and the median, measures of the center of the distribution, do not match closely (1.25 times to 8 times higher in the first data set; 1.04 times to 3.2 times higher in the second data set). The mean is higher in all cases, indicating that there are a few high cases that skew the data upward. These extreme storm events, while important for understanding how the watershed works, result in average precipitation values which are hardly ever the actual annual precipitation. Conclusions based on average values should be questioned.

Previous investigations of the subwatershed have referenced the Crippen (1965) USGS report, which listed an average annual precipitation for the area as 30 to 35 inches per year. Based on the differences in rainfall years, using such a static value gives a false impression as to the available input. The Lake Arrowhead Fire Station #1 dataset shows an average of 37.7 inches per year (1928-2016), but just 30.8 inches per year more recently (1995-2016). Over the past 12 years measured at Station 2881, 2 years had 0 inches, 3 years had less than 15 inches, 4 years had 15-20 inches, 2 years had 20-30 inches, and 1 year (2010-11) had greater than 35 inches, though greater than 20 inches fell in the final week of December and resulted in high levels of overland flow and landslides. Collectively, the average is about 16 inches of rain, far less than a previous study provided by the applicant in studies conducted in 2000-2002.

### *Evapotranspiration*

Evapotranspiration is a vaporization process where water experiences a phase change between a liquid and vapor. If the water vaporizes from the plant surface or soil surface the process is called evaporation. Water vaporizing inside the plant leaves and diffusing through the leaf pores to the ambient air is called transpiration. Evapotranspiration (ET) is the sum of evaporation (E) and transpiration (T) (Snyder, 2014).

Franco-Vizcaino et al. (2002) studied evapotranspiration in extreme-deficit watersheds of northern Mexico within the southern limit of the Californian mixed-conifer forest with a chaparral component and compared their results to other studies conducted in southern California forests, Mediterranean climate areas of Israel, and chaparral dominated vegetative communities with severe to extreme water deficit vegetation. The rainfall regime is within the range of the West Fork Strawberry Creek subwatershed. These studies showed that evapotranspiration accounts for between 69% and 84% of precipitation within these watersheds that were studied during both dry and El Nino conditions.

Crippen (1965) indicates that southern California mountain areas show an average evapotranspiration rate of 84% of precipitation. This estimated long-term average is greatly affected by year-to-year variations in precipitation.

The University of California Cooperative Extension manages the California Irrigation Management Information System (CIMIS). There are CIMIS stations throughout California that measure reference evapotranspiration (ETo), precipitation, and other weather parameters. ETo - reference evapotranspiration is the ET of a hypothetical 12 cm tall vegetative surface with a fixed canopy resistance and the aerodynamic resistance that is an inverse function of the wind speed. It serves as a reference for calculating the ET of other crops. ETo approximates the ET of a broad expanse of 12 cm tall cool-season (C-3 species) grass (Snyder, 2014).

Station 192 is located in Lake Arrowhead and Station 44 is located at the University of California Riverside. The following tables are summaries from the collected data showing ETo and calendar year precipitation from 2004 through the present.

000581

| Year | CIMIS Station 44 (UCR) | | CIMIS Station 192 (Lake Arrowhead) | |
|------|------------------------|--------------------------|-------------------------------------|------------------------|
|      | Total ETo (inches) | Total Precip. (inches) | Total ETo (inches) | Total Precip. (inches) |
| 2004 | 57.88 | 11.2 | 49.81 | 27.2 |
| 2005 | 54.45 | 13.9 | 49.79 | 10.5 |
| 2006 | 57.79 | 5.9 | 48.36 | 23.1 |
| 2007 | 59.37 | 1.5 | 50.71 | 8.5 |
| 2008 | 59.81 | 3.7 | 53.13 | 13.8 |
| 2009 | 57.45 | 5.0 | 51.95 | 16.3 |
| 2010 | 53.11 | 18.7 | 54.65 | 35.5 |
| 2011 | 59.41 | 6.8 | 53.20 | 8.9 |
| 2012 | 62.42 | 5.3 | 54.23 | 13.0 |
| 2013 | 61.25 | 6.0 | 55.18 | 4.2 |
| 2014 | 64.02 | 7.1 | 55.45 | 8.9 |
| 2015 | 60.68 | 6.5 | 52.31 | 18.5 |
| 2016 | 59.72 | 9.1 | 55.04 | 18.5 |

2004 is selected as the start of the record because the Grand Prix/Old fires reset the environment when the majority of the chaparral was burned.

The University of California, Division of Agriculture and Natural Resources, Center for Landscape and Urban Horticulture, has a chart for research-based landscape plant factors, which when multiplied by ETo, give an indicator of the water requirement of a plant type wherever it is grown. "Under identical weather conditions, different plant species can have different evapotranspiration (ET) rates and thus different water requirements because of their physiology and dissimilar response to weather. Since ETo estimates weather's influence on the water use of the reference crop (tall fescue in good health) growing in reference conditions (full sun and unlimited water), ETo must be adjusted to estimate the water required by crops and landscape plants growing in the same general area where ETo is calculated." (http://ucanr.edu/sites/UrbanHort/Water_Use_of_Turfgrass_and_Landscape_Plant_Materials/Plant_Factor_or_Crop_Coefficient__What%E2%80%99s_the_difference/)

Plant factors that provide for acceptable appearance and function in California (versus high performance, optimum growth, and/or maximum yield) are 0.5 for trees, shrubs, vines, groundcovers (woody plants), and 0.3 for desert adapted plants. (ANSI/ASABE, 2015).

None of the CIMIS stations are located on the south facing slopes of the San Bernardino National Forest within chaparral dominated vegetation, but given the similarity of ETo between a southern California city based location (Station 44) and a mountain location north of the West Fork Strawberry Creek subwatershed, a plant water requirement should be in the range of 14.51 inches (lowest ETo * 0.3) and 32.01 inches (highest ETo * 0.5). This ranges from 63% to 450% of the actual precipitation at these stations. As all readings above 100% do not make physical sense (or result in water stressed vegetation), this low range of 63% matches closely with the other cited studies.

## *Overland flow*

The portion of precipitation that is not captured by the vegetation or exceeds the infiltration capacity of the soil becomes overland flow. This flow can channel to the drainage basins and continue through the watershed.

The USGS has a stream gage located off Forest Service property (11058500, E Twin Creek near Arrowhead Springs, CA). This gage measures both the groundwater component feeding the baseflow of

the stream and the overland flow storm pulses that are routed through the watershed. Due to its location, the gage can only inform the larger picture as it captures water from an 8.8 square mile area, nearly 10 times the area of the project subwatershed.

Data was compared between the USGS gage 11058500 and precipitation records at San Bernardino County Flood Control gages at Arrowhead Springs and Strawberry Creek. An estimate can be made of the volume of total watershed rainfall and the volume passing the gage. This comparison will give an estimate for overland flow for the storm compared to infiltration into the soil column. Infiltration can either be released to the stream channel, used by vegetation, or added to groundwater storage into the underlying fractures.

In late December, 2016, there was a 1.74 inch rainfall event from 12/23/2016 20:30 through 12/24/2016 05:00. The USGS gage did not return to the pre-storm level until 12/30/2016 02:45, nearly 6 days later.



A 1.74 inch rainfall event taken over the watershed feeding the storm gage would result in 35.6 million cubic feet of water. The area under the curve for this storm is approximately 2.0 million cubic feet, or 5.6% of the rainfall.

19

000583



Example graph of USGS Gage 11058500 and San Bernardino County Flood Control Sensor 2854 recording a series of storms in January, 2017. The first storm recorded 2.36 inches from 1/19/2017 15:15 to 1/20/2017 18:15, followed by an additional 2.61 inches from 1/22/2017 11:30 to 21:00, and 1.22 inches from 1/23/2017 00:15 to 13:30. Gage 11058500 is missing 2 days of data where no rainfall was recorded and the tail returned to a pre-storm condition.

The first storm of 2.36 inches, applied to the watershed feeding the stream gage, would result in about 48.2 million cubic feet of water. The area under the curve for the first storm is approximately 6.7 million cubic feet, or 14% of the rainfall.

The remaining series of storms come in a combination that preclude the stream gage from reaching a pre-storm equilibrium. Taken together, 3.83 inches of rainfall, applied to the watershed feeding the stream gage, would result in about 78.3 million cubic feet of water. The area under the curve for the remaining series of storms is about 18.8 million cubic feet, or 24% of the rainfall.

These simple examples show a range of overland flow of 6% to 24% depending on the storm in question and the antecedent conditions of the watershed leading up to the storm.

## *Groundwater underflow/inflow*

With the high evapotranspiration rates (63% to 84%) and the variable rates of overland flow (6% to 24%), a more thorough understanding of groundwater recharge areas is needed for the determination of water in excess of Forest Service needs. The Geo-Sciences Specialist Report details the known and surmised locations of faulting in the area. A number of these faults and lineaments provide access to the subwatershed in question from outside the topographic boundaries. As the rainfall in the West Fork Strawberry Creek watershed is insufficient to account for the ongoing extraction by the proponent,

000584

quantifying the inflow from these areas is critical.

One area providing for current infiltration is the unincorporated town of Rimforest, located at the northern portion of the West Fork Strawberry Creek subwatershed.  The Rimforest fault runs through the southern section of the town and enters the West Fork Strawberry Creek watershed, crossing the vicinity of the #7 boreholes. There is a proposed project in Rimforest to restore runoff from its current flowpath through the community and into the Strawberry Creek watershed, into a new flow-path comprised of channels and a pipeline to the north of Highway 18, with an outlet into Little Bear Creek. In re-directing this runoff, the proposed project would result in runoff flowing into the Mojave River Watershed instead of the Santa Ana River Watershed.

With development of the storm drain systems and attenuation basin(s), the proposed project would restore a total of approximately 100 acre-feet per year into Little Bear Creek (MBA, 2010; as referenced in County of San Bernardino DEIR, 2016). The analysis (County of San Bernardino DEIR, September 2016 page 3.6-15, County of San Bernardino FEIR, March 2017) indicates that groundwater infiltration will decrease by an average of up to 9% to the project area.

The Geo-Sciences Specialist Report also discusses other fracture conduits that could be providing recharge to various extraction points used by the proponent. A more thorough understanding of travel time through the system from locations of recharge is needed to better understand the system and determine if there is water in excess of Forest Service needs available for extraction.

### *Groundwater underflow/outflow to surface*
Groundwater underflow/outflow to surface water results when the underlying groundwater table or potentiometric surface intersects with the land surface. As the Geo-sciences Specialist Report describes, locations where this occurs can result in springs and seeps. The groundwater also provides for baseflow in streams when these springs and seeps intersect with a stream channel or provide continuous water to a stream channel.

The Arrowhead water extraction beginning in the late 1920s to early 1930s affected the portion of streamflow supported by contributions from springs located in the upper western portion of the project watershed (Tunnels 2 and 3).  As other areas were developed, extraction reduced contributions to surface flow from the area of boreholes 1, 1A, 8; 7, 7A, 7B, 7C; and 10, 11, 12.

### Site-specific observations

### *Tunnel 2*

On April 26, 2017, the Forest Service conducted a field review of the Tunnel 2 location, as well as the trail and helispot that provide access to Tunnel 2. The vegetation in the area consisted of chaparral species, with no evidence of riparian vegetation. The vault for Tunnel 2 is located adjacent to a flat worked bench before the topography continues downward. There is an overflow pipe that drains water from the vault. The small drip provided on the surface of the ground is insufficient to support any riparian dependent species or provide for wildlife.

000585



Looking west from the upper helispot across the vegetation in the area of Tunnels 2 and 3



Path leading to Tunnels 2 and 3; though no drainage features added, the natural vegetation prevents erosional features from forming

000586



Pipeline leading from Tunnel 2 vault



Overflow pipe with small drip onto chaparral vegetation

### *Tunnel 3*

The vault for Tunnel 3 was developed on the bank of a channel. The Botany specialist report (Nelson, 2017) notes that remnant riparian vegetation was found in this channel downstream of the vault. Certain tree species in or near the banks of the channel also show stress from the lack of sufficient water. This stream channel and the species that should be provided for with surface flow are Forest Service resources.

23

000587



### *Vicinity of Boreholes 1, 1A, and 8*

The existing condition indicates that the upper watershed potentiometric surface has been lowered. Just upslope of these boreholes, the Forest Service is in possession of State Water Right A006108, License 1649 (perfected in accordance with State Law; October 31, 1928) allowing for 9000 gallons per day (gpd) for fire protection and wildlife enhancement (equivalent to 10.1 acre-feet per year; 6.25 gallons per minute) year round.  In October 2016, a field visit was made to the location. Limited riparian vegetation was on site, but no flow extended down the channel.



The wall at the back of the location had moss species growing and slight digging at the base revealed wetness.

24

000588



On April 26, 2017, despite the winter having provided for additional rainfall, the spring was only producing about 0.25 gpm (figure below). Ongoing extraction by the proponent continues from locations 1, 1A, and 8, which are downslope of this water right location. Under the Proposed Action Adaptive Management Plan, the proponent will be required to "shut-in" (close the extraction valves) at boreholes 1, 1A, and 8 to allow the potentiometric surface to rise sufficiently to allow for this location to produce the 6.25 gpm required to support the beneficial uses of wildlife propagation and wildfire protection.



Anecdotal evidence (J. Collier, FCRD Lands Officer, personal communication, 2016) and State water right records indicate that the California Department of Transportation acquired the water right during the building of Highway 18. The water was transported to a turn-out for use as radiator water. Then the

25

location became a drinking water source. In the early 1970s, the drinking water fountain was more often dry than wet and the Forest chose to remove that place of use. The water right was amended to return the place of use to the place of diversion and the use was changed to support fire protection and wildlife enhancement.

Further downslope of borehole locations 1, 1A, and 8 is another spring location that continues to provide a surface connection of the groundwater. On April 26, 2017, this spring was producing about 6.25 gpm, providing for riparian vegetation both in the vicinity of the spring and downstream.





Directly downstream of spring located below Boreholes 1, 1A, and 8

As this spring was flowing at a similar quantity as is required by Forest Service water right A006108

26

(License 1649), a comparison of vegetation and stream condition was qualitatively made between these two sites.

### *Vicinity of and Influenced By Boreholes 7, 7A, 7B, 7C*

As with the vegetation on the slopes above and in the vicinity of Tunnels 2 and 3, the vegetation on the slopes in the vicinity of Boreholes 7, 7A, 7B, and 7C do not show a riparian character.



Slope above Vault at Boreholes 7, 7A, 7B, and 7C



Slope below area of Boreholes 7, 7A, 7B, and 7C

With the faulting and lineaments crossing in the vicinity of these boreholes (see Geo-Sciences Specialist Report), the expected condition would be at least a localized riparian area supporting Forest Service

27

000591

resources. The spring(s) that would have naturally been supporting the channel below the site could have provided a more continuous flow. The current channel only sees flow during storms and has not developed a riparian corridor.

On June 13, 2017, the lower channel below the Borehole 7 area was inspected to determine if the increased rainfall of the 2016-2017 winter, coupled with the Waterman Canyon fault, had raised the potentiometric surface sufficiently to provide a riparian condition in this channel.



Looking upcanyon towards extraction location 7 from near boreholes 10, 11, 12. Channel leading to boreholes 7 is on far right of photo.



Lower portion of channel from boreholes 7 showing no indications of riparian habitat

28

### *Vicinity of Boreholes 10, 11, 12*

The Geo-Sciences Specialist Report describes how the structural geology in the area of Boreholes 10, 11, 12 influence this location. Information provided by the proponent indicates that the original Spring 10 was located on an alluvial wedge, a portion of which is used as a helicopter landing site. On-site investigations have never shown this spring location to be flowing. Based on a report provided by the proponent, the original location of spring 10 was identified on June 13, 2017.



Limited riparian vegetation, but no surface flow; surface flow was located approximately 20 feet downgradient

### *Transmission Pipeline*

In addition to tracking the water balance to determine if there is water in excess of Forest Service needs, the pipeline is set on the Forest and the has, in areas, been cleared of vegetation to allow for access and repair. During the field visits, no ground was encountered that had been reduced to the mineral soil, indicating that erosion would be limited by natural ground cover.

Below the areas of the extractions, the pipeline is set midslope through the Strawberry Creek canyon. In these locations, fixing breaks and problems must be done with sufficient best management practices to protect the riparian areas from rockfall and sediment delivery.

000593



### *Landing Areas and Access Trails*

Unlike the pipeline that has some cleared areas and is set in locations that could provide for sediment delivery to riparian areas, the access trails and helispots continue to maintain sufficient ground cover vegetation to prevent erosion from leaving the area.



Edge of helispot used to access Boreholes 7, 7A, 7B, 7C

000594



Helispot used to access Boreholes 10, 11, 12



Edge vegetation along helispot used to access Tunnels 2, 3, and Boreholes 1, 1A, 8

000595

## Summary of current water balance information

The above information indicates that the system is water limited for the vegetative and aquatic communities, indicating that the majority of the rainfall entering the West Fork Strawberry Creek watershed is needed to support local Forest Service resources.

- Evapotranspiration ranging from 63% to 84% for similar vegetative conditions
- An overland flow rate of 6% to 24% depending on the storm hydrograph analyzed
- A 1928 water right not producing sufficient water to meet Forest Service needs upgradient of boreholes 1, 1A, and 8
- Tunnel 2 preventing the development of a localized riparian area
- Tunnel 3 preventing flow from a channel with evidence of riparian species production
- Boreholes 7, 7A, 7B, 7C preventing the development of a localized riparian area or providing channel flow
- Spring 10 having been dried to the extent that riparian vegetation has been highly reduced,
- The channel below boreholes 10, 11, 12 no longer supporting perennial flow

## Exported water from private land in watershed

At the northeastern portion of the upper watershed, there is a portion of land that is private and a part of the town of Rimforest. Groundwater extraction and surface water capture and use from this piece of land is not under the jurisdiction of the Forest Service. No information has been collected from this portion of land for groundwater use. If this use changes, and causes less water to be available to reach the Forest Service managed areas, then this reduction could result in less water being available for proponent extraction. In addition, there is a reasonably foreseeable action in Rimforest (County of San Bernardino Public Works FEIS, 2017) that will reroute stormwater from the Strawberry Creek drainage to the north. Those effects are described herein.

## *Management Direction*

The permit area is located within the San Bernardino Front Country Place. The desired condition for the area is to maintain a natural appearing landscape while managing vegetation to provide fire protection for adjacent urban communities. Habitat conditions for threatened, endangered, and sensitive species are improving over time. Heritage properties and Native American gathering areas are identified and protected. The program emphasis is on community protection from wildland fire and conservation of habitat for threatened, endangered, and sensitive species, such as the southwestern willow flycatcher, mountain yellow-legged frog and speckled dace.

The San Bernardino Land Management Plan includes the following relevant standards:

**S45:** All construction, reconstruction, operation and maintenance of tunnels on National Forest System lands shall use practices that minimize adverse effects on groundwater aquifers and their surface expressions.

**S46:** Surface water diversions and groundwater extractions, including wells and spring developments will only be authorized when it is demonstrated by the user, and/or agreed to by the Forest Service, that the water extracted is excess to the current and reasonably foreseeable future needs of forest resources.

000596

- Consideration of beneficial uses, existing water rights, and the absence of other available water sources will be part of the water extraction application.
- Approved extractions and diversions will provide for long-term protection and reasonable use of surface water and groundwater resources.
- Feasibility and sustainability assessments should be appropriately scaled to the magnitude of the extraction or diversion proposed.

**S47:** When designing new projects in riparian areas, apply the Five-Step Project Screening Process for Riparian Conservation Areas as described in Appendix E - Five-Step Project Screening Process for Riparian Conservation Areas

# Environmental Consequences of Proposed Action

## *Direct and Indirect Effects*

### Tunnel 2

Water Quality – There is no evidence of localized accelerated erosion or changes in nutrient or chemical levels in the vicinity of Tunnel 2. The Existing Condition is rated as Good, and the Proposed Action will remain with a Good rating.

Water Quantity – The Existing Condition does not operate Tunnel 2 to partially mimic the natural hydrograph associated with this spring location, so the current rating is Poor (Impaired). Under the Proposed Action, either Tunnel 2 or Tunnel 3 will be modified to provide water for Forest resources. Given the location of Tunnel 2 relative to supporting base flow in a channel, it is unlikely that Tunnel 2 extraction would be modified sufficiently to move the rating from Poor.

Habitat Fragmentation – As Tunnel 2 extraction prevents continued aquatic habitat from being supported on the surface, the Existing Condition has a Poor rating. Under the Proposed Action, either Tunnel 2 or Tunnel 3 will be modified to provide water for Forest resources. Given the location of Tunnel 2 relative to supporting base flow in a channel, it is unlikely that Tunnel 2 extraction would be modified sufficiently to move the rating from Poor.

Aquatic Life Form presence - As Tunnel 2 extraction prevents continued aquatic habitat and expected life forms from being supported on the surface, the Existing Condition has a Poor rating. Under the Proposed Action, either Tunnel 2 or Tunnel 3 will be modified to provide water for Forest resources. Given the location of Tunnel 2 relative to supporting expected aquatic lifeforms in a channel, it is unlikely that Tunnel 2 extraction would be modified sufficiently to move the rating from Poor.

Riparian Vegetation – The current design of the Tunnel 2 extraction location does not support riparian vegetation, resulting in an Existing rating of Poor (Impaired). Under the Proposed Action, either Tunnel 2 or Tunnel 3 will be modified to provide water for Forest resources. Given the location of Tunnel 2 relative to supporting native riparian vegetation in a channel, it is unlikely that Tunnel 2 extraction would be modified sufficiently to move the rating from Poor.

Soils – The current design of the Tunnel 2 extraction location sufficiently protects from soil erosion resulting in an Existing rating of Good. Nothing in the Proposed Action will reduce the level of vegetative cover that prevents soil erosion. The rating will remain Good.

000597

## Tunnel 3

Water Quality – Tunnel 3 was developed in the side of a channel. There is evidence of localized accelerated erosion into the channel. The removal of water that would feed this channel would result in changes in nutrient or chemical levels in the vicinity of Tunnel 3. The Existing Condition is rated as At-Risk. Under the Proposed Action, either Tunnel 2 or Tunnel 3 will be modified to provide water for Forest resources. The modification of Tunnel 3 will include water returning to the channel in a fashion that does not accelerate sediment and can provide for natural background levels of nutrients. Taken together, these changes will alter this indicator to Good.

Water Quantity – The Existing Condition does not operate Tunnel 3 to partially mimic the natural hydrograph associated with this spring location, so the current rating is Poor (Impaired). Under the Proposed Action, either Tunnel 2 or Tunnel 3 will be modified to provide water for Forest resources. The modification of Tunnel 3 will include water returning to the channel that will maintain base flows and partially mimic the natural hydrograph. Taken together, these changes will alter this indicator to At-Risk.

Habitat Fragmentation – The Existing Condition at Tunnel 3 has dewatered the channel and made it intermittent at best. As the information provided by the permittee indicates that Tunnel 3 always produces some water, the natural condition would be locally perennial. The existing rating is Poor (Impaired). Under the Proposed Action, either Tunnel 2 or Tunnel 3 will be modified to provide water for Forest resources. Providing a continuous flow using a portion of the spring flow from Tunnel 3 will move the rating to At-Risk for this indicator.

Aquatic Life Form presence – The Existing Condition at Tunnel 3 has dewatered the channel and made it intermittent at best, removing the opportunity for aquatic life forms, such as benthic macroinvertebrates, from having success. As the information provided by the permittee indicates that Tunnel 3 always produces some water, the natural condition would be locally perennial. The existing rating is Poor (Impaired). Under the Proposed Action, either Tunnel 2 or Tunnel 3 will be modified to provide water for Forest resources. Providing a continuous flow using a portion of the spring flow from Tunnel 3 will move the rating to At-Risk for this indicator.

Riparian Vegetation – The Existing Condition at Tunnel 3 has dewatered the channel and made it intermittent at best, reducing the diversity of native riparian vegetation compared to the potential in a perennial system. As the information provided by the permittee indicates that Tunnel 3 always produces some water, the natural condition would be locally perennial. The existing rating is Poor (Impaired). Information from field checks indicated that some remnant riparian dependent vegetation was present. Under the Proposed Action, either Tunnel 2 or Tunnel 3 will be modified to provide water for Forest resources. Providing a continuous flow using a portion of the spring flow from Tunnel 3 will move the rating to At-Risk for this indicator.

Soils – The current design of the Tunnel 3 extraction location has evidence of accelerated surface erosion, making this indicator At-Risk. Implementation of the Proposed Action includes BMPs that can be used to reduce this surface erosion and move this rating to Good.


## Boreholes 1, 1A, 8

From the Geo-Sciences specialist report (Bearmar, 2017) regarding Forest Service Water Right A6108

000598

(License 1649):

> *The location of this spring is proximal to the convergence of two identified lineaments (L-1 & L-3, Hilltop Geotechnical) and one un-named N-S trending fault (L-4, Hilltop Geotechnical). It is also located approximately 125 vertical feet up drainage from Nestle borehole Site 8 and 163 vertical feet up canyon from the Nestle vault containing borehole Sites 1 & 1A infrastructure. There is potential that the Nestle boreholes tap water from the same feature or features which would provide flow to the Forest Service spring. If this is the case, the potentiometric surface supporting this spring as well as the lower springs may have declined over time effectively dewatering the FS spring, accounting for the significant flow reduction (based on permit allotment). Shutting in (temporarily closing off the site infrastructure associated with the extraction conveyance system) the Nestle sites may allow the potentiometric surface to rise to the point where the spring may once again flow at the allotted rate.*

Water Quality – Boreholes 1, 1A, and 8 were developed near the sides of a channel. There is evidence of localized accelerated erosion into the channel. The removal of water that would feed this channel would result in changes in nutrient or chemical levels in the vicinity of Boreholes 1, 1A, and 8. The Existing Condition is rated as At-Risk. Under the Proposed Action, Boreholes 1, 1A, and 8 will be shut in until such time as the Forest Service water right A6108 (License 1649) again flows at 6.25 gpm. The modification of Boreholes 1, 1A, and 8 will include water returning to the channel in a fashion that does not accelerate sediment and can provide for natural background levels of nutrients. Taken together, these changes will alter this indicator to Good.

Water Quantity - The Existing Condition does not operate Boreholes 1, 1A, and 8 to partially mimic the natural hydrograph associated with these groundwater locations, so the current rating is Poor (Impaired). Under the Proposed Action, Boreholes 1, 1A, and 8 will be shut in until such time as the Forest Service water right A6108 (License 1649) again flows at 6.25 gpm, which will provide water for Forest resources. The modification of Boreholes 1, 1A, and 8 will result in water returning to the channel that will maintain base flows and partially mimic the natural hydrograph. Taken together, these changes will alter this indicator to At-Risk.

Habitat Fragmentation – The Existing Condition at Boreholes 1, 1A, and 8 has dewatered the channel and made it ephemeral until further downgradient where other springs feed the channel. As the information provided by the permittee indicates that Boreholes 1, 1A, and 8 always produces some water, the natural condition would be locally perennial. The existing rating is Poor (Impaired). Under the Proposed Action, Boreholes 1, 1A, and 8 will be shut in until such time as the Forest Service water right A6108 (License 1649) again flows at 6.25 gpm. Providing a continuous flow from the upstream location of the Forest Service water right will move the rating to At-Risk for this indicator.

Aquatic Life Form presence – The Existing Condition at Boreholes 1, 1A, and 8 has dewatered the channel and made it ephemeral until further downgradient where other springs feed the channel, removing the opportunity for aquatic life forms, such as benthic macroinvertebrates, from having success. As the information provided by the permittee indicates that Boreholes 1, 1A, and 8 always produces some water, the natural condition would be locally perennial. The existing rating is Poor (Impaired). Under the Proposed Action, Boreholes 1, 1A, and 8 will be shut in until such time as the Forest Service water right A6108 (License 1649) again flows at 6.25 gpm. Providing a continuous flow from the upstream location of the Forest Service water right will move the rating to At-Risk for this indicator.

Riparian Vegetation – The Existing Condition at Boreholes 1, 1A, and 8 has dewatered the channel and made it ephemeral until further downgradient where other springs feed the channel, reducing the diversity of native riparian vegetation compared to the potential in a perennial system. As the information provided by the permittee indicates that Boreholes 1, 1A, and 8 always produces some water, the natural condition

would be locally perennial. The existing rating is Poor (Impaired). Information from field checks indicates that some remnant riparian dependent vegetation is present in the vicinity of the Forest Service water right and that a broader riparian vegetative community is possibly when there is a spring supporting the channel, such as is the case downgradient from Boreholes 1, 1A, and 8. Under the Proposed Action, Boreholes 1, 1A, and 8 will be shut in until such time as the Forest Service water right A6108 (License 1649) again flows at 6.25 gpm. Providing a continuous flow from the upstream location of the Forest Service water right will move the rating to At-Risk for this indicator.

Soils – The current design at the extraction locations for Boreholes 1, 1A, and 8 has evidence of accelerated surface erosion, making this indicator At-Risk. Implementation of the Proposed Action includes BMPs that can be used to reduce this surface erosion and move this rating to Good.

## Boreholes 7, 7A, 7B, 7C

Water Quality – Boreholes 7, 7A, 7B, and 7C were developed next to a developed spring/tunnel that previously supported a channel. There is evidence of localized accelerated erosion into the channel from the development. The removal of water that would feed this channel would result in changes in nutrient or chemical levels in the vicinity of Boreholes 7, 7A, 7B, and 7C. The Existing Condition is rated as At-Risk. The Proposed Action includes BMPs that can be applied at the borehole development that could reduce some of the accelerated sedimentation. Also under the Proposed Action, a wildlife drinker will be added to the vicinity which will provide water to the channel from overflow. However, with the continued extraction of this water, the local nutrient and chemical composition in the channel will remain, and the Indicator will remain At-Risk.

Water Quantity - The Existing Condition does not operate Boreholes 7, 7A, 7B, and 7C to partially mimic the natural hydrograph associated with these groundwater locations, so the current rating is Poor (Impaired). Under the Proposed Action, a wildlife drinker will be installed at this location, but such a drinker is not generally designed to mimic the natural hydrograph, so this rating will continue to be Poor (Impaired).

Habitat Fragmentation – The Existing Condition at Boreholes 7, 7A, 7B, and 7C have dewatered the channel and made it ephemeral downgradient (about ¾ mile) until the influence of the Waterman Canyon fault makes the channel intermittent. As the information provided by the permittee indicates that Boreholes 7, 7A, 7B, and 7C always produces some water, the natural condition would be locally perennial. The existing rating is Poor (Impaired). Under the Proposed Action, a wildlife drinker will be installed at this location, but such a drinker is not generally designed to provide perennial water through the length of the channel, so this rating will continue to be Poor (Impaired).

Aquatic Life Form presence – The Existing Condition at Boreholes 7, 7A, 7B, and 7C has dewatered the channel and made it ephemeral downgradient (about ¾ mile) until the influence of the Waterman Canyon fault makes the channel intermittent. This water extraction removes the opportunity for aquatic life forms, such as benthic macroinvertebrates, from having success. As the information provided by the permittee indicates that Boreholes 7, 7A, 7B, and 7C always produces some water, the natural condition would be locally perennial. The existing rating is Poor (Impaired). Under the Proposed Action, a wildlife drinker will be installed at this location, but such a drinker is not generally designed to provide perennial water through the length of the channel, so this rating will continue to be Poor (Impaired).

Riparian Vegetation – The Existing Condition at Boreholes 7, 7A, 7B, and 7C has dewatered the channel and made it ephemeral downgradient (about ¾ mile) until the influence of the Waterman Canyon fault makes the channel intermittent. This water extraction reduces the diversity of native riparian vegetation

36

compared to the potential in a perennial system. As the information provided by the permittee indicates that Boreholes 7, 7A, 7B, and 7C always produces some water, the natural condition would be locally perennial. The existing rating is Poor (Impaired). Under the Proposed Action, a wildlife drinker will be installed at this location, but such a drinker is not generally designed to provide perennial water through the length of the channel that could support the re-establishment of riparian vegetation, so this rating will continue to be Poor (Impaired).

Soils – The current design at the extraction locations for Boreholes 7, 7A, 7B, and 7C has evidence of accelerated surface erosion, making this indicator At-Risk. Implementation of the Proposed Action includes BMPs that can be used to reduce this surface erosion and move this rating to Good.

## Boreholes 10, 11, 12

Water Quality – Boreholes 10, 11, and 12 were developed to capture water backed up by the Waterman Fault that had been expressing from a sediment wedge that has been described as a meadow habitat (Geosciences Specialist Report, Botany Specialist Report). The removal of water that would feed the meadow area and the channel below the Waterman Fault would result in changes in nutrient or chemical levels in the vicinity of Boreholes 10, 11, and 12. The Existing Condition is rated as At-Risk. Under the Proposed Action, Boreholes 10, 11, and 12 will be shut in seasonally to provide perennial water from the Waterman Fault to the confluence with the main Strawberry Creek channel at an initial level of 20 gpm (subject to change following adaptive management testing). The modification of Boreholes 10, 11, and 12 will include water returning to the channel in a fashion that does not accelerate sediment and can provide for natural background levels of nutrients. Taken together, these changes will alter this indicator to Good.

Water Quantity – The Existing Condition does not operate Boreholes 10, 11, and 12 to partially mimic the natural hydrograph associated with these groundwater locations, so the current rating is Poor (Impaired). Under the Proposed Action, Boreholes 10, 11, and 12 will be shut in seasonally to provide perennial water from the Waterman Fault to the confluence with the main Strawberry Creek channel at an initial level of 20 gpm (subject to change following adaptive management testing), which will provide water for Forest resources. The modification of Boreholes 10, 11, and 12 will result in water returning to the channel that will maintain base flows and partially mimic the natural hydrograph. Taken together, these changes will alter this indicator to At-Risk.

Habitat Fragmentation – The Existing Condition at Boreholes 10, 11, and 12 has partially dewatered the channel and made it intermittent from downgradient of the Waterman fault to the confluence with the main channel of Strawberry Creek. As the information provided by the permittee indicates that Boreholes 10, 11, and 12 always produces some water, the natural condition would be locally perennial. The existing rating is At-Risk (25%-95% of habitat connected). Under the Proposed Action, Boreholes 10, 11, and 12 will be shut in seasonally to provide perennial water from the Waterman Fault to the confluence with the main Strawberry Creek channel at an initial level of 20 gpm (subject to change following adaptive management testing). Providing a continuous perennial flow from the borehole location to the confluence with the mainstem of Strawberry Creek will alter the aquatic habitat connectivity and result in this indicator moving to Good.

Aquatic Life Form presence – The Existing Condition at Boreholes 10, 11, and 12 has partially dewatered the channel and made it intermittent from downgradient of the Waterman fault to the confluence with the main channel of Strawberry Creek, reducing the opportunity for aquatic life forms, such as benthic macroinvertebrates, from having success throughout the reach. As the information provided by the permittee indicates that Boreholes 10, 11, and 12 always produces some water, the natural condition would be locally perennial. The existing rating is At-Risk. Under the Proposed Action, Boreholes 10, 11,

37

000601

and 12 will be shut in seasonally to provide perennial water from the Waterman Fault to the confluence with the main Strawberry Creek channel at an initial level of 20 gpm (subject to change following adaptive management testing). Providing a continuous perennial flow from the borehole location to the confluence with the mainstem of Strawberry Creek will increase the ability for aquatic life forms to have success and result in this indicator moving to Good.

Riparian Vegetation – The Existing Condition at Boreholes 10, 11, and 12 has partially dewatered the channel and made it intermittent from downgradient of the Waterman fault to the confluence with the main channel of Strawberry Creek, reducing the diversity of native riparian vegetation compared to the potential in a perennial system. As the information provided by the permittee indicates that Boreholes 10, 11, and 12 always produces some water, the natural condition would be locally perennial. The existing rating is Poor (Impaired). Information from field checks indicates that riparian dependent vegetation is present just downstream of the sediment wedge/meadow, but that a broader riparian vegetative community is not supported to the confluence with the mainstem of Strawberry Creek. Under the Proposed Action, Boreholes 10, 11, and 12 will be shut in seasonally to provide perennial water from the Waterman Fault to the confluence with the main Strawberry Creek channel at an initial level of 20 gpm (subject to change following adaptive management testing). Providing a continuous perennial flow from the borehole location to the confluence with the mainstem of Strawberry Creek will move the rating to At-Risk for this indicator.

Soils – The current design of the Boreholes 10, 11, and 12 extraction location sufficiently protects from soil erosion resulting in an Existing rating of Good. Nothing in the Proposed Action will reduce the level of vegetative cover that prevents soil erosion. The rating will remain Good.


## Transmission Pipeline

The Transmission Pipeline is generally located outside the riparian conservation area (RCA), allowing for a buffer to exist between maintenance activities and the channel. There are locations where the pipeline is close enough to the channel that maintenance activities do cause and will cause sediment to travel downslope and enter the channel.  Under the Proposed Action, BMPs will be utilized to prevent sediment delivery to the channel when monitoring and maintenance activities are conducted.

Another design criteria includes making sure that water is not spilled at the private land water tank fill station. A system will be installed to ensure that water will not be extracted in excess of storage capacity. This system will make sure the water does not discharge to the natural system in a way that promotes erosion and sediment delivery to the channel.

Water Quality – The Existing Condition for this indicator is At-Risk because there are known instances when maintenance and use of the facilities has resulted in delivery of sediment to the channels that has altered the local water quality. Under the Proposed Action, implementation of BMPs to prevent sediment delivery to the channels will move this indicator to Good.

Water Quantity – N/A
Habitat Fragmentation – N/A
Aquatic Life Form presence – N/A
Riparian Vegetation – N/A

38

Soils – The Existing Condition for this indicator is At-Risk because there are known instances when maintenance and use of the facilities has resulted in localized soil erosion. Under the Proposed Action, implementation of BMPs to reduce soil erosion and will move this indicator to Good.

## Landing Areas and Access Trails

Water Quality – The Existing Condition for this indicator is Good because the landing area and access trails have sufficient vegetative cover and are located sufficiently far from channels that no sediment is being delivered to the channels. Nothing in the Proposed Action will alter the requirements to maintain sufficient vegetative buffers to prevent sediment delivery. This indicator will remain Good.

Water Quantity – N/A
Habitat Fragmentation – N/A
Aquatic Life Form presence – N/A
Riparian Vegetation – N/A

Soils – The Existing Condition for this indicator is At-Risk because there are known instances when maintenance and use of the facilities has resulted in localized soil erosion. Under the Proposed Action, implementation of BMPs to reduce soil erosion and will move this indicator to Good.

## *Cumulative Effects*

## Rimforest Storm Drain Project

The proposed project would restore runoff from its current flowpath through the community of Rimforest and outlet at the landslide area in southern Rimforest, into a new flow-path comprised of channels and pipeline to the north of SR-18, with an outlet into Little Bear Creek on approved property. In re-directing this runoff, the proposed project would result in runoff flowing into the Mojave River Watershed instead of the Santa Ana River Watershed.

With development of the storm drain systems and attenuation basin(s), the proposed project would restore a total of approximately 100 acre-feet per year into Little Bear Creek (MBA, 2010).

The analysis (DEIR September 2016 page 3.6-15, FEIR March 2017) indicates that groundwater infiltration will decrease by an average of up to 9% to the project area.

This reduction in groundwater infiltration could affect the recharge in the project area along multiple faults and lineaments (see maps in Geosciences Specialist Report, 2017). The reduction in infiltration could affect the amount of water available for extraction.

## Watershed Condition Classification

The WCC system consists of 12 watershed condition indicators that have one or more attributes. Six of the Indicators were analyzed in this analysis. There will be a design criteria for the control of terrestrial invasive species as well.

000603

| WCC Indicator | Existing Condition | Proposed Action |
|---|---|---|
| Water Quality | At-Risk | Good |
| Water Quantity | Poor | At-Risk |
| Aquatic Habitat | Poor | At-Risk |
| Aquatic Biota | Poor | At-Risk |
| Riparian Vegetation | Poor | At-Risk |
| Roads and Trails | At-Risk | At-Risk |
| Soils | At-Risk | Good |
| Fire Regime | Poor | Poor |
| Forest Cover | Good | Good |
| Non-forest cover | At-Risk | At-Risk |
| Terrestrial Invasive Species | At-Risk | At-Risk |
| Forest Health | At-Risk | At-Risk |
| **Overall** | **Impaired Function** | **Functioning At-Risk** |

Under the Existing Condition, the overall watershed condition for the East Twin Creek watershed (#180702030505) is Impaired Function. The extraction of water under the existing permit does not follow Standard 46 of the Forest LMP, which requires protection of current and reasonably foreseeable future needs of forest resources. Implementation of the Proposed Action will return water to three of the channels in the watershed, providing for habitat connectivity, aquatic biota, improved riparian vegetation, and reduction in erosion. Overall these changes will move the watershed condition up one level to Functioning At-Risk.

# Regulatory Framework

## *Land Management Plan*

### Part 2:
Appendix B describes the detailed program strategies that the national forest may choose to make progress toward achieving the desired conditions and goals discussed in Part 1. The national forest will prioritize which strategies will be brought forward in any given year using the program emphasis objectives, national and regional direction, and available funding.

**WAT 1 – Watershed Function:** Protect, maintain and restore natural watershed functions including slope processes, surface water and groundwater flow and retention, and riparian area sustainability:

- Assess the impacts of existing or proposed groundwater extraction and tunneling projects and proposals in order to assure that developments will not adversely affect aquatic, riparian or upland ecosystems.
- Manage Riparian Conservation Areas (RCAs) to maintain or improve conditions for riparian dependent resources. Riparian conservation areas include aquatic and terrestrial ecosystems and lands adjacent to perennial and intermittent streams, as well as around meadows, lakes, reservoirs, ponds, wetlands, seeps, and springs and other water bodies. Riparian dependent resources are those natural resources that owe their existence to the area, such as fish, amphibians, reptiles, fairy shrimp, aquatic invertebrates, plants, birds, mammals, soil and water quality.
- Achieve and maintain natural stream channel conductivity, connectivity and function.

**WAT 2 – Water Management:** Manage groundwater and surface water to maintain or improve water quantity and quality in ways that minimize adverse effects over the long-term:

000604

- Assess impacts of existing and proposed groundwater extractions and tunneling projects and proposals to assure that developments will not adversely affect aquatic, riparian or upland ecosystems and other uses, resources or rights
- Protect and improve water quality by implementing best management practices and other project-specific water quality protection measures for all national forest and authorized activities. Include appropriate conservation and water quality mitigation measures in the review response when reviewing non-forest water-related projects that may affect forest resources.
- Identify the need for and encourage the establishment of water releases, for current and future use, to maintain instream flow needs including channel maintenance, and to protect and eliminate impacts on riparian dependent resources.
- Monitor water development projects to ensure that instream flows are meeting riparian dependent resource needs.
- To maintain or improve habitat containing threatened, endangered, proposed, candidate, and sensitive species coordinate activities with CDF&G, NOAA Fisheries, USFWS, State Water Resource Control Board and other appropriate agencies involved in recommending instream flow and surface water requirements for waterways.
- Cooperate with federal, tribal, state and local governments and private entities to secure the instream flow needed to maintain, recover, and restore riparian dependent resources, channel conditions and aquatic habitat.

**Part 3:**
The San Bernardino Land Management Plan includes the following relevant standards:

**S45:** All construction, reconstruction, operation and maintenance of tunnels on National Forest System lands shall use practices that minimize adverse effects on groundwater aquifers and their surface expressions.

**S46:** Surface water diversions and groundwater extractions, including wells and spring developments will only be authorized when it is demonstrated by the user, and/or agreed to by the Forest Service, that the water extracted is excess to the current and reasonably foreseeable future needs of forest resources.

- Consideration of beneficial uses, existing water rights, and the absence of other available water sources will be part of the water extraction application.
- Approved extractions and diversions will provide for long-term protection and reasonable use of surface water and groundwater resources.
- Feasibility and sustainability assessments should be appropriately scaled to the magnitude of the extraction or diversion proposed.

**S47:** When designing new projects in riparian areas, apply the Five-Step Project Screening Process for Riparian Conservation Areas as described in Appendix E - Five-Step Project Screening Process for Riparian Conservation Areas

## _Federal Law_

## __Federal Water Pollution Control Act of 1972, as amended (Clean Water Act)__
This series of laws establishes goals, policies, and procedures for maintaining and improving the Nation's waters. It addresses both point and nonpoint sources of pollution and establishes or requires programs for

000605

controlling both sources of pollution. Section 208 requires area-wide waste-treatment management plans and water-quality management plans for nonpoint sources of pollution. The act established specific roles for Federal, State and local authorities in the regulation, enforcement, planning, control and management of water pollution. Section 313 requires Federal agencies to comply with water-quality regulations of state and local governments.

The appropriate site-specific National BMPs (USDA USFS, FS-990a, April 2012) will be applied to the operation and maintenance of the pipeline, helispots, trails, roads, etc. such as those BMPs in the Facilities and Nonrecreation Special Uses Management Activities, Operations in Aquatic Ecosystems, Water diversions and conveyances, and Road Management Activities categories.

The project area is within the jurisdiction area of the Santa Ana Regional Water Quality Control Board. The Forest Service maintains close communication with through consultation with staff. To the extent that the Water Board will require conditions of the permittee, the Forest Service permit will require that all local law and ordinances are followed.

## Watershed Protection and Flood Prevention Act of 1954

This act establishes policy that the Federal Government should cooperate with states and their political subdivisions, soil or water conservation districts, flood prevention or control districts, and other local public agencies for the purposes of preventing erosion, floodwater, and sediment damages in the watersheds of the rivers and streams of the United States; furthering the conservation, development, utilization, and disposal of water, and the conservation and utilization of land; and thereby preserving, protecting, and improving the Nation's land and water resources and the quality of the environment.

Interaction with the Santa Ana Regional Water Quality Control Board insures that this project meets erosion prevention objectives.

## *Executive Orders*

## EO 11988 Floodplain Management (1977) and 11990 Protection of Wetlands (1977)

These Executive Orders direct federal agencies to avoid to the extent possible the impacts associated with the destruction or modification of floodplains and wetlands. Agencies are directed to avoid construction and development in flood plains and wetlands whenever there are any feasible alternatives.

The proposed action does not propose any development in any floodplains or wetlands. The instream flow requirements will support the natural floodplains and could support wetland formation.

## *State and Local Law*

## Porter-Cologne Act (California State Water Quality Act)

The California Water Code consists of a comprehensive body of law that incorporates all state laws related to water, including water rights, water developments, and water quality.  The laws related to water quality include Sections 13000 to 13485, which apply to waters on the national forests and are directed at protecting the beneficial uses of water.  Of particular relevance for the proposed action is Section 13369, which deals with nonpoint-source pollution and best management practices.

42

000606

The Porter-Cologne Act, (as amended in 2006), is included in the California Water Code. This act provides for the protection of water quality by the State Water Resources Board and the Regional Water Quality Control Boards, which are authorized by the US Environmental Protection Agency (US EPA) to enforce the Clean Water Act of California. Section 13263 of the Porter Cologne Act requires compliance with the Provisions of the Federal Water Pollution control Act as amended in 1972 (also known as the CWA) and preparation of a Pollution Prevention Plan for all projects.

All water bodies meeting quality standards for domestic use are listed as municipal sources by the regional water quality control boards (State of California, 1995) with the exceptions of waters with total dissolved solids >3000 mg/L or there is contamination that cannot be reasonable treated.

## Regional Water Quality Control Board Requirements

The Basin Plan, Chapter 4, Water Quality Objectives indicate the requirements for East Twin and Strawberry Creeks. Table 4-1 only has a Total Dissolved Solids (TDS) objective of 475 mg/L. No other objectives are noted.

However, the State of California does have an Anti-Degradation Policy. The regulations implementing the Clean Water Act (40 CFR 131.6; 131.12(a)) require that each state develop and adopt a statewide antidegradation policy. In California, this requirement is satisfied by SWRCB Resolution No. 68-16, the "Statement of Policy with Respect to Maintaining High Quality Waters of California." The SWRCB policy requires the continued maintenance of existing high quality waters unless there is a demonstration that: (1) allowing some degradation is consistent with the maximum benefit to the people of the state; and (2) that such degradation would not unreasonably affect existing or potential beneficial use.

Actions which may adversely affect surface water quality must satisfy both Resolution No. 68-16 and the federal antidegradation policy (40 CFR 131.12). The requirements of the two policies are similar: the federal policy requires that existing instream uses and the level of water quality necessary to protect them must be maintained and protected. In addition, a reduction in water quality can be allowed only if there is a demonstration that such a reduction is necessary to accommodate important economic or social development.

## State Water Rights

Excerpts from: http://www.waterboards.ca.gov/waterrights/board_info/water_rights_process.shtml

A water right is a legal entitlement authorizing water to be diverted from a specified source and put to beneficial, nonwasteful use. Water rights are property rights, but their holders do not own the water itself. They possess the right to use it. The exercise of some water rights requires a permit or license from the State Water Resources Control Board (State Water Board), whose objective is to ensure that the State's waters are put to the best possible use, and that the public interest is served.

Water right permits carefully spell out the amounts, conditions, and construction timetables for the proposed water project. Before the Board issues a permit, it must take into account all prior rights and the availability of water in the basin. The Board considers, too, the flows needed to preserve instream uses such as recreation and fish and wildlife habitat. Records of water appropriation and use statewide are maintained by the State Board's Division of Water Rights.

The California Supreme Court decided in the 1903 case Katz v. Walkinshaw that the "reasonable use" provision that governs other types of water rights also applies to ground water. Prior to this time, the English system of unregulated ground water pumping had dominated but proved to be inappropriate to

43

California's semiarid climate. The Supreme Court case established the concept of overlying rights, in which the rights of others with land overlying the aquifer must be taken into account. Later court decisions established that ground water may be appropriated for use outside the basin, although appropriator's rights are subordinate to those with overlying rights.

Under the public trust doctrine, certain resources are held to be the property of all citizens and subject to continuing supervision by the State. Originally, the public trust was limited to commerce, navigation and fisheries, but over the years the courts have broadened the definition to include recreational and ecological values. In a landmark case, the California Supreme Court held that California water law is an integration of both public trust and appropriative right systems, and that all appropriations may be subject to review if "changing circumstances" warrant their reconsideration and reallocation. [*Though not stated, this could refer to National Audubon Society v. Superior Court, 658 P.2d 709 (Cal. 1983).*] The courts also have concurrent jurisdiction in this area. At the same time, it held that like other uses, public trust values are subject to the reasonable and beneficial use provisions of the California Constitution.

The State Board also is responsible for investigating possible illegal, wasteful or unreasonable uses of water, either in response to a complaint or on the State Board's own initiative. If the State Board's staff investigation determines that a misuse of water is occurring, the Board generally notifies the affected persons and allows a reasonable period of time to terminate the misuse. The State Board may also hold a hearing to determine if a misuse of water has occurred or is occurring. Water users who do not terminate a misuse of water are subject to various administrative enforcement measures including possible fines and revocation of a permit or license. In appropriate cases, the State Board may also seek judicial relief in the courts.

## Summary of Environmental Effects Table

| Attribute | Sub-area | Existing Rating | Proposed Action Rating |
|---|---|---|---|
| Water Quality | Tunnel 2 | **Good** | **Good** |
| | Tunnel 3 | **At-Risk** | **Good** |
| | Boreholes 1, 1A, 8 | **At-Risk** | **Good** |
| | Boreholes 7, 7A, 7B, 7C | **At-Risk** | **At-Risk** |
| | Boreholes 10, 11, 12 | **At-Risk** | **Good** |
| | Transmission Pipeline | **At-Risk** | **Good** |
| | Landing areas and access trails | **Good** | **Good** |
| | Overall | **At-Risk** | **Good** |
| Water Quantity | Tunnel 2 | **Poor** | **Poor** |
| | Tunnel 3 | **Poor** | **At-Risk** |
| | Boreholes 1, 1A, 8 | **Poor** | **At-Risk** |
| | Boreholes 7, 7A, 7B, 7C | **Poor** | **Poor** |
| | Boreholes 10, 11, 12 | **Poor** | **At-Risk** |
| | Transmission Pipeline | **N/A** | **N/A** |
| | Landing areas and access trails | **N/A** | **N/A** |
| | Overall | **Poor** | **At-Risk** |
| Habitat Fragmentation | Tunnel 2 | **Poor** | **Poor** |
| | Tunnel 3 | **Poor** | **At-Risk** |
| | Boreholes 1, 1A, 8 | **Poor** | **At-Risk** |

000608

| | Boreholes 7, 7A, 7B, 7C | Poor | Poor |
|---|---|---|---|
| | Boreholes 10, 11, 12 | At-Risk | Good |
| | Transmission Pipeline | N/A | N/A |
| | Landing areas and access trails | N/A | N/A |
| | Overall | Poor | At-Risk |
| Aquatic Life Form | Tunnel 2 | Poor | Poor |
| | Tunnel 3 | Poor | At-Risk |
| | Boreholes 1, 1A, 8 | Poor | At-Risk |
| | Boreholes 7, 7A, 7B, 7C | Poor | Poor |
| | Boreholes 10, 11, 12 | At-Risk | Good |
| | Transmission Pipeline | N/A | N/A |
| | Landing areas and access trails | N/A | N/A |
| | Overall | Poor | At-Risk |
| Riparian Vegetation | Tunnel 2 | Poor | At-Risk |
| | Tunnel 3 | Poor | At-Risk |
| | Boreholes 1, 1A, 8 | Poor | At-Risk |
| | Boreholes 7, 7A, 7B, 7C | Poor | Poor |
| | Boreholes 10, 11, 12 | Poor | At-Risk |
| | Transmission Pipeline | N/A | N/A |
| | Landing areas and access trails | N/A | N/A |
| | Overall | Poor | At-Risk |
| Soils/Erosion | Tunnel 2 | Good | Good |
| | Tunnel 3 | At-Risk | Good |
| | Boreholes 1, 1A, 8 | At-Risk | Good |
| | Boreholes 7, 7A, 7B, 7C | At-Risk | Good |
| | Boreholes 10, 11, 12 | Good | Good |
| | Transmission Pipeline | At-Risk | Good |
| | Landing areas and access trails | At-Risk | Good |
| | Overall | At-Risk | Good |

45

000609

# References

ANSI/ASABE Standard S623, Determining Landscape Plant Water Requirements. 2015.

Bearmar, M. 2017. Geo-Sciences Specialist Report: Reissuance of Nestle Waters North America Special Use Permit.

Bouwer, H. 1978. Groundwater Hydrology. McGraw-Hill Series in Water Resources and Environmental Engineering. 480 pp.

County of San Bernardino. 2016. DEIR Rimforest Storm Drain Project. http://cms.sbcounty.gov/Portals/50/public_notices/RimForest/Rimforest_NOC_NOA.pdf?ver=2015-11-25-140837-240

County of San Bernardino Public Works. 2017. FEIR Rimforest Storm Drain Project. http://cms.sbcounty.gov/Portals/50/public_notices/Rimforest/Rimforest-Final-EIR.pdf

Crippen, J.R. 1965. Natural Water Loss and Recoverable Water in Mountain Basins of Southern California. US Geological Survey. Professional Paper 417-E.

Ernesto Franco-Vizcaino, Martin Escoto-Rodriguez , Joaquin Sosa-Ramirez & Richard A. Minnich. 2002. Water Balance at the Southern Limit of the Californian Mixed-Conifer Forest and Implications for Extreme-Deficit Watersheds, Arid Land Research and Management, 16:2, 133-147, DOI: 10.1080/153249802317304431 (http://www.tandfonline.com/doi/pdf/10.1080/153249802317304431?needAccess=true)

Hewlett, J.D. 1982. Principles of Forest Hydrology. University of Georgia Press. 183 pp.

Jowett, I.G. 1997. Instream Flow Methods: A Comparison of Approaches. REGULATED RIVERS: RESEARCH & MANAGEMENT, VOL. 13, 115–127 (1997).

Nelson, D. 2017. Botany Report, Biological Assessment/Biological Evaluation and Invasive Weed Risk Assessment for Reissuance of Nestle Waters North America Special Use Permit.

Santa Ana Regional Water Quality Control Board. Basin Plan. http://www.waterboards.ca.gov/santaana/water_issues/programs/basin_plan/index.shtml

Snyder, R.L. 2014.  Irrigation scheduling: Water balance method. http://biomet.ucdavis.edu/irrigation_scheduling/bis/ISWBM.pdf

Tennant, D.L. 1976. Instream Flow Regimens for Fish, Wildlife, Recreation and Related Environmental Resources, Fisheries, 1:4, 6-10, DOI: 10.1577/1548-8446(1976)001<0006:IFRFFW>2.0.CO;2

URS. 2002. Hydrogeologic Investigation: Strawberry Creek Watershed. San Bernardino County, CA. URS – Dames & Moore Project No. 36665-029-112.

USDA Forest Service. 2004. Watershed Protection and Management. Forest Service Manual FSM 2520, Washington, D.C., 44 pp.

000610

USDA Forest Service. 2006. San Bernardino National Forest Land Management Plan. https://www.fs.usda.gov/wps/portal/fsinternet/cs/main/!ut/p/z1/04_Sj9CPykssy0xPLMnMz0vMAfIjo8zijQwgwNHCwN_DI8zPwBcqYKAfDlZggAM4GuhHEaMfj4Io_MaH60dhtSLMB2ECITMKckMjDDIdFQEHHRNG/dz/d5/L2dBISEvZ0FBIS9nQSEh/?position=BROWSEBYSUBJECT&pname=San%20Bernardino%20National%20Forest-%20Planning&navtype=BROWSEBYSUBJECT&ss=110512&pnavid=130000000000000&navid=130100000000000&ttype=main&cid=FSE_003756

USDA Forest Service. 2007. Technical Guide to Managing Ground Water Resources. FS-881. 281 pp.

USDA Forest Service. 2011. Watershed Condition Classification Technical Guide. FS-978. https://www.fs.fed.us/biology/resources/pubs/watershed/maps/watershed_classification_guide2011FS978.pdf

USDA Forest Service. 2012. National Best Management Practices for Water Quality Management on National Forest System Lands. Volume 1: National Core BMP Technical Guide. FS-990a. https://www.fs.fed.us/biology/resources/pubs/watershed/FS_National_Core_BMPs_April2012.pdf

Williams, J. E., C. A. Wood and M. P. Dombeck, editors. 1997. Watershed Restoration: Principles and Practices. American Fisheries Society, Bethesda, Maryland.

Yount, J. D. and G. J. Niemi. 1990. Recovery of lotic communities and ecosystems from disturbance – a narrative case study. Environmental Management 14:547-570.

000611