Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC. | Case No.: 5:24-cv-01336-JGB-DTB |
| Plaintiff, | |
| vs. | **DECLARATION OF HUGH BIALECKI** |
| UNITED STATES FOREST SERVICE, *et al.*, | Date: March 9, 2026
Time: 9:00 a.m.
Judge: Hon. Jesus G. Bernal
Dept: Courtroom 1, Riverside |
| Defendants. | Action Filed: June 25, 2024
Trial Date: March 31, 2026 |

I, Hugh Bialecki, under penalty of perjury, do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am the President of a volunteer 501(c)(3) organization, Save Our Forest Association, Inc. ("SOFA"), which is the largest grassroots environmental organization focused on maintaining the quality of life in the San Bernardino Mountains and preserving its natural resources. Since 1988 SOFA has worked with the United States Forest Service ("USFS"), the State of California, County of San Bernardino, and local agencies to shape environmental actions and land use decisions in our local mountains.

3. SOFA is the plaintiff in the instant case, having sued the USFS in the Central District of California seeking to declare the USFS issuance of special use permits ("SUPs") to BlueTriton Brands, Inc. ("BTB") for a right-of-way to use and occupy the San Bernardino National Forest ("SBNF") with infrastructure to divert and extract water from Strawberry Canyon as decisions violating the Administrative Procedure Act for being not in accordance with the National Environmental Policy Act, Federal Land Policy and Management Act, and National Forest Management Act; to enjoin the USFS from allowing the continued diversion of water from Strawberry Canyon by BTB; and to begin the restoration of the canyon.

4. SOFA has received personal reports of property owners in Twin Peaks, adjacent to Strawberry Canyon, that their well outputs have diminished in the last several years—likely due to the combination of water diversions from Strawberry Creek and the prolonged Southern California drought conditions. Local hikers have experienced trails becoming impassable with chaparral vegetation overgrowing parts of Strawberry Canyon that would have a more open landscape with riparian habitat reestablished.

5. SOFA's position, carefully formed through consultation with retired USFS personnel and literature review, is that healthy, well-watered riparian areas are critical to fire suppression and resource and community protection. Many SOFA members live in mountaintop communities right above Strawberry Creek. The east-west orientation of Strawberry Creek offers significant fire protection characteristic if the riparian area is lush and healthy. But, if Strawberry Creek is dewatered, the literature, professional opinion, and local historical fires bear out the fact that fires will act as if the riparian zone is all upland and roar right through. In 2003, the Old Fire burned up a dewatered Strawberry Caynon to within a few feet of a critical communication network on Strawberry Peak, nearly destroying infrastructure for Sheriffs, Fire Departments, California Highway Patrol and others.

6. A well-watered riparian area can slow the fire, allow for more timely and safer suppression and help protect resources and residents.

7.  As long ago as 2015, SOFA, along with our local Sierra Club and the Audubon Society, attempted to organize a meeting with USFS and Nestlé/Arrowhead Springs Water Company (BTB's predecessor) to discuss the then long expired SUPs to use and occupy the SBNF with water diversion and extraction infrastructure. Our concern was and is the continued water extraction and its resultant ecological stress on streams and associated habitat in the face of chronic drought conditions. In the very recent past, San Bernardino has lost a million pine trees due to drought and the western pine beetle has exploded with warmer winters and minimal snow/rainfall.

8.  The most urgent concern with dewatering local groundwater supplies is Strawberry Creek below the community of Rim Forest along Scenic Highway 18, and nearby Deep Creek, a designated Wild and Scenic River. Both streams had historically been dewatered under long expired permits, despite the needs of endangered species within their habitat (least Bell's vireo, spotted owl, and southwestern willow flycatcher). We have repeatedly urged the Forest Service to evaluate the condition of Strawberry Creek and Deep Creek to address deterioration of habitat due to chronic water removal. We have been invited by the USFS to engage in restoration efforts in Strawberry Canyon, which we welcome and have taken every opportunity to participate in. Restoration of a riparian zone is futile without water.

9. Between April 2021, and September 2023, SOFA actively participated in the administrative hearing of the California State Water Resources Control Board ("SWRCB") Administrative Hearing Office regarding the Cease and Desist Order WR 2023-0042 issued to BTB.

10. In February of 2018, SOFA corresponded with the SWRC supporting the Report of Investigation, INV 8217 ("ROI"), in response to numerous complaints regarding Nestlé water rights made between April of 2015 and September of 2017. We supported the contention that "Nestlé claimed several poorly defined bases of right, but none of these claims are supported by evidence provided or found by Division staff."

11. I am aware that the San Manuel Band of Mission Indians ("**Nation**" or "**Tribe**") purchased all or a portion of the property formerly owned by Campus Crusade for Christ, which includes the Old Arrowhead Hotel ("**Hotel Property**"), and that BTB has for many years, and apparently continues to deliver some portion of its water to the Hotel Property.

12. Attached as **Exhibit 1** is a February 10, 2022, letter from the Nation to Alan B. Lilly, Presiding Hearing Officer at the Administrative Hearings Office of the SWRCB, denying the request from the Hearing Officer for the Arrowhead Springs Hotel Property to be accessed for a site visit in 2022. The Chairman Kenneth Ramirez wrote: "I appreciate your acknowledgment that the San Manuel

1 Band of Mission Indians ("Tribe") is not a party to the ongoing proceedings,
2 neither is it subject to the jurisdiction of the SWRCB, nor is it subject to any order
3 the SWRCDB Board may adopt."
4     13. I have led, and been a party to, numerous hikes inspecting the
5 headwaters of Strawberry Creek and the BTB water diversion and extraction
6 infrastructure at sites 1, 2, 3, 7, 8, 10, 11, and 12, including the SWRCB site visit
7 on February 16-17, 2022, and most recently on January 12, 2026. Strawberry
8 Canyon continues to this day to be in a severely dewatered state, posing a serious
9 wildfire risk to the nearby mountain communities, as occurred during the Old Fire
10 in 2003. Restoring the natural flow of the springs of Strawberry Creek would
11 rewater the canyon, reducing fire risk to the mountain communities and to the
12 Hotel Property owned by the Nation since 2016. Restoring Strawberry Creek by
13 terminating all existing water diversion through the BTB infrastructure will likely
14 also increase groundwater levels at the adjacent Hotel Property and improve the
15 productivity of the seven groundwater wells located there.
16     14. The Local Agency Formation Commission (LAFCO) of the County of
17 San Bernardino Resolution 2942 dated November 18, 2009, a true and correct copy
18 of which is attached hereto as **Exhibit 2**, made determinations on LAFCO 3050
19 and approved the annexation of the approximately 1,590 acres of the Arrowhead
20 Springs Hotel and its surrounding area into the City of San Bernardino. The City of
21

San Bernardino Municipal Water Department, the Campus Crusade for Christ, Inc., and Arrowhead Springs Corporation in August 2009 entered into an Agreement in Principle regarding the future delivery of domestic, irrigation, and recycled water and wastewater service to the property now owned by the Tribe. The San Bernardino County Fire Protection District was also detached and subsequent fire protection provided by the City of San Bernardino upon successful completion of this reorganization. I obtained Exhibit 2, as well as other LAFCO documents attached as exhibits to the Declaration of Rachel Doughty, filed herewith, from Rebecca Lowery, San Bernardino LAFCO, on November 15, 2024, in response to a California Public Records Act Request made by Anthony Serrano.

15. LAFCO completed a Certificate of Completion of the City of San Bernardino annexation of the subject property on February 11, 2010, which is attached to the Doughty Declaration filed herewith as Exhibit 1. There is no mention in the plans to develop the Arrowhead Hotel Property of reliance on any water supplied to the Arrowhead Springs Hotel Property from the San Bernardino National Forest, East Twin Creek, or Strawberry Creek.

16. The Tribe had nine years since when it acquired the Hotel Property to seek connection to the municipal water supply of the City of San Bernardino, only approximately 6,000 feet from their property line. ECF 65-5, p. 18.

17.     The September 19, 2023, SWRCB Cease and Desist Order WR 2023-0042 to BTB clearly communicated to all interested parties that any expectation of continued reliance upon water from Strawberry Canyon was tenuous.

18.     The December 11, 2023, letter to Chairwoman Lynn R. Valbuena of the Nation entitled "Letter Agreement Amending 80/20 Agreement during Interim Period" (ECF 65-8) clearly outlines the anticipated circumstances that would impact water diverted from the springs in Strawberry Canyon to the Tribe." However, the Proposed Complaint In-Intervention, Case No. 2:24-cv-09720-JGB-DTB makes no mention of this communication to the Tribe from BTB seven months prior to the July 27, 2024, Notice of Denial regarding BTB's 2024 SUP Renewal Application.

19.     The Tribe has had significant time since their acquisition of the Hotel Property—and likely awareness of the 2010 certification of annexation defining the delivery of domestic, irrigation, and recycled water and wastewater from the City of San Bernardino—to plan and execute the connection to municipal water supply and reduce reliance on the water diversions from Strawberry Canyon.

20.     The extraction recordation for the Arrowhead Drinking Water Company for 2023, a true and correct copy of which is attached hereto as **Exhibit 3**, was obtained from Syer Pinto, Principal Water Resources Analyst of the San Bernardino Valley Municipal Water District ("**SBVMWD**"). The record shows a

total of 319-acre feet (approximately 100 million gallons) were extracted or diverted in 2023. The extractions recordation for prior years, a true and correct copy of which is attached hereto as **Exhibit 4** and obtained from the SBVMWD, shows totals ranging from 102 to 211-acre feet (approximately 33 to 69 million gallons).

21. Based on the historic agreement between the owner of the Hotel Property and California Consolidated Water Company to deliver 20% of the water extracted from the canyon, the average assumed delivery to the Nation between 2016 and 2021 is approximately 30.7 acre feet per year, as shown in the table below:

| Year | Water Extracted (acre feet) | Assumed 20% Delivery to Nation |
|---|---|---|
| 2016 | 102 | 20.4 |
| 2017 | 144 | 28.8 |
| 2018 | 141 | 28.2 |
| 2019 | 211 | 42.2 |
| 2020 | 180 | 36 |
| 2021 | 143 | 28.6 |
| 2023 | 319 | 63.8 |

22. The records of BTB, obtained in a well report received from the USFS in response to a FOIA request, shows a total of 8,053,633 gallons (approximately 25-acre feet) for just April of 2024.

23. The Tribe seems to have options to replace the water obtained from BTB. It fully owns Del Rosa Mutual Water Company, the wells of which produced 1,900 acre feet in 2019.

24. On January 10, 2025, I spoke with SBVMWD General Manager Heather Dyer by phone regarding short term solutions to the stated need by the Tribe for water delivery to the Hotel Property. Ms. Dyer advised that the SBVMWD staff has reviewed the plan for an above ground water pipeline to deliver State Water Project untreated water to the Hotel Property as a "simple temporary solution" that is "very do-able," with an estimated time frame of less than six months to complete at an approximate cost of under $500,000. This above ground temporary pipeline would be durable enough to provide untreated water for multiple years while the Tribe is working on the connection to municipal water supply from the City of San Bernardino. Through this temporary connection, the SBVMWD would be able to provide the preliminary estimated need of approximately 100-acre feet to the Hotel Property. This untreated non-potable water could immediately be used for irrigation and fire suppression needs, and a portable water treatment system on-site could enable the water to be used for drinking water needs.

25. On October 7, 2025, the SBVMWD held a regular Board of Directors meeting. A true and correct copy of the minutes for that meeting is attached hereto

10
**DECLARATION OF HUGH BIALECKI**
5:24-cv-01336-JGB-DTB

1  as **Exhibit 5**, which I obtained from the SBVMWD website. The minutes reflect

2  that on October 7, 2025, the SBVMWD Board of Directors authorized their

3  CEO/General Manager to proceed with the design and construction of the

4  temporary service connection to the Hotel Property requested by the Nation. The

5  minutes reflect the temporary service connection would provide "a few hundred

6  acre-feet per year" to the Hotel Property.

7      26.    On January 9, 2026, I spoke with Leo Ferrando, Assistant Chief

8  Engineer at the SBVMWD assigned to the design and construction of the

9  temporary service connection to the Hotel Property. Mr. Ferrando informed me that

10  SBVMWD was nearing completion their portion of the temporary service

11  connection and expected to complete their portion of the connection by the end of

12  January or early February 2026.

13      27.    SOFA supports the July 27, 2024, Notice of Denial of BTB's 2024

14  SUP Renewal Application and objects to any further extensions of the January 15,

15  2025, termination of water diversions. SOFA looks forward to the restoration of

16  Strawberry Canyon in the SBNF.

17  ///

18  ///

19  ///

20  ///

21

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct. Executed this 2nd of February, 2026 in
3  Santa Cruz, California.

4

5  DocuSigned by:
   *Hugh A Bialecki*
   62C208ED5CE34EE...
6  Hugh Bialecki

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21