# EXHIBIT 3
# 2023 Extraction Record

| San Bernadino Vallery Municipal Water District - Western Municipal Water District Production Data By Owner | | | | |
|---|---|---|---|---|
| Recordation Number | State Well Number | Local Designation | Statement Received | 2023 Use (AF) |
| **ARROWHEAD DRINKING WATER COMPANY** | | | | |
| STRAWBERRY BASIN | | | | |
| 3600476 | 02N/03W-30L01S | SPRING 1 | 3/7/2024 | **48** |
| 3600477 | 02N/03W-30L03S | SPRING 2 | 3/7/2024 | **81** |
| 3600478 | 02N/03W-30L04S | SPRING 3 | 3/7/2024 | **65** |
| 3600480 | 02N/03W-30R01S | SPRING 7A | 3/7/2024 | **12** |
| 3600481 | 02N/03W-30Q02S | SPRING 7B | 3/7/2024 | **20** |
| 3600482 | 02N/03W-30L02S | SPRING 8 | 3/7/2024 | **49** |
| 3601986 | 02N/03W-30Q03S | SPRING 7C | 3/7/2024 | **0** |
| 3602800 | 02N/03W-31G02S | SPRING 10 | 3/7/2024 | **12** |
| 3602856 | 02N/03W-31G01S | SPRING #12 | 3/7/2024 | **4** |
| 3602857 | 02N/03W-30J01S | #7 | 3/7/2024 | **28** |
| 3602894 | 02N/03W-31G | #11 | 3/7/2024 | **0** |
| **TOTALS FOR ARROWHEAD DRINKING WATER COMPANY** | | | | **319** |