# Exhibit 5
October 2025 SBVMWD Board Meeting

# MINUTES OF THE REGULAR BOARD MEETING
## SAN BERNARDINO VALLEY MUNICIPAL WATER DISTRICT

### October 7, 2025

**Directors Present**: Gil J. Botello, T. Milford Harrison, Paul R. Kielhold, Susan Longville, and Jose Velasquez

**Directors Absent:** None

**Staff Present**:
Heather Dyer, MS, MBA – Chief Executive Officer/General Manager
Wen B. Huang, PE, MS – Assistant General Manager/Chief Operating Officer
Jose Macedo, ML, CPT-P (USA Retired) – Chief of Staff/Clerk of the Board
Michael Plinski, PE – Chief of Water Resources

Dan Borell, GISP – Geospatial Services Program Manager
Leo Ferrando, PE – Assistant Chief Engineer
Anthony Flordelis – Business Systems Analyst
Greg Herzog, BS Geology – Principal Water Resources Analyst
Sayer Pinto, MBA – Principal Water Resources Analyst
Karen Resendez, MAOL — Human Resources & Risk Manager
Alliah Smith – Senior Administrative Assistant
Andreea Tanase, MPA - Administrative Analyst I
Francisco Wences – Assistant Engineer
Stephanie Chesin – Senior Strategic Communications Specialist
Kelly Malloy, MPA – Strategic Communications Manager
Joanna Gibson, MS – Executive Director Upper SAR Habitat Conservation Program
Adekunle Ojo, MPA – Manager of Integrative Planning

Scott Heil, Varner & Brandt
Meredith Nikkel, Downey Brand

**Members of the Public in Attendance:**
James Morales, East Valley Water District
Ron Coats, East Valley Water District
Mark Falcone, San Bernardino Valley Water Conservation District
Jennifer Ares, Yucaipa Valley Water District
Melody McDonald, San Bernardino Valley Water Conservation District
John Longville, San Bernardino Valley Water Conservation District
Allison Edmisten, Yucaipa Valley Water District
Michah Knox, Yucaipa Valley Water District
Michael Moore, East Valley Water District
Steve Miller, San Bernardino Municipal Water Department

Kelvin Moore, West Valley Water District
Samantha Stillwell, Yuhaaviatam of San Manuel Nation
Marios Ignelis, Yuhaaviatam of San Manuel Nation
Mario Lopez, Yuhaaviatam of San Manuel Nation
Anna Hohag, Yuhaaviatam of San Manuel Nation
Erin LaCombe, CV Strategies
Laurence Phillips, Procopio
Justin Castruita, Fontana Water Company
Cheyenne Sanders

The regular meeting of the Board of Directors was called to order by President Harrison at 2:00 p.m. Director Botello led the Pledge of Allegiance. A quorum was noted present by roll call.

President Harrison pointed out the new sign behind the dais and thanked staff for the work in producing it. He also offered commendations on the recent Oroville Dam trip.

**Agenda Item 1. Public Comment.** None.

**Agenda Item 2. Consent Calendar.**

**2.1) Approve Minutes of the Board of Directors Special Meeting – Policy/ Administration Workshop – August 7, 2025**

**2.2) Approve Minutes of the Board of Directors Special Meeting – Resources/ Engineering Workshop – August 12, 2025**

**2.3) Approve Minutes of the Regular Board of Directors Meeting – August 19, 2025**

**2.4) Approve Minutes of the Regular Board of Directors Meeting – September 2, 2025**

The Board of Directors approved the Consent Calendar by the following roll-call vote:

| MOVED: Vasquez | SECONDED: Longville | APPROVED 5-0 |
|---|---|---|
| AYES: | Botello, Harrison, Kielhold, Longville, Velasquez | |
| NOES: | None | |
| ABSTAIN: | None | |
| ABSENT: | None | |

**Agenda Item 3. Discussion and Possible Action Items.**

**3.1) Consider Request for Temporary Service Connection by the Yuhaaviatam of San Manuel Nation for the Arrowhead Springs Complex.**

Public Comment. Samantha Stillwell, representing the Yuhaaviatam of San Manuel Nation, requested the Board approve a temporary service connection. She described the location, noting that a temporary connection would improve fire protection for the area. She assured that the Nation is committed to full compliance with all regulations and standards.

Assistant Chief Engineer Leo Ferrando explained the Nation is currently cooperating with the City of San Bernardino Water Department to establish a permanent connection. However, the extension to reach the Nation is probably two to three years away, and in the interim the Nation is requesting a temporary potable connection per SBV Resolution 888. If approved, a Notice of Exemption will be filed for the service.

Mr. Ferrando highlighted terms which the Nation had acknowledged:
- The intended use is mainly for fire suppression and firefighting, but also for irrigation.
- The Nation has other backup sources and will not be relying solely on the State Water Project.
- The Nation would be responsible for payment of costs for the system connection.
- Water being supplied is raw, untreated water, and the Nation is responsible for treatment.

Mr. Ferrando explained the connection to the Foothill Pipeline, which would include SBV's installation of a flow meter and valve, and a few feet of pipeline, about seven to eight weeks of work. The capacity will be a few hundred acre-feet per year (1 cubic foot per second [cfs]).

Mr. Ferrando provided additional details about the system and temporary connection in response to Director Kielhold. He noted the Nation is currently working with the County to obtain permits and finalize the pipeline plans. The temporary pipeline would be above ground and easily removed by the Nation upon permanent connection.

Assistant General Manager/Chief Operating Officer Wen Huang added all the Nation's parcels indicated on the map were within SBV's service area, and have paid the ad valorem tax to the District.

Director Botello noted this concept began approximately two years ago, and acknowledged the due diligence in reaching a solution, along with the strengthening of relationships.

Director Kielhold reiterated that State Project Water is non-potable and is interruptible. President Harrison also acknowledged the partnership with the Nation and supported the opportunity to assist with the development and restoration of the Arrowhead campus.

The Board of Directors authorized the CEO/General Manager to proceed with the design and construction of a temporary service connection per the attached request by the Yuhaaviatam of San Manuel Nation pursuant to District's Resolution 888 by the following roll-call vote:

| MOVED: Botello | SECONDED: Velasquez | APPROVED 5-0 |
|---|---|---|
| AYES: | Botello, Harrison, Kielhold, Longville, Velasquez | |
| NOES: | None | |
| ABSTAIN: | None | |
| ABSENT: | None | |

**Agenda Item 4. Reports. (Discussion and Possible Action)**

**4.1) State Water Project Update.** Chief of Water Resources Michael Plinski noted the October 1 start of the new water year and reported on a Department of Water Resources (DWR) presentation on the 2025 prior water year. He highlighted that San Luis Reservoir is above its target water level, but Oroville is slightly below target as of this week.

Mr. Plinski also discussed:
- Invasive Golden Mussels were detected at Lake Silverwood in late August, and staff is working on a monitoring and response plan. SBV has consulted with experts and has taken a proactive approach with increased use of EarthTec product. Staff will meet with the San Gabriel Municipal Water District, which shares the Devil Canyon-Azusa pipeline regarding protection. In response to President Harrison, Mr. Plinski confirmed are two EarthTec dosing stations in the Foothill Pipeline and provided some detail on the mussel. CEO/General Manager Heather Dyer added detail about the efforts and noted that the EarthTec is working.

- Two shutdowns are scheduled for October: one for maintenance and one test pump from Diamond Valley Lake into the SBV system.

- Mr. Plinski explained the availability of "bonus" Article 21 water. DWR is discussing the possibility of Article 21 water and the potential loss at San Luis Reservoir as early as December if there is an above-normal or "wet" condition. Staff will discuss a strategy in preparation for that possibility. Director Harrison emphasized the importance of not losing any of that water.

- Ms. Dyer and Craig Miller of Western Municipal Water District were instrumental in the passage of SB 72. It requires the DWR to set measurable water supply targets including an interim goal by 2040, and a long-term planning target by 2050, and to update the California Water Plan to address impacts from climate change. The State Water Contractors sent a letter to the Governor thanking him and requesting continued support.

- Sites Reservoir: The Project Authority continues to move forward, working on several aspects of the process. Mr. Huang will participate in the panel for selection of the Construction Manager at Risk (CMAR). A consultant for mitigation management will be hired. President Harrison asked about the status of water rights permits, and Mr. Plinski advised that a draft is anticipated this year.

- Delta Conveyance Project: The water rights hearing is ongoing. The DWR and DCA websites are continually updated with good new information. The Governor's trailer bill to streamline the project did not move forward, and no determination has been made as to its future presentation.

- SBV State Water Project Tour: Another successful tour was held. President Harrison acknowledged the work of staff.

**4.2) Directors' Report of Activities and Travel Requests in accordance with Resolution 1100.**

Director Kielhold reported that he attended:
- Sept. 24-26 – State Water Tour
- Oct. 1 – Beaumont Basin Watermaster
- Oct. 6 - San Gorgonio Pass Water Agency meeting

Director Velasquez reported that he attended:
- Sept. 24-26 – State Water Tour

President Harrison reported that he attended:
- Sept. 24-26 – State Water Tour
- Oct. 1 – Loma Linda Chamber of Commerce luncheon
- Oct. 2. – Meeting with Senator Rosiliscie Ochoa-Bogh
- Oct. 3 – Redlands Chamber of Commerce

Director Botello reported that he attended:
- Sept. 17 – California State Parks webinar: Salmon in the Smith River
- Sept. 18 – Climate Center webinar: How Electric School Buses Help Californians Save Money
- Sept. 23 – City of San Bernardino Water Board
- Sept. 24 – Yucaipa Sustainable Groundwater Management Agency meeting

- Sept. 26 – Delta Stewardship Council / Metropolitan Water District presentation on Delta Smelt
- Oct. 1 – PERC Policy special meeting
- Oct. 2 – Strategy, Action, and Learning supported by Tools (SALT) Framework for Risk Communication
- Oct. 3 – San Bernardino City Council meeting
- Oct. 3 – Riverside County Water Task Force webinar on Sites Reservoir

Director Longville reported that she attended:
- Sept. 16 – Delta Stewardship Council presentation on Emerging Climate
- Sept. 23 – City of San Bernardino Water Board
- Sept. 24 – Southern California Water Committee: Reducing the Carbon Footprint
- Sept. 28 – California Natural Resources Agency webinar on Carbon Footprint of Water

**4.3) General Counsel Report.** No report.

**4.4) Ad-Hoc and Standing Committee Reports.**
- SBV and WMWD staff will be reviewing the final long-term feasibility study summary report including 10 potential percolation projects, and it will be presented to the Board before the end of the year.

**4.5) SAWPA Meeting Report.**

**October 7, 2025 SAWPA Commission** – Director Botello gave the report:
- The Commission authorized staff to issue a Request for Proposals (RFP) for Strategic Plan Development.
- The Commission authorized staff to move forward with planning and implementation of commemorative activities for SAWPA's 50th Anniversary in 2025, including production of a video, a commemorative book/e-book, and a celebratory luncheon, SAWPA's 50th Anniversary logo, and provide feedback on additional potential celebration elements.

**PA 24 Committee** – President Harrison gave the report:
- The Project Agreement 24 Committee directed staff to issue a Request for Proposals (RFP) for engineering services for the Inland Empire Brine Line Reach IV-B Lower Maintenance Access Structure Project.
- The Project Agreement 24 Committee received and filed the following Informational Report:
  - Inland Empire Brine Line Criticality Assessment

**Agenda Item 5. Future Business.** None.

**Agenda Item 6. Announcements.**

**6.1) List of Announcements**. Chief of Staff/Clerk of the Board Jose Macedo reviewed the List of Announcements.

**Agenda Item 7. Closed Session**. District Counsel Brad Neufeld announced the Closed Session. Chair Botello opened the Closed Session at 2:48 p.m.

- **7.1) Conference with Legal Counsel – Anticipated Litigation**
  Significant exposure to litigation pursuant to paragraph (2) or (3) of subdivision (d) of Section 54956.9: One case

- **7.2) Conference with Legal Counsel – Anticipated Litigation**
  Significant exposure to litigation pursuant to paragraph (2) or (3) of subdivision (d) of Section 54956.9: One case.

President Harrison returned the meeting to Open Session at 4:18 p.m. Counsel Brad Neufeld announced that no reportable action was taken.

**Agenda Item 8. Adjournment**. President Harrison adjourned the meeting at 4:19 p.m.

**APPROVAL CERTIFICATION**

I hereby certify to approval of the foregoing minutes of the San Bernardino Valley Municipal Water District

Secretary

Date

Respectfully submitted,

Lynda J. Kerney
Contract Assistant