Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**DECLARATION OF STEVE LOE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Date:  March 9, 2026<br>Time:  9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept:   Courtroom 1, Riverside<br><br>Action Filed: June 25, 2024<br>Trial Date:  March 31, 2026 |

I, Declarant, under penalty of perjury, do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. A true and correct copy of the declaration I submitted on my own behalf to the California State Water Resources Control Board ("**SWRCB**"), dated December 17, 2021, for the administrative hearing resulting in Order 2023-0042 ("**SWRCB Order**"), is attached hereto as **Exhibit A**. Exhibit A includes my credentials, which include four decades of service with the US Forest Service, 30 years of which was on the San Bernardino National Forest ("SBNF").

3. A true and correct copy of the declaration (SOS 031) I submitted to the California State Water Resources Control Board on behalf of The Story of Stuff Project, dated December 17, for the administrative hearing resulting in the SWRCB Order, is attached hereto as **Exhibit B**.

4. A true and correct copy of the Sur-Rebuttal Testimony (SOS 282) that I submitted to the California State water Resources Control Board, dated April 8, 2022, for the administrative hearing resulting in the SWRCB Order, is attached hereto as **Exhibit C**.

5. A true and correct copy of the Sur-Rebuttal Summary of Testimony that I submitted to the California State water Resources Control Board, for the administrative hearing resulting in the SWRCB Order, is attached hereto as

2
**DECLARATION OF STEVE LOE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**
5:24-cv-01336-JGB-DTB

**Exhibit D**. It includes excerpts of original source documents accepted as evidence by the SWRCB. Exhibits C and D specifically address some of the historical facts and asserted bases of water rights arguments that the San Manuel Band of Mission Indians (the "**Nation**"), successor in interest to the past owners of the Arrowhead Springs Hotel ("**Hotel Property**"), now make to this Court.

6.  The harm to the San Bernardino National Forest natural resources as a result of sustained deprivation of water are severe and the longer the ecosystem is deprived of water, the more difficult and costly restoration will become.

7.  The SWRCB Order is available here: https://www.waterboards.ca.gov/waterrights/board_decisions/adopted_orders/orders/wro2023.html (last accessed Aug. 10, 2024) The administrative record of the State Water Board website at https://ftp.waterboards.ca.gov/, username AHO-FTP, password ahoftppublicaccess; Toggle "Water Rights Enforcement Other" and the BTB enforcement action will appear at the top.

8.  I served as the San Bernardino National Forest Fish and Wildlife Biologist and Resource Officer for 30 years. In 2003 I received the Jack Adams Award—an award granted one Forest Service wildlife biologist, fisheries biologist, or botanist each year who: exhibit[s] steady hard work, dedication, and the skillful ability to balance forest and/or grassland resource management while ensuring that wildlife, fisheries, and rare plants needs are fully reflected in all management

decisions. His or her personal and professional qualities should include dedication to presenting factual information, and never representing fish, wildlife, and rare plants to meet a personal need. Rather, the person should always have the betterment of fish, wildlife, and rare plants as the uppermost objective. I was involved to some extent in the BTB diversion permit for my entire employment at the San Bernardino National Forest.

9. Following retirement, I was contracted by the Forest Service and LA Metropolitan Water District, to ensure fish, wildlife, and riparian resource protection for Strawberry Creek and adjacent streams from the construction of the Arrowhead Tunnel, the largest tunnel ever on National Forest. I am a Certified Wildlife Biologist (The Wildlife Society). I am a co-leader of the Southern California Native Freshwater Fauna Working Group that has been working with the Forest Service to get water back in the stream since 2015. I served as the lead Biologist on the Southern California Forest Planning Team and helped develop and write the Fish. Wildlife, Water and Special Use standards, guidelines, and handbooks currently being used by the FS to apply to this permit and other special use permits. I participated in the entire State Water Board hearings regarding Blue Triton's unauthorized diversions and provided expert testimony helping the Board in making their final decision on the final BT Cease and Desist Order. I do not

know of anyone who has spent more years studying the ecosystem of Strawberry Canyon than I have.

10. I have conveyed my concerns to the Forest Service many times about the urgent need to address the dewatering of Strawberry Canyon, including in 2015 a letter, attached hereto as **Exhibit E**.

11. The Strawberry Creek watershed, springs, and Strawberry Creek are extremely important to the long-term survival and health of numerous threatened, endangered and Forest Service sensitive species and to the maintenance of biological diversity in the region. Prior to diverting the springs, which has resulted in complete drying of several miles of stream in the summer months, Strawberry Creek supported a trout population and numerous species that are now pushed toward extinction, including Santa Ana speckled dace, Santa Ana sucker, and mountain yellow-legged frogs. These species, which had been in Strawberry Creek for thousands of years, have been eliminated since the total diversion of the most productive springs in the watershed by BTB. The stream that had been perennial for thousands of years is now almost totally dry in the summer throughout its length, precluding all fish and yellow-legged frogs. Dry, hot streambeds are not suitable for spotted owls, rubber boa, willow flycatchers, and least Bell's vireo.

12. With continuing rapid development of private land and increase in devastating wildfires in southern California, public lands and waters are becoming

the last stronghold for maintaining natural biological diversity in the region. Species are running out of places to exist.

13. Strawberry Creek is recognized by experts as having very high potential for riparian habitat and species recovery if natural water can be returned to the stream. Imperiled species such as California Spotted Owl, willow flycatcher, and southern rubber boa will respond to returning water in the springs and streams and their populations will benefit, helping to maintain species viability in the San Bernardino Mountains and southern California.

14. The aquatic species are the National Forest species that are most at risk in southern California, and getting water back in Strawberry Creek would allow re-introduction of the species that have been lost to dewatering. Strawberry Creek has very high potential for re-introduction due to amount of potentially suitable habitat and the protected status of the watershed. It is important that water be returned as quickly as possible to the stream as climate change, urbanization, and increasing wildfire continue to alter more essential habitat in the region. A restored Strawberry Creek will be very important to species recovery and long-term survival in the region. Local agencies and private organizations are trying to restore degraded habitats and species at a huge cost. Millions of public dollars are being spent on small projects where there are opportunities because of the importance. Returning water to Strawberry Creek will create several miles of

protected stream and riparian habitat where imperiled species could be on the road to recovery right away with little cost to the public. No meaningful restoration can take place while diversion of Strawberry Creek's water continues.

15. Water that is being taken by BTB from the springs at the top of the mountain reduces the amount of water in the ground available for percolation into the mountain lakes and local groundwater. There is little doubt that with the fractured rock geology and tapped springs being totally diverted, it has affected groundwater at lower elevations on both sides of the mountain. This is very important as mountain residents affected have had to ration in the recent past. Lakes that are affected by removal of spring water are extremely important to the economy and well-being of the mountain community. With climate change, it is increasingly important to protect every water source.

16. Having a dry stream and no riparian/wetland habitat below the mountaintop communities—where there normally would be lush, moist, and cooler conditions—is a great fire threat. Fire starts, spread, and intensity are all reduced with healthy, moist stream conditions.

17. Dewatered, dry streamside areas burn just like the uplands. As climate change makes conditions even hotter and dryer, it is important that we get this natural water back into the ground, springs, streams and lakes to help prevent devastating wildfire. Water should be returned to the ground quickly as these areas

1 are threatened this summer and fall if there is a fire downslope. Past burns and

2 floods have resulted in damage to the BTB pipelines, that required repair and

3 modification of both the design and the location of the pipelines.

4     18.   I have been on the Arrowhead Hotel property many times. As a Forest

5 Service Employee, I was invited on the property by former owner Campus Crusade

6 for Christ for duties related to the fishery in Strawberry Creek and East Twin

7 Creek. In addition, my wife was an employee of Campus Crusade for Christ, so I

8 was also on the property from time to time as an invitee. There are multiple wells

9 and water features on the property. There is a large well, called the Del Rosa Well,

10 that was used and reported by Campus Crusade until the late 1980s for 15-acre ft.

11 of their use annually. That well, along with Del Rosa Water Company, are now

12 wholly owned by the Tribe. Attached as **Exhibits F** is a true and correct copy of a

13 "Water Rights Report" prepared for Campus Crusade for Christ by its Staff

14 Attorney in 1986 and **Exhibit G** is a true and correct copy of a Water Report: West

15 Twin Creek Water Company and Del Rosa Mutual Water

16     19.   I obtained The Water Report: West Twin Creek Water and Del Rosa

17 Mutual Water from Amanda Frye, who obtained them from the California Water

18 Resources Institute. These are the source of my understanding of the capacity of

19 the Del Rosa Well.

20

21

8
**DECLARATION OF STEVE LOE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**
5:24-cv-01336-JGB-DTB

20. In 2021, I began contacting Cliff Batten, Resource and Water Manager for the San Manuel, to discuss the diversion by BTB and how it was affecting the stream, as well as Tribal interests. We had worked as partners on protecting the San Manuel Reservation's springs and streams in the construction of the Arrowhead Tunnel.

21. More recently, I have met with representatives of the San Manuel Band of Mission Indians and was informed that the Tribe receives approximately 100 gallons of water per minute from BTB, or approximately 161-acre ft./year, although the Tribe has no control over how much water is provided to them through BTB. The Tribe also told us that they had two fire hydrants that they make available to other agencies to use in suppression. The Tribe said that during fires, the other agencies will be lined up for use of the fire hydrants.

22. On November 20, 2024, I contacted retired Forest Fire Chief Scott Wagner, who worked the Front County, adjacent to Campus Crusade. I also contacted retired San Bernardino Fire Chief Mike Bush. Both Wagner and Bush told me that these two smaller-volume hydrants on Arrowhead Springs are of the most value to the Arrowhead Springs Property itself, and that the structures where they could be used to fight fire are directly connected to the hydrant. For filling engines for wildland fire, and for the upper community, there are many high-volume hydrants five minutes away in the city of San Bernardino. Engines would

1 | not wait in line for the smaller-volume hydrants with water so close in San
2 | Bernardino.
3 |     I declare under penalty of perjury under the laws of the United States of
4 | America that the foregoing is true and correct. Executed this 2nd of February 2026, in
5 | Yucaipa, California.

                                            /s/ Steve Loe
                                            Steve Loe

    In lieu of a signature, I attest that I obtained approval, on February 2, 2026, from Steve Loe for the filing of this declaration.

                                            /s/ Rachel Doughty

**DECLARATION OF STEVE LOE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**
5:24-cv-01336-JGB-DTB