SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ.
(CO Bar No. 49074, admitted *pro hac vice*)
RAMSEY L. KROPF, ESQ.
(CO Bar No. 21528, admitted *pro hac vice*)
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (CA. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (CA. Bar No. 230600)
2036 Nevada City Highway No. 516
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants.<br><br>YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,<br><br>Defendant-Intervenor. | CASE NO. 5:24-cv-01336-JGB-DTB<br><br>**DECLARATION OF PAUL HAMAI IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S REPLY BRIEF TO PLAINTIFF SOFA'S OPPOSITION TO MOTION TO DISMISS**<br><br>Hearing Date: March 9, 2026<br>Hearing Time: 9:00 a.m.<br><br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

I, PAUL HAMAI, declare:

1. The facts set forth in this declaration are based upon my personal knowledge. If called as a witness, I could testify to these facts. As to those matters which reflect an opinion, they reflect my opinion and judgment on the matter.

2. I am an adult citizen of the United States and reside in Berkeley, California.

3. I have a Master of Science in Civil Engineering from the University of California, Berkeley, and a Bachelor of Science in Civil Engineering from University of California, Los Angeles.

4. I am submitting this declaration on behalf of myself and the Yuhaaviatam of San Manuel Nation ("Nation").

5. I was hired by Natural Resources Consulting Engineers, Inc. (NRCE) in February 1992. NRCE has provided consulting services in civil engineering, water resources, agricultural engineering, and environmental disciplines for 35 years. My current position with NRCE is Vice President of Water Resources.

6. In my position, I provide technical support for water rights negotiations, water resources development, and water resources management, serve as the primary technical consultant in water rights disputes for various clients, and prepare expert witness reports for use in water rights litigation, among other engineering design, modeling, and management duties. I have provided technical assistance for almost 34 years on matters concerning water resources development and management and water rights.

7. In August 2024, the Nation hired NRCE to provide expert and technical consultation services related to the Nation's water rights, water uses, and regional hydrology, including the water resources for the Nation's Arrowhead Springs property.

8. I have studied diversion records and technical reports regarding the water facilities that draw and deliver water from Strawberry Canyon in the San

1  Bernadino National Forest through infrastructure owned and operated by a
2  company named BlueTriton Brands, Inc. (BlueTriton).  The water system operated
3  by BlueTriton distributes water to the Arrowhead Springs property owned and
4  operated by the Nation.
5          9.    BlueTriton provides water to the Arrowhead Springs property and,
6  until recently, BlueTriton's bottling operations from 12 collection facilities,
7  including two tunnels and ten boreholes (known as 1, 1A, 2 (tunnel), 3 (tunnel), 7,
8  7A, 7B, 7C, 8, 10, 11, and 12) in Strawberry Canyon that are located at seven
9  locations at elevations ranging from 4,160 feet to 5,260 feet.  An approximately 7.3-
10 mile conveyance system ("system") conveys water by gravity from these collection
11 facilities to the main potable water tank located at the Arrowhead Springs property,
12 owned by the Nation, and to BlueTriton's storage silos and truck loading facility at
13 the bottom of the mountain.  Once the potable water tank reaches capacity, the
14 water flows into the fire suppression and irrigation tank.  If the fire suppression and
15 irrigation tank reaches capacity, water is released into Hot Springs Creek.  Both Hot
16 Springs Creek and Strawberry Creek are tributaries to East Twin Creek that runs
17 along the south side of the Arrowhead Springs property.  These structures and their
18 locations are depicted on the map attached as Exhibit 8 to my declaration in the
19 *BlueTriton v. USFS* case, USDC Central District of California (Eastern Division)
20 Case No. 2:24-cv-09720-JGB-DTB, ECF No. 65-11 (see
21 https://ecf.cacd.uscourts.gov/doc1/031143969469).  In addition to the release into
22 Hot Springs Creek, BlueTriton has the ability to release water into Strawberry
23 Creek at a certain location in the higher elevations of Strawberry Canyon.
24         10.    I assessed the historical production records for BlueTriton's
25 12 collection facilities from 1995 to 2020, excluding 2004 because the system was
26 rendered nonoperational due to a fire in 2003.  Year to year, production from the
27 springs varied from 87 AFY to 505 AFY between 1995 and 2020.  Based on
28 documents I reviewed and discussions with BlueTriton operators and the Nation, it

is my understanding that the Nation is currently receiving water from Tunnels 2 and 3 and Borehole 8 and that all other diversion points have been shut off. I understand that Tunnels 2 and 3 were selected to continue providing water to the Nation in part because they are seep tunnels that cannot be shut off. The amount of flow diverted into the BlueTriton system from the tunnels and boreholes that are not shut off is uncontrolled and varies based upon the natural hydrological conditions in any given year. Based on my review of historic water production and discussions with the Nation's Director of Operations for Arrowhead Springs, Rodney Garton, it was reasonable to expect the amount of water delivered from Tunnels 2 and 3 and Borehole 8 would meet the needs of the Arrowhead Springs property with non-potable well supplementation. See paragraph 14 below regarding arsenic contamination of the Nation's available well water. 2024 was a wet year based on local precipitation data, causing the amount of water collected from 2, 3 and 8 to significantly exceed the 1995-2020 average production rate for those sources.

11. The San Bernadino County Fire Protection District and the California Department of Forestry and Fire Protection (CalFire) have relied and continue to rely on the water deliveries from BlueTriton and its predecessors to the Nation for fire suppression. Such water comes from the fire suppression and irrigation tank.

12. Contrary to SOFA's statements, the Nation's other existing water supplies are unlikely to meet the government, recreational, cultural, and wildfire protection demands of the Arrowhead Springs property that are presently met by the water supplies delivered by BlueTriton through the water conveyance system. The Arrowhead Springs property relies on the BlueTriton water for these water needs.

13. Specifically, I have reviewed the available water quality information for the existing water wells on the Arrowhead Springs property and have determined based on my expertise in water resources that the Nation cannot rely solely on its groundwater wells to meet the demands on the Arrowhead Springs property due to the temperature and high levels of contaminants in the water.

1. Several wells are reported to have elevated levels of arsenic and fluoride, which, without treatment, make them unsuitable for domestic uses. Based on conversations with the Nation's representatives, I understand that the Nation has invested in infrastructure to provide non-potable water from a temporary connection to the San Bernardino Valley Municipal Water District and a well located at the south end of the Arrowhead Springs property that will help provide water for fire suppression and irrigation. However, my understanding is this water is non-potable and cannot be used to meet the property's domestic water needs.

14. Water is delivered through the BlueTriton system at no cost to the Nation. Obtaining the equivalent amount of domestic water from alternative sources, such as a new groundwater well or outside municipality, would require considerable expenditure by the Nation, both in upfront cost and recurring annual cost.

15. I understand from reviewing the First Amended Complaint in this case that SOFA is advocating for the removal of the water conveyance system maintained by BlueTriton. As stated in my previous declaration filed in the related BlueTriton Brands v. United States Forest Service case, I am not aware of any studies or evaluations performed by or for the USFS on the impacts that decommissioning the water conveyance system may have on the surrounding environment or on the cultural and historical impacts on the property and the surrounding area. Removal of the water conveyance system may result in environmental damage and safety risks, including, but not limited to, destroyed habitat, erosion and sedimentation, landslides, hydrologic impacts, and other irreparable harm. These impacts should be analyzed prior to decommissioning the water conveyance system for many reasons, including to prevent harm to cultural and environmental resources.

16. I have reviewed a study and evaluation performed by BlueTriton for the USFS on the hydrologic impacts of diversions into the water conveyance

system, and I have discussed the study with the individuals who conducted it. This study took place over 5 years and included shut-in testing, during which collection from six of the ten boreholes was stopped for periods of up to 7 months and measurements were taken to characterize the impact on surface water flows. The study concluded that stopping the collection of water from the boreholes does not materially contribute to continuous surface water flows in Strawberry Creek. The study also concludes that any impacts of such actions are not discernable from natural seasonal variation in flows. In sum, the study suggests that the relief SOFA asks for in its First Amended Complaint may not even provide the environmental benefits to Strawberry Creek that SOFA is seeking to achieve.

17.     Turn-out testing performed by BlueTriton's consultant at Boreholes 10, 11, and 12 showed that no changes in creek flow could be detected downstream during a time when flow from the boreholes was being released to the creek. This indicates that augmenting flows in Strawberry Creek at the BlueTriton collection points would not necessarily create continuous flow to the lower reaches of Strawberry Creek.

18.     I have reviewed the Del Rosa Judgment, which allocates the majority of the flow of East Twin Creek to the Del Rosa Mutual Water Company and the Arrowhead Springs property that is currently owned by the Nation. I have reviewed stock certificates of the Del Rosa Mutual Water Company and discussed them with the Nation's representatives, and I understand that the Nation currently owns the Del Rosa Mutual Water Company. Accordingly, I understand that the Nation owns significant appropriative rights in the East Twin Creek watershed, including Strawberry Creek, that entitle the Nation to the water it currently receives through BlueTriton's facilities. In addition, as the owner of the Arrowhead Springs property across which East Twin Creek, Strawberry Creek, and other tributaries flow, the Nation holds riparian rights in addition to its Native American water rights.

SOMACH SIMMONS & DUNN
A Professional Corporation

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February 2026 at Truckee, California.

_____
PAUL HAMAI