SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (Co. Bar No. 49074, admitted *pro hac vice*)
RAMSEY L. KROPF, ESQ. (Co. Bar No. 21528, admitted *pro hac vice*)
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (Ca. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (Ca. Bar No. 230600)
2036 Nevada City Highway No. 516
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**DECLARATION OF ERIC USTATION IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S REPLY BRIEF TO SOFA'S OPPOSTION TO MOTION TO DISMISS**<br><br>Hearing Date: March 9, 2026<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1 |

| | |
|---|---|
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,<br><br>　　　　Defendant-Intervenor. | Judge: Hon. Jesus G. Bernal<br>Action Filed: June 25, 2024 |

I, Eric Ustation, declare as follows:

1.　　I am the Director of Intergovernmental Affairs - Local for the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (the "Nation"), and on whose behalf I submit this declaration. The facts set forth herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.　　I have served as the Nation's Director of Intergovernmental Affairs - Local since November 2020. In this capacity, I am responsible for protecting the Nation's local interests on many issues, and to that end, I routinely engage with other governmental agencies and officials on behalf of the Nation, whether on the local, state, or tribal level. I also sometimes engage with private citizens in this capacity.

3.　　Under the direction of the Nation's leadership, I am also charged with advocating for the Nation in the many contexts in which its interests are affected. This engagement can involve formal and informal meetings with other governmental or non-governmental officials, including with local environmental organizations.

4.　　I have long been aware that the Nation relies upon water delivered from Strawberry Canyon in the San Bernadino National Forest ("SBNF") to

---

DECLARATION OF ERIC USTATION IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S
REPLY TO SOFA'S OPPOSOTION TO MOTION TO DISMISS    No. 5:24-cv-01336-JGB-DTB
-2-

1  The Nation's Arrowhead Springs property ("Arrowhead Springs") through
2  infrastructure owned by a company called BlueTriton Brands, Inc ("BlueTriton"). I
3  am familiar with the pleadings filed in litigation involving BlueTriton's water
4  deliveries to the Nation at Arrowhead Springs, including BlueTriton's lawsuit
5  against officials with the U.S. Forest Service ("USFS"), a complaint filed by Save
6  Our Forest Association ("SOFA") against USFS officials, and a related water rights
7  proceeding involving BlueTriton and the California State Water Resources Control
8  Board.

     5.    In particular, I am aware that on June 25, 2024, SOFA filed a complaint for injunctive and declaratory relief in federal district court against the USFS and related federal officials, challenging the agency's decision to allow BlueTriton to divert water and operate infrastructure in Strawberry Canyon. Among other requests, SOFA sought to prohibit the USFS "from approving or allowing any third party to divert water from Strawberry Canyon by entry onto USFS land unless and until the USFS has performed a new or supplemental environmental analysis." FAC p. 35, Prayer (5). Unlike the related California State Water Resources Control Board proceeding, SOFA did not provide a "carve out" for the Nation's water uses in its complaint.

     6.    I and other Tribal representatives have met with USFS officials on a number of issues, primarily concerning the Nation's reliance upon water for Arrowhead Springs. When we met with USFS officials after their denial of BlueTriton's Special Use Permit, they told us that one of the impediments to finding a mutually beneficial outcome, and to helping us find a solution that would guarantee continued water delivery by BlueTriton from Strawberry Canyon, was this lawsuit filed against USFS officials by SOFA. USFS representatives also informed us that the Nation's ability to obtain its own special use permit to operate the existing BlueTriton infrastructure would involve a long process that likely would take years.

7. Because the USFS indicated SOFA's lawsuit complicated the government's ability to allow water to continue to flow through BlueTriton infrastructure to the Nation, we dedicated significant time in 2024 and 2025 to meeting with SOFA representatives trying to understand the nature of their concerns, and exploring the extent to which the Nation could address those concerns while still meeting the Nation's water needs from Strawberry Canyon for Arrowhead Springs.

8. As previously referenced in my declaration filed with the Nation's Motion to Intervene in this case, we met with SOFA representatives numerous times in hopes of resolving SOFA's concerns, including in September, October and November of 2024, and via teleconference on January 10, 2025. *See* ECF Doc. 38-4 (filed 3/6/2025). The first meeting with SOFA representatives and associated stakeholders occurred on September 10, 2024, and involved Dr. Hugh Bialecki, Steve Loe, and Steve Farrel (affiliated with the San Bernadino County Sierra Club). We invited these same SOFA representatives to tour the Nation's Arrowhead Springs. On October 24, 2024, Dr. Bialecki, Mr. Farrell and Mr. Loe participated in our Arrowhead Springs site tour to learn about the Nation's uses of its property and the need for water from Strawberry Canyon. This tour included a Tribal Council member and numerous other Tribal representatives from the Nation. These same SOFA representatives led a hike within Strawberry Canyon on December 11, 2024, in which representatives from the Nation joined, including a Tribal Council member and representatives from the Nation's Environmental and Cultural Resources departments.

9. By virtue of this collaborative engagement, we landed on a resolution that we thought would address SOFA's concerns while enabling the Nation to continue to receive water through BlueTriton infrastructure (subject to the

1  USFS' approval). Specifically, during these discussions (which occurred before the
2  Nation intervened in BlueTriton's lawsuit), SOFA representatives expressed
3  support for the Nation to receive water from Strawberry Canyon, so long as it was
4  drawn from bore holes lower down Strawberry Canyon, which SOFA indicated it
5  would be willing to support on the grounds that it would create less pressure on the
6  Canyon's hydrology.

7      10.   On January 10, 2025, on behalf of the Nation, I and other Tribal
8  representatives reached out to SOFA President Dr. Bialecki and Mr. Loe via
9  teleconference. We did so because we wanted to ensure SOFA knew of the
10 Nation's intent to intervene in the BlueTriton litigation against the USFS.
11 Thereafter, we also informed SOFA of the Nation's intent to intervene in SOFA's
12 lawsuit against the USFS to seek its dismissal.  We wanted to communicate, and
13 did communicate, that the Nation still wanted to work with SOFA to protect the
14 health of Strawberry Canyon, while also protecting its water needs at Arrowhead
15 Springs.

16     11.   In my role with the Nation, I have personally maintained
17 communications with SOFA representatives over the last two to three years, with
18 our first meeting occurring on September 10, 2024.  We had several meetings with
19 SOFA representatives in 2024, prior to the litigation.  It is my understanding that
20 when parties are involved in active litigation, communication is typically limited,
21 reserved for instances where legal counsel is present.  Nonetheless, the Nation and
22 SOFA representatives have continued to share letters, emails, phone calls, and even
23 hikes, throughout 2025 and into 2026. It is my understanding the Nation believes
24 this approach, with continued communications with SOFA and local community
25 members, to be a showing of good faith and in the spirit of understanding
26 community concerns. Most recently, I received email communication from SOFA
27 President Dr. Bialecki on February 9, 2026.
28

SOMACH SIMMONS & DUNN
A Professional Corporation

12. The Nation was also forthcoming with SOFA representatives in sharing our attempts to find alternative temporary water connections. For example, we shared our work in requesting a temporary connection to non-potable water from the San Bernardino Valley Municipal Water District ("SBVMWD") in an emergency effort to provide water for firefighting and irrigation in the event the current water supply is disconnected by USFS. This effort entailed formally requesting a water connection with SBVMWD and meeting with their Board of Directors to obtain approval. The SBVMWD's Board of Directors formally approved the temporary connection at their October 7, 2025 board meeting. Since that time, the Nation has been working with the appropriate government entities to obtain the necessary permits to construct the temporary connection. I work closely with the Nation's staff involved in the permitting process, and I understand these continuing efforts have already cost the Nation nearly $1 million.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on the 13th of February 2026 in Beaumont, California.

*[signature]*

ERIC USTATION