SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ.
(CO Bar No. 49074, admitted *pro hac vice*)
RAMSEY L. KROPF, ESQ.
(CO Bar No. 21528, admitted *pro hac vice*)
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (CA. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (CA. Bar No. 230600)
2036 Nevada City Highway No. 516
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants.<br><br>YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,<br><br>Defendant-Intervenor. | CASE NO. 5:24-cv-01336-JGB-DTB<br><br>**DECLARATION OF RODNEY GARTON IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S REPLY BRIEF TO PLAINTIFF SOFA'S OPPOSITION TO MOTION TO DISMISS**<br><br>Hearing Date: March 9, 2026<br>Hearing Time: 9:00 a.m.<br><br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

I, RODNEY GARTON, declare:

1. I am the Director of Operations for Arrowhead Springs for the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (the Nation) and on whose behalf I submit this declaration. The facts set forth herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

## BACKGROUND FOUNDATION

2. I have worked in various roles in facilities management for the Arrowhead Springs property (Arrowhead Springs) for nearly 50 years, since April 1977. I began working for the Nation in the position of Director of Operations for Arrowhead Springs, soon after the Nation reacquired the property as part of its ancestral land reclamation in or about May 2016. Prior to my employment by the Nation, I worked as the General Manager and Director of Operations of Arrowhead Springs under its previous owner, Campus Crusade for Christ.

3. In my managerial role over the Arrowhead Springs property since 1977, I have become familiar with and have knowledge of the water rights and water resources upon which Arrowhead Springs and surrounding properties rely, including the water rights, water wells, recent temporary connection to non-potable water, and water deliveries from BlueTriton Brands, Inc. (BlueTriton). As the Director of Operations of Arrowhead Springs, I am the main contact with BlueTriton representatives regarding the delivery of water under the 1931 contract and amendments thereto. I am aware that BlueTriton and its predecessors have diverted water from Strawberry Canyon through facilities that are partially located within the San Bernardino National Forest (SBNF) and that operate pursuant to a series of special use permits issued by the United States Forest Service (USFS).

4. I was present at a SOFA site visit that the Nation hosted at Arrowhead Springs on October 24, 2024, at which multiple SOFA members attended, including Steve Loe and Hugh Bialecki. In addition, I have been present for numerous site visits by the USFS over the years, which included tours of the Arrowhead Springs water tanks and related facilities.

### NEED FOR BLUETRITON POTABLE WATER AND DAMAGE IF SUCH WATER CEASES TO BE DELIVERED

5. As stated in my previous declaration filed in the related *BlueTriton v. USFS* case (USDC Central District of California (Eastern Division) No. 2:24-cv-09720-JGB-DTB), the Nation and its predecessors have relied upon the water supplies delivered by BlueTriton and its predecessors through its water conveyance facilities for nearly a century, based on a contract dated September 26, 1931. The Nation continues to rely upon these water supplies for its Arrowhead Springs property. My declaration containing relevant water delivery contracts between the Nation, BlueTriton, and their predecessors, was filed in the *BlueTriton* case at ECF Nos. 65-6 (https://ecf.cacd.uscourts.gov/doc1/031143969464), 65-7 (https://ecf.cacd.uscourts.gov/doc1/031143969465), and 65-8 (https://ecf.cacd.uscourts.gov/doc1/031143969466).

6. The Nation uses the water that BlueTriton delivers to Arrowhead Springs for domestic, irrigation of fire-defensive space, fire suppression, recreational, governmental and cultural purposes. The Nation also conducts native plant propagation on the property. The defensible green spaces constitute approximately 1% of the entire 2,000-acre property and are concentrated next to important governmental facilities. BlueTriton's water diversion facilities provide a free, potable, safe and reliable water supply that meets these various needs. This water source remains the primary potable water source for the property, supplemented by minor well production.

7. For the foregoing reasons, Strawberry Canyon water is needed to operate Arrowhead Springs. Without its primary water supply, government functions will have to be curtailed as there will not be water available for domestic purposes. Specifically, there would be no domestic water available for any of the property's buildings, and the Nation would have to cancel tribal events and eliminate tribe operations. Government employees at the property will need to be relocated and government, community, and private events will be eliminated or curtailed. Portable toilets and water would need to be brought in for essential workers, such as security and firefighters. This is especially difficult as the firefighters typically sleep and cook all of their meals on the property. Any decision to cease the delivery of this water source will cause immediate harm to Arrowhead Springs by damaging the value and integrity of the property, including potential damage to the water delivery system and historic buildings.

## LACK OF VIABLE ALTERNATIVE WATER SOURCES FOR POTABLE WATER

8. As the Director for Operations at Arrowhead Springs, it is my job to understand the current and future water resources and infrastructure of the Arrowhead Springs property. In that capacity, I have been involved in exploring off-property municipal water connection, additional wells and other potential water resources. Contrary to SOFA's and USFS' assertions, there are currently no viable alternatives for potable water to meet the Nation's needs that could be timely and safely implemented without the Nation personally investing upwards of $50 million dollars and expending years of work to achieve such a result.

9. Arrowhead Springs is not connected to a potable municipal water source. I have assisted the Nation in determining the feasibility of connecting to potable municipal water and, with the input of outside consultants and in-house experts, the Nation has determined that such infrastructure would require numerous

years to design, obtain approvals, and construct, and as noted above, with investment of significant capital. The nearest municipal water connection is over 6,000 linear feet down gradient and such connection point currently lacks the capacity to support the Nation's water needs without significant upgrades to the San Bernardino Municipal Water District facilities. In addition to upgrades, such connection will require the laying of pipe and numerous pump stations to reach the Arrowhead Springs' tanks that store water to be gravity-delivered throughout the property and will require approvals or agreements with the City of San Bernardino, the County of San Bernardino, and the San Bernardino Municipal Water District, as well as payment for the delivery of such water. Exact costs for such a massive undertaking are unknown but consultants have estimated the cost of the system to be in the $50 million range.

10. I have reviewed the papers filed by USFS and SOFA, and it appears that they have, without knowledge or study, suggested the Nation can simply truck in water to meet demands, pull from the wells located on the property, rely on a temporary, non-potable water connection, or use non-existent infrastructure from the historical Del Rosa Water Company. However, none of these options can replace the property's current need for potable water delivered by BlueTriton.

11. Only three functional wells on the property are certified by the County of San Bernardino to be used for potable purposes. These wells have historically been very low producers due to the low water table level. If used consistently, these wells would be unable to recharge and would be required to be cycled on and off. This is especially true during the summer months when the water table is lower. These wells do not produce, and have never produced during my almost 50 years at the property, enough water to meet the potable water needs of Arrowhead Springs. Some other wells on the property cannot be used for either potable or non-potable

purposes as they have high water temperature and are contaminated with arsenic and fluoride.

12. I am familiar with the historical Del Rosa Water Company (Del Rosa). The Nation obtained the majority of the shares in the Del Rosa when it purchased Arrowhead Springs and I assisted the Nation in purchasing the remaining shares of Del Rosa thereafter. Del Rosa has no water delivery infrastructure and does not deliver water to Arrowhead Springs. Del Rosa no longer has any water producing sources and there has not been any diversion infrastructure remaining for several decades. As part of the acquisition of Del Rosa, I obtained knowledge of Del Rosa's adjudicated water rights in East Twin Creek and its tributaries, including Strawberry Creek. It is my understanding that the Nation's acquisition of Del Rosa grants it the right to the very water SOFA seeks to deny the Nation.

13. Additionally, trucking in water to fill the property's potable reservoir is not feasible either. The property's potable reservoir, which holds water delivered by BlueTriton for use at Arrowhead Springs, delivers water via gravity to the entire property. The reservoir can only be reached by a narrow, steep and winding road that is inaccessible by large water tanker trucks.

## **THE NATION'S RECENT SIGNIFICANT INVESTMENT TO OBTAIN A TEMPORARY BACKUP NON-POTABLE WATER SOURCE FOR FIRE FIGHTING AND IRRIGATION**

14. Arrowhead Springs has historically used BlueTriton water to fill its reservoir that is used for firefighting by the Nation, State and County fire fighters and irrigation of a defensible green space. Because of the area's significant fire danger and the critical role the water at Arrowhead Springs plays in fighting fires, the Nation has been diligent in seeking alternative options to provide water for firefighting and irrigation of a defensible green space. This includes obtaining approval for a temporary connection for non-potable water from the San Bernardino

Valley Municipal Water District (SBVMWD). Contrary to statements made by USFS and SOFA, this temporary non-potable water source is not a solution. By its nature, this water source is only temporary and delivers only non-potable, raw water that cannot be used to provide potable water to the buildings. Indeed, the approval by the SBVMWD specifically provides that the water is to be used for fire suppression and irrigation only. It is anticipated that SBVMWD will complete the connection to the above-ground piping and pumping system constructed by the Nation and be able to provide non-potable water by the end of February 2026. The system consists of over 8,500 linear feet of above ground pipe, a 5,000 gallon holding tank and a lift station. To add additional non-potable water, the Nation also developed a well on the southern end of the property and connected this water to the piping and lift system built to convey SBVMWD water.

15. The Nation has and will continue to incur substantial cost for these alternative non-potable water sources. The project was estimated to cost $1.4 million with the current expenditure so far reaching approximately $1 million. This is in stark contrast to the free potable water received via gravity through BlueTriton's infrastructure.

## ARROWHEAD SPRINGS FIRE FIGHTER WATER USAGE AND WILDFIRE RISK

16. The Nation and local, state, and federal firefighting agencies collaborate to protect the region from wildfires, and the water at Arrowhead Springs is essential to this purpose. Fire risk at and around Arrowhead Springs is not merely theoretical, but real. In my position overseeing the operation of Arrowhead Springs, I am charged with knowing and teaching the history of the property, and I am aware of the fires that have plagued the area over time. The hotel facilities on the property were destroyed by fire three times prior to the 1940s, requiring the hotel facilities to be rebuilt. In addition to these fires, during the time that I worked

at Arrowhead Springs, there were the 1980 Panorama Fire, 2002 Arrowhead Fire, and the 2003 Old Fire, which burned Strawberry Canyon and portions of the Arrowhead Springs property, including buildings and facilities. Additional notable fires around the Arrowhead property include the 1986 Glenwood, 1994 Highway 18, 1996 Waterman 3, 1996 Badger, 2017 Mile, and 2019 Hillside Fires. The preceding list does not include the smaller fires over the years within the area.

17. In all the recent large and small fires in the foothills and front country areas, the Arrowhead property's water has been used by the San Bernadino County Fire Protection District, the California Department of Forestry and Fire Protection (CalFire), the USFS and the San Manuel Fire Department to combat wildfires. In addition to using the property's fire hydrants for water, the rotary wing resources use the Arrowhead Springs property's pond, the only dipping pond available on the "front country" between Hwy. 18 and Hwy. 330. Although every fire season and year is different, based on my experience at Arrowhead Springs, I estimate that other agencies use the water approximately 4 to 6 times a year. Without access to water from the Arrowhead Springs property, such firefighting operations will be adversely impacted. In addition, Arrowhead Springs is used for training firefighters and first responders year-round. Indeed, firefighters and other first responders from more than twenty city, state, federal, and other agencies receive training at Arrowhead Springs.

**THE NATION'S LIMITED WATER USAGE AND THE CESSATION OF BLUETRITON'S WATER USAGE**

18. In the Fall of 2023, BlueTriton representatives informed the Nation that pursuant to a California State Water Resources Control Board Order, it would stop diverting water from Strawberry Canyon for its bottling operations but would still be delivering water to the Nation as of November 2023. BlueTriton indicated that they would be shutting off all diversion points except for those needed to meet

the 20% allocation to which the Nation was entitled under the 1931 contract. To that end, I understand BlueTriton reviewed historical production rates from its 12 collection facilities, consisting of 10 bore holes and two tunnels (known as 1, 1A, 2 (tunnel), 3 (tunnel), 7, 7A, 7B, 7C, 8, 10, 11, and 12). Based on this historical information, collection facilities 2, 3 and 8 were chosen as these sources would provide an equivalent amount of water as previously received by the Nation in an average rain fall year. As a part of this assessment, I was informed by BlueTriton representatives that BlueTriton staff must hike to the collection facilities and manually shut off or turn on the source. BlueTriton further informed the Nation that the collection points could not be shut off without causing a variety of negative impacts, including contamination of the facilities that would require approximately two weeks to sanitize and reactivate a collection facility. Such constraints curtailed the ability to adjust the amount of water going to Arrowhead Springs once the collection points were chosen.

19. As a result of extremely wet years in 2024 and 2025, the flows from the collection facilities 2, 3 and 8 more than doubled compared to an average year. This caused more water than anticipated or was needed at certain times at the property and any excess water not used by the property during this time was returned to the watershed through Hot Springs Creek. Hot Springs Creek and Strawberry Creek are both tributaries to East Twin Creek.

20. As stated in my previous declaration in the BTB v. USFS case, the Nation instituted water conservation measures after it purchased Arrowhead Springs in 2016. Specifically, the Nation ceased watering planted areas by approximately 40%. As mentioned above, the Nation returns any unused water received from BlueTriton to the watershed through a tributary that flows into East Twin Creek.

21. There is concern that the property will require greater reliance on the potable water with any increased governmental use and increased capacity of the

property—whether for community gatherings and events, tribal governmental uses, or emergency services and trainings. As a sincere and reasonable sovereign interest, ensuring the governmental and emergency capacity of Arrowhead Springs is of the utmost importance to the Nation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of February 2026.

_____
RODNEY GARTON