Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Nathaniel R. Launer (Cal. Bar No. 366345)
nlauner@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Date:   March 9, 2026<br>Time:   9:00 a.m.<br>Judge:  Hon. Jesus G. Bernal<br>Dept:   Riverside, Courtroom 1<br><br>Action Filed: June 25, 2024 |

Petitioner SAVE OUR FOREST ASSOCIATION, INC. hereby notices the appearance of Nathaniel R. Launer, as associate counsel for Petitioner in this matter. Mr. Launer is authorized to appear before this court as counsel for the Petitioner under Local Rule 83-2.1.2.

Service of all papers should be addressed as follows:

>Nathaniel R. Launer (CBN: 366345)
>GREENFIRE LAW, PC
>2748 Adeline Street, Suite A
>Berkeley, CA 94703

Mr. Launer may be reached by telephone at (510) 900-9502 and by email at: NLauner@greenfirelaw.com.

Dated: February 20, 2026               Respectfully Submitted,

By: *[signature: Rachel S. Doughty]*
Rachel S. Doughty
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
rdoughty@greenfirelaw.com

*Attorneys for Plaintiff*
SAVE OUR FOREST ASSOCIATION, INC.