1 Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
2 Nathaniel R. Launer (Cal. Bar No. 366345)
nlauner@greenfirelaw.com
3 GREENFIRE LAW, PC
2478 Adeline Street, Suite A
4 Berkeley, CA 94703
Ph/Fax: (510) 900-9502
5
*Attorneys for Save Our Forest Association, Inc.*
6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION – RIVERSIDE**
9

| | |
|---|---|
| 10 SAVE OUR FOREST ASSOCIATION, INC. | Case No.: 5:24-cv-01336-JGB-DTB |
| 11 Plaintiff, | **DECLARATION OF RACHEL S. DOUGHTY** |
| 12 vs. | |
| 13 UNITED STATES FOREST SERVICE, *et al.*, | Date:    March 9, 2026<br>Time:    9:00 a.m.<br>Judge:   Hon. Jesus G. Bernal |
| 14 | Dept:    Riverside, Courtroom 1 |
| 15 Defendants. | Action Filed: June 25, 2024 |

16

17

18

19

20

21

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF REQUEST TO APPEAR REMOTELYRACHEL S. DOUGHTY**
5:24-cv-01336-JGB-DTB

1       I, Rachel S. Doughty, under penalty of perjury, do declare and state:

2       1.     I make this declaration in support of the Request for Leave to Appear

3 Remotely and the hearing scheduled before this Court on March 9, at 9:00 a.m.

4       2.     Neither the motion to intervene of Yuhaaviatam Of San Manuel Nation

5 ("Nation"), nor the Nation's Motion to Dismiss were anticipated by me or my client,

6 Save our Forest Association ("SOFA") in budgeting for this case.

7       3.     My office is located in Berkeley, California and travel to attend the

8 hearing will be an unanticipated expense and a financial hardship for SOFA.

9       I make this declaration under penalty of perjury under the laws of the United

10 States of America, executed this 20th day of February, 2026 in Berkeley, California.

11

12

13                               Rachel S. Doughty

14

15

16

17

18

19

20

21

2

**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF
REQUEST TO APPEAR REMOTELY**

5:24-cv-01336-JGB-DTB