Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Nathaniel R. Launer (Cal. Bar No. 366345)
nlauner@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Plaintiff Save Our Forest Association*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 5:24−cv−01336−JGB−DTB <br><br> **[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL FOR SAVE OUR FOREST ASSOCIATION TO APPEAR REMOTELY** <br><br> Date: March 9, 2025 <br> Time: 9:00 a.m. <br> Judge: Hon. Jesus G. Bernal <br> Dept: Riverside, Courtroom 1 <br><br> Action Filed: June 25, 2024 |

**ORDER**

The Court, upon consideration of the Request for Leave to Appear Remotely by Counsel for Plaintiff SAVE OUR FOREST ASSOCIATION, INC., hereby GRANTS counsel's request to appear remotely at the hearing in this matter scheduled for March 9, 2026, at 9:00 a.m. (ECF 88)

Dated: _____

HON. JESUS G. BERNAL
United States District Court Judge