Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Nathaniel R. Launer (Cal. Bar No. 366345)
nlauner@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Judge: Hon. Jesus G. Bernal<br>Dept:  Courtroom 1, Riverside<br><br>Action Filed: June 25, 2024 |
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,<br><br>Defendant-Intervenor. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Rachel S. Doughty, attorney of record for Plaintiff SAVE OUR FOREST ASSOCIATION, INC., will be unavailable during the period of time beginning March 30, 2026 through April 10, 2026 and July 11, 2026, through and including August 10, 2026. During that period of time, Ms. Doughty will be unavailable for all purposes including, but not limited to, receiving notice of any kind, appearing in court, responding to ex parte applications or attending depositions.

The instant Notice has been filed with as much advance notice as possible and has been served on all parties and attorneys involved in the above case.

Dated: February 27, 2026

Respectfully Submitted,

By: _____
GREENFIRE LAW, PC
Rachel S. Doughty

*Attorneys for Save Our Forest Association, Inc.*