# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants.<br><br>YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,<br><br>Defendant-Intervenor. | Case No.: 5:24-cv-01336<br><br>**[PROPOSED] ORDER ON STIPULATION TO RESET HEARING DATE**<br><br>Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br>Action Filed: June 25, 2024 |

THIS MATTER came before the Court on the Parties' March 2, 2026 Stipulation to Reset Hearing Date. Good cause appearing, and upon the stipulation of the Parties, the Court ORDERS that the hearing date is reset from March 9, 2026, to May 11, 2026, and that the deadline by which SOFA must file its motion for summary judgment is vacated

Dated:

By: _____
The Hon. Jesus G. Bernal
United States District Judge

[PROPOSED] ORDER ON STIPULATION FOR PROPOSED BRIEFING SCHEDULE 5:24-cv-01336-JGB-DTB