ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.,* <br><br> Federal Defendants, <br><br> and <br><br> YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, <br><br> Defendant-Intervenor. | Case No. 5:24-cv-01336-JGB-DTB <br><br> **FEDERAL DEFENDANTS' REQUEST FOR LEAVE TO APPEAR REMOTELY** <br><br> Hearing Date: March 9, 2026 <br> Hearing Time: 9:00 AM <br> Courtroom: Riverside Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

Counsel for Federal Defendants hereby request leave to appear remotely by Zoom for the hearing on Defendant-Intervenor's Motion to Dismiss, currently set for March 9, 2026 at 9:00 am. The Parties' "Stipulation to Reset Hearing Date," ECF No. 101, is currently pending before the Court, and if granted would continue the hearing to May 11, 2026.

If the Court does not grant the stipulation, good cause exists to allow undersigned counsel for Federal Defendants to appear remotely. While Federal Defendants have opposed Defendant-Intervenor's motion, Defendant-Intervenor and Plaintiff are the parties with primary interests in resolution of this motion. Counsel for Plaintiff has already moved to appear remotely. ECF No. 99. Counsel for Federal Defendants are both located in Albuquerque, New Mexico. Federal Defendants' counsel, Mr. Smith, is unavailable on March 9 due to previously scheduled leave. If the Court does not grant the stipulation, Federal Defendants will be represented on March 9 by Ms. Hamilton, who has previously scheduled out-of-state travel the weekend prior to the hearing that would make appearing in person on March 9 difficult. Thus, if the Court does not grant the stipulation and continue the hearing to May 11, 2026, Federal Defendants respectfully request that the Court allow undersigned counsel to appear remotely. A proposed order granting this request is attached.

Respectfully submitted on March 3, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Attorney General
Environment and Natural Resources Division

United States Department of Justice

*/s/ Emma L. Hamilton*
EMMA L. HAMILTON
Trial Attorney
ANDREW A. SMITH
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the attorneys of record.

                                         */s/ Emma L. Hamilton*
                                         Emma L. Hamilton
                                         U.S. Department of Justice