ADAM R.F. GUSTAFSON
Principal Deputy Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.,* <br><br> Federal Defendants, <br><br> and <br><br> YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, <br><br> Defendant-Intervenor. | Case No. 5:24-cv-01336-JGB-DTB <br><br> **[PROPOSED] ORDER ON FEDERAL DEFENDANTS' REQUEST FOR LEAVE TO APPEAR REMOTELY** <br><br> Hearing Date: March 9, 2026 <br> Hearing Time: 9:00 AM <br> Courtroom: Riverside Courtroom 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: June 25, 2024 |

    Good cause appearing, Federal Defendants' request for counsel to appear remotely at the hearing on Defendant-Intervenor's Motion to Dismiss on March 9, 2026, is hereby **GRANTED**.  Counsel for Federal Defendants may appear at the hearing by Zoom.

Dated:

                                                                                          _____

                                                                                          Hon. Jesus G. Bernal
                                                                                          United States District Judge