ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, *et al.,*<br><br>        Federal Defendants. | Case No. 5:24-cv-01336-JGB-DTB<br><br>**FEDERAL DEFENDANTS' NOTICE OF LODGING ADDITIONAL ADMINISTRATIVE RECORD MATERIALS**<br><br>Hearing Date: N/A<br>Courtroom: Riverside Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

Federal Defendants hereby notice the lodging of the additional

Administrative Record materials as required by the Court's January 8, 2026 "Order

Granting Plaintiff's Motion to Complete the Administrative Record," ECF No. 93. Federal Defendants are lodging the additional Administrative Record materials in a format consistent with the Court's August 18, 2025 "Order on Stipulation for Proposed Briefing Schedule," ECF No. 72, which requires Federal Defendants to "lodge with the Court, in PDF format on an external hard drive, the Administrative Record for this case," ECF No. 72 ¶ 4, and further specifies that "[t]he Administrative Record shall only be lodged electronically with the Court via external hard drive; it will not be filed via CM/ECF." *Id.* ¶ 5.

In accordance with these requirements, Federal Defendants obtained the materials required by the Court's January 8, 2026 Order, including complete administrative records outside this case that the Forest Service did not have in its possession. Federal Defendants obtained these materials (1) from counsel for the State of California in the proceedings before the California State Water Resources Control Board, *BlueTriton Brands Inc. v. California State Water Control Board et al.*, Case No. 23CECG04292 ("Water Board AR"); and (2) from Department of Justice archives, the administrative record for a related case *Center for Biological Diversity v. United States Forest Service*, EDCV 16-00175-JGB ("CBD AR"). *See* Order, ECF No. 93 at 2. Federal Defendants also obtained, from the Forest Service, (3) the attachments to Plaintiff's letter, which was already in the SOFA AR. *See id.*

Federal Defendants are sending by overnight courier for delivery to the Clerk of the Court in Los Angeles on March 5, 2026, a USB thumb drive for

5:24-cv-01336-JGB-DTB

conventional filing or lodging with the Court containing copies of these additional Administrative Record materials, as ordered by the Court.  A chambers copy of this Notice and the USB thumb drive is also being delivered to the Chambers of the Honorable Jesus G. Bernal in Riverside, and a copy is being sent to counsel of record for Plaintiff and Defendant-Intervenor.

Respectfully submitted on March 4, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Andrew A. Smith*
EMMA L. HAMILTON
Trial Attorney
ANDREW A. SMITH
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

5:24-cv-01336-JGB-DTB

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 4, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the attorneys of record.

*/s/ Andrew A. Smith*
Andrew A. Smith
U.S. Department of Justice

5:24-cv-01336-JGB-DTB