Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Nathaniel R. Launer (Cal. Bar No. 366345)
nlauner@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Plaintiff Save Our Forest Association*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 5:24−cv−01336−JGB−DTB <br><br> **REQUEST FOR LEAVE TO APPEAR REMOTELY** <br><br> Date:   May 11, 2026 <br> Time:   9:00 a.m. <br> Judge:  Hon. Jesus G. Bernal <br> Dept:   Riverside, Courtroom 1 <br><br> Action Filed: June 25, 2024 |

Counsel for Plaintiff SAVE OUR FOREST ASSOCIATION, INC. ("SOFA") hereby respectfully requests leave to appear remotely at the hearing in the above-captioned matter, scheduled for May 11, 2026, at 9:00 a.m. before the Honorable Jesus G. Bernal, in accordance with his Standing Order of March 24, 2016 ("Standing Order").

- 1 -
REQUEST FOR LEAVE TO APPEAR REMOTELY
5:24−cv−01336−JGB−DTB

Defendant-Intervenor YUHAAVIATAM OF SAN MANUEL NATION ("Tribe") filed its Motion to Dismiss (ECF 79) in this matter, travel for which motion and hearing was not budgeted by SOFA. Paying for a flight and for counsel's travel time will impose a hardship on SOFA. Accordingly, counsel for SOFA requests approval to appear remotely in this matter at the hearing on March 11, 2026, at 9:00 a.m.

Dated: March 19, 2026

Respectfully Submitted,

By: _____
Rachel S. Doughty

*Attorneys for Plaintiff*
SAVE OUR FOREST ASSOCIATION, INC.

- 2 -
REQUEST FOR LEAVE TO APPEAR REMOTELY
5:24−cv−01336−JGB−DTB