Rachel S. Doughty (Cal. Bar No. 255904)
rdoughty@greenfirelaw.com
Nathaniel R. Launer (Cal. Bar No. 366345)
nlauner@greenfirelaw.com
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502

*Attorneys for Save Our Forest Association, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**DECLARATION OF RACHEL S. DOUGHTY**<br><br>Date:     May 11, 2026<br>Time:     9:00 a.m.<br>Judge:    Hon. Jesus G. Bernal<br>Dept:     Riverside, Courtroom 1<br><br>Action Filed: June 25, 2024 |

1
**DECLARATION OF RACHEL S. DOUGHTY**
**5:24-CV-01336-JGB-DTB**

I, Rachel S. Doughty, under penalty of perjury, do declare and state:

1.      I make this declaration in support of the Request for Leave to Appear Remotely and the hearing scheduled before this Court on May 11, at 9:00 a.m.

2.      Neither the motion to intervene of Yuhaaviatam Of San Manuel Nation ("Nation"), nor the Nation's Motion to Dismiss were anticipated by me or my client, Save our Forest Association ("SOFA") in budgeting for this case.

3.      My office is located in Berkeley, California and travel to attend the hearing will be an unanticipated expense and a financial hardship for SOFA.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 19th day of March, 2026 in Berkeley, California.

_____
Rachel S. Doughty

**DECLARATION OF RACHEL S. DOUGHTY**
**5:24-CV-01336-JGB-DTB**