# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>       Defendants. | Case No.: 5:24−cv−01336−JGB−DTB<br><br>**[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL FOR SAVE OUR FOREST ASSOCIATION TO APPEAR REMOTELY**<br><br>Date:  May 11, 2025<br>Time:  9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Dept   Riverside, Courtroom 1<br><br>Action Filed: June 25, 2024 |

[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL FOR SAVE OUR FOREST ASSOCIATION TO APPEAR REMOTELY
5:24−cv−01336−JGB−DTB

## ORDER

The Court, upon consideration of the Request for Leave to Appear Remotely by Counsel for Plaintiff SAVE OUR FOREST ASSOCIATION, INC., hereby GRANTS counsel's request to appear remotely at the hearing in this matter scheduled for May 11, 2026, at 9:00 a.m. (ECF 88)

Dated: _____

_____
HON. JESUS G. BERNAL
United States District Court Judge

- 2 -
[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL FOR SAVE OUR FOREST ASSOCIATION TO APPEAR REMOTELY
5:24−cv−01336−JGB−DTB