SOMACH SIMMONS & DUNN
MICHAEL W. DAUGHERTY, ESQ. (admitted *pro hac vice*)
RAMSEY L. KROPF, ESQ. (admitted *pro hac vice*)
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, ESQ. (CA. Bar No.147531)
ZEHAVA ZEVIT, ESQ. (CA. Bar No. 230600)
2036 Nevada City Highway No. 516
Grass Valley, CA 95945
Telephone: (530) 362-8434
frank@franklawrence.com
zehava@franklawrence.com

Attorneys for Defendant-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally recognized as
SAN MANUEL BAND OF MISSION INDIANS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*, | Case No.: 5:24-cv-01336<br><br>**THE PARTIES' STIPULATION TO RESET HEARING DATE**<br><br>Current Hearing Date: May 11, 2026<br>**New Stipulated Proposed Hearing Date**: September 14, 2026 |

- 1 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336

|  |  |
|---|---|
| Defendants. | Hearing Time: 9:00 a.m.<br>Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br>Action Filed: June 25, 2024 |
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,<br><br>Defendant-Intervenor. |  |

- 2 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336

WHEREAS, all partes to this litigation (collectively, "Parties"), pursuant to the order of this Court, commenced mediation of this matter on January 13, 2026;

WHEREAS, the Parties wish to continue settlement efforts due to a new development this week affecting potential settlement that the Parties need time to evaluate;

WHEREAS, the undersigned counsel of record for the Parties hereby stipulate that there is good cause for continuing the hearing on the Nation's pending motion to dismiss (ECF DOC. 79) from May 11, 2026, to September 14, 2026.

THEREFORE, the Parties by and through undersigned counsel respectfully request that this Court order:

1.   That the hearing date for the pending motion to dismiss be reset from May 11, 2026, to September 14, 2026;

A proposed form of order accompanies this stipulation.

- 3 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336

Dated: May 6, 2026                    Respectfully Submitted,


                                  By:  */s/ Michael W. Daugherty*
                                       SOMACH SIMMONS & DUNN
                                       Michael W. Daugherty, Esq.

                                       *Attorneys for Defendant-Intervenor*


Dated: May 6, 2026                    Respectfully Submitted,


                                  By:  */s/ Andrew A. Smith*
                                       UNITED STATES DEPARTMENT OF JUSTICE
                                       Andrew A. Smith, Esq.
                                       Environment & Natural Resources Division
                                       201 Third Street NW, Suite 900
                                       Albuquerque, NM 87102
                                       Phone: (202) 598-3803
                                       Email: andrew.smith@usdoj.gov

                                       *Attorneys for Defendants*


Dated: May 6, 2026                    Respectfully Submitted,


                                  By:  */s/ Rachel Doughty*
                                       GREENFIRE LAW, PC
                                       Rachel Doughty, Esq.
                                       Nathaniel R. Launer, Esq.
                                       2478 Adeline Street, Suite A
                                       Berkeley, CA 94703
                                       (510) 900-9502

                                       *Attorneys for Plaintiff*

- 4 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336

Pursuant to Local Rule 5-4.3.4, I hereby attest that each of the other signatories concur in the filing of this document.

Dated: May 6, 2026                              */s/ Michael W. Daugherty*
                                                Michael W. Daugherty

- 5 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Michael W. Daugherty*

- 6 -

STIPULATION FOR PROPOSED BRIEFING SCHEDULE – 5:24-cv-01336