ADAM R.F. GUSTAFSON
Principal Deputy Attorney General
United States Department of Justice
Environment & Natural Resources Division

EMMA L. HAMILTON (CA #325360)
Trial Attorney
ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689 (Hamilton)
(202) 598-3803 (Smith)
emma.hamilton@usdoj.gov
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, *et al.,*<br><br>    Federal Defendants,<br><br>    and<br><br>YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,<br><br>    Defendant-Intervenor. | Case No. 5:24-cv-01336-JGB-DTB<br><br>**ORDER FOR LEAVE TO APPEAR REMOTELY**<br><br>Hearing Date: May 11, 2026<br>Hearing Time: 9:00 AM<br>Courtroom: Riverside Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: June 25, 2024 |

1

5:24-cv-01336-JGB-DTB

Good cause appearing, all counsel may appear remotely via Zoom at the hearing on Defendant-Intervenor's Motion to Dismiss.

IT IS SO ORDERED.

Dated:  May 8, 2026

_____
Hon. Jesus G. Bernal
United States District Judge

2

5:24-cv-01336-JGB-DTB