**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.: 5:24-cv-01336<br><br>**[PROPOSED] ORDER ON STIPULATION TO RESET HEARING DATE**<br><br>Courtroom 1<br>Judge: Hon. Jesus G. Bernal<br>Action Filed: June 25, 2024 |
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,<br><br>Defendant-Intervenor. | |

THIS MATTER came before the Court on the Parties' August 20, 2026 Stipulation to Reset Hearing Date. Good cause appearing, and upon the stipulation of the Parties, the Court ORDERS that the hearing date is reset from September 14, 2026, to December 7, 2026.

Dated:

By: ______________________________

The Hon. Jesus G. Bernal
United States District Judge